**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

**HAYWARD PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | |
| Plaintiff, | Adversary Proceeding No. |
| vs. | 21-03007-sgj |
| HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC), | |
| Defendant. | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:43322.1 36027/002

# DECLARATION OF JOHN A. MORRIS IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED ANSWER

I, John A. Morris, pursuant to 28 U.S.C. § 1746(a), under penalty of perjury, declare as follows:

1. I am an attorney in the law firm of Pachulski, Stang, Ziehl & Jones LLP, counsel to the above-referenced Debtor, and I submit this Declaration in support of the *Debtor's Opposition to Motion for Leave to File Amended Answer* (the "Opposition") being filed concurrently with this Declaration. I submit this Declaration based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit 1** is a true and correct copy of HCRE Partners, LLC's *Third Amended and Restated Limited Liability Company Agreement*, dated as of January 1, 2017.[2]

3. Attached as **Exhibit 2** is a true and correct copy of HCRE's First Demand Note, executed on November 27, 2013, in favor of the Debtor, as payee, in the original principal amount of $100,000.

4. Attached as **Exhibit 3** is a true and correct copy of HCRE's Second Demand Note, executed on October 12, 2017, in favor of the Debtor, as payee, in the original principal amount of $2,500,000.

5. Attached as **Exhibit 4** is a true and correct copy of HCRE's Third Demand Note, executed on October 15, 2018, in favor of the Debtor, as payee, in the original principal amount of $750,000.

6. Attached as **Exhibit 5** is a true and correct copy of HCRE's Fourth Demand Note, executed on September 25, 2019, in favor of the Debtor, as payee, in the original principal amount of $900,000.

---

[2] Terms not defined herein shall take on the meaning ascribed thereto in the Opposition.

7. Attached as **Exhibit 6** is a true and correct copy of the Demand Letter, dated December 3, 2020 for payment of the Demand Note Repayment Amount by December 11, 2020.

8. Attached as **Exhibit 7** is a true and correct copy of a Term Note, executed by HCRE on May 31, 2017, in favor of the Debtor, as payee, in the original principal amount of $6,059,831.

9. Attached as **Exhibit 8** is a true and correct copy of the Second Demand Letter, dated January 7, 2021 for immediate payment under the Term Note.

10. Attached as **Exhibit 9** is a true and correct copy of the *Complaint for (I) Breach of Contract and (ii) Turnover of Property of the Debtor's Estate* [Docket No. 1].

11. Attached as **Exhibit 10** is a true and correct copy of HCRE's *Answer to the Complaint* [Docket No. 7].

12. Attached as **Exhibit 11** is a true and correct copy of Jim Dondero's *Original Answer* [Docket No. 6] filed in Adv. Proc. 21-3003 (the "Dondero Proceeding").

13. Attached as **Exhibit 12** is a true and correct copy of Jim Dondero's *Amended Answer* [Docket No. 16] filed in the Dondero Proceeding.

14. Attached as **Exhibit 13** is a true and correct copy of the E-mail chain regarding the Proposed Scheduling Orders for HCMS and HCRE.

15. Attached as **Exhibit 14** is a true and correct copy of the Transcript of the May 28, 2021 Deposition of James Dondero.

16. Attached as **Exhibit 15** is a true and correct copy of the Balance Sheet with respect to the Term Note.

17. Attached as **Exhibit 16** is a true and correct copy of the Balance Sheet with respect to the Fourth Demand Note.

Dated: June 1, 2021                    */s/ John A. Morris*
                                       John A. Morris