# EXHIBIT 13

| | |
|---|---|
| **From:** | John A. Morris |
| **Sent:** | Sunday, April 25, 2021 5:45 AM |
| **To:** | 'Lauren Drawhorn'; Zachery Annable |
| **Cc:** | Gregory V. Demo; Hayley R. Winograd; Jeff Pomerantz |
| **Subject:** | RE: Highland:  Proposed Scheduling Orders for HCMS and HCRE |

Lauren,

The Debtor believes these purported defenses are specious and will not consent to the amendment of the pleadings for this purpose.

Regards,

John


**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Lauren Drawhorn [mailto:lauren.drawhorn@wickphillips.com]
**Sent:** Thursday, April 22, 2021 5:03 PM
**To:** John A. Morris; Zachery Annable
**Cc:** Gregory V. Demo; Hayley R. Winograd; Jeff Pomerantz
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

John,

We intend to add a condition subsequent defense and that the notes are ambiguous. We determined these additional defenses are applicable through our continued investigation in connection with our upcoming written discovery.

Lauren

**Lauren K. Drawhorn**
**Partner** | Wick Phillips
**Direct**: 817.984.7423
**Email**: lauren.drawhorn@wickphillips.com

**From:** John A. Morris
**Sent:** Wednesday, April 21, 2021 6:35 PM
**To:** Lauren Drawhorn ; Zachery Annable
**Cc:** Gregory V. Demo ; Hayley R. Winograd ; Jeff Pomerantz
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

Lauren,

What are the defenses you propose to add and why were they not previously asserted?

Regards,

John


**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Lauren Drawhorn [mailto:lauren.drawhorn@wickphillips.com]
**Sent:** Wednesday, April 21, 2021 5:43 PM
**To:** Zachery Annable
**Cc:** Gregory V. Demo; Hayley R. Winograd; John A. Morris
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

Zachery,

We would like to amend our answers in the HCMS and HCRE adversaries to add two additional defenses. Will you consent to allow us to file amended answers under FRCP 15(a)(2)/FRBP 7015?

Lauren

**Lauren K. Drawhorn**
**Partner** | Wick Phillips
**Direct**: 817.984.7423
**Email**: lauren.drawhorn@wickphillips.com

---

**From:** Zachery Annable <zannable@haywardfirm.com>
**Sent:** Thursday, March 11, 2021 12:15 PM
**To:** Hayley R. Winograd <hwinograd@pszjlaw.com>; Lauren Drawhorn <lauren.drawhorn@wickphillips.com>; John A. Morris <jmorris@pszjlaw.com>

**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; Zachery Annable <zannable@haywardfirm.com>
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

Lauren—

I'm following up on Hayley's email (below). Have you had a chance to review the minor revisions to the stipulations and the proposed orders? Please also note that I'll need to add the hearing time for trial docket call (1:30 p.m. CT) to the stipulations and orders. Thank you.

*Zachery Z. Annable*
**Hayward PLLC**
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
(972) 755-7108 (Direct)
(972) 755-7108 (Fax)
Email: ZAnnable@HaywardFirm.com



**IMPORTANT/CONFIDENTIAL:** This message from the law firm of Hayward PLLC is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

*Please consider the environment before printing this e-mail.*

---

**From:** Hayley R. Winograd <hwinograd@pszjlaw.com>
**Sent:** Tuesday, March 9, 2021 4:00 PM
**To:** 'Lauren Drawhorn' <lauren.drawhorn@wickphillips.com>; John A. Morris <jmorris@pszjlaw.com>
**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; Zachery Annable <zannable@haywardfirm.com>
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

Lauren, attached are some additional revisions to the stipulations, along with proposed orders approving the stipulations. If these look good to you, we will finalize and file.

Regards,
Hayley

**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7700 | Fax: 212.561.7777
hwinograd@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Lauren Drawhorn [mailto:lauren.drawhorn@wickphillips.com]
**Sent:** Tuesday, March 09, 2021 12:59 PM
**To:** Hayley R. Winograd; John A. Morris
**Cc:** Gregory V. Demo; zannable@haywardfirm.com
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

Sure. As previously drafted, expert discovery in the HCMS adversary closed on August 2 but the deadline to file dispositive motions was also August 2nd. Which makes timing tight if either party is using expert discovery to support their dispositive motion. And while the deadline to file dispositive motions was August 2nd, pretrial pleadings were due starting August 30 (exhibit and witness lists, etc.) with docket call on September 13. However, that timing makes it difficult to have the dispositive motion heard before pretrial pleadings are due (which may change depending on the Court's ruling on any dispositive motion). That timing also doesn't work with the local rule that dispositive motions cannot be filed within 45 days of the docket call. Similar issues with HCRE schedule.

We would like at least 2 weeks between the close of expert discovery and the dispositive motion deadline, and then at least 30 days between the dispositive motion deadline and any pretrial pleadings.

I went ahead and made my suggested changes on the attached in tracked changes. These deadlines should comply with LBR 7056-1(b)(1), but feel free to double-check my counting. I used the docket call dates on Judge Jernigan's calendar – I only saw one trial docket call each month.

Let me know if this works or if you want to discuss further. I'm available for a call as well if that's easier.

Lauren

**Lauren K. Drawhorn**
**Partner** | Wick Phillips
**Direct**: 817.984.7423
**Email**: lauren.drawhorn@wickphillips.com

---

**From:** Hayley R. Winograd <hwinograd@pszjlaw.com>
**Sent:** Tuesday, March 9, 2021 11:16 AM
**To:** Lauren Drawhorn <lauren.drawhorn@wickphillips.com>; John A. Morris <jmorris@pszjlaw.com>
**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; zannable@haywardfirm.com
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

Hi Lauren,

We are happy to discuss adjustments, but we are not sure exactly what you mean below. Please specify.

Regards,
Hayley

4

**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7700 | Fax: 212.561.7777
hwinograd@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Lauren Drawhorn [mailto:lauren.drawhorn@wickphillips.com]
**Sent:** Monday, March 08, 2021 6:11 PM
**To:** John A. Morris
**Cc:** Gregory V. Demo; Hayley R. Winograd; zannable@haywardfirm.com
**Subject:** RE: Highland: Proposed Scheduling Orders for HCMS and HCRE

John,

Can we have the dispositive motion deadline at least 2 weeks after the close of expert discovery and then at least 30 days from the dispositive motion deadline before trial deadlines begin?

Lauren

**Lauren K. Drawhorn**
Partner | Wick Phillips
Direct: 817.984.7423
Email: lauren.drawhorn@wickphillips.com

---

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Friday, March 5, 2021 3:11 PM
**To:** Lauren Drawhorn <lauren.drawhorn@wickphillips.com>
**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>; zannable@haywardfirm.com
**Subject:** Highland: Proposed Scheduling Orders for HCMS and HCRE

Lauren,

I believe we have until Monday, March 8, to agree to a scheduling order or the Court's order automatically kicks in.

Attached are two proposed scheduling orders, one each for HCMS and HCRE.

There's no magic to them; we staggered them three weeks apart and tried to provide reasonable time periods.

Please let us know if you have any questions or comments as we'd like to file these by Monday if we're able to reach an agreement.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.