# EXHIBIT 15

**HCRE $6.1M**
**Exhibit B**

| | |
|---|---|
| **Closing Date** | 5/31/2017 |
| **Total Commitment** | $ 6,059,832 |
| **Rate** | 8.000% |

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | Ending Prin Bal |
|---|---|---|---|---|---|---|
| 5/31/2017 | | | | | | $ 6,059,832 |
| 6/30/2017 | 39,845.47 | | 39,845.47 | 6,059,831.51 | | 6,059,831.51 |
| 7/31/2017 | 41,173.65 | | 81,019.12 | 6,059,831.51 | | 6,059,831.51 |
| 8/31/2017 | 41,173.65 | | 122,192.77 | 6,059,831.51 | | 6,059,831.51 |
| 9/30/2017 | 39,845.47 | | 162,038.23 | 6,059,831.51 | | 6,059,831.51 |
| 10/31/2017 | 41,173.65 | | 203,211.88 | 6,059,831.51 | | 6,059,831.51 |
| 11/30/2017 | 39,845.47 | | 243,057.35 | 6,059,831.51 | | 6,059,831.51 |
| 12/27/2017 | 35,860.92 | | 278,918.27 | 6,059,831.51 | | 6,059,831.51 |
| 12/31/2017 | 5,312.73 | (284,231.00) | 0.00 | 6,059,831.51 | (201,994.38) | 5,857,837.13 |
| 1/31/2018 | 39,801.19 | | 39,801.20 | 5,857,837.13 | | 5,857,837.13 |
| 2/28/2018 | 35,949.47 | | 75,750.66 | 5,857,837.13 | | 5,857,837.13 |
| 3/31/2018 | 39,801.19 | | 115,551.86 | 5,857,837.13 | | 5,857,837.13 |
| 4/30/2018 | 38,517.29 | | 154,069.14 | 5,857,837.13 | | 5,857,837.13 |
| 5/31/2018 | 39,801.19 | (193,870.34) | (0.00) | 5,857,837.13 | 193,870.34 | 6,051,707.47 |
| 6/30/2018 | 39,792.05 | | 39,792.05 | 6,051,707.47 | | 6,051,707.47 |
| 7/31/2018 | 41,118.45 | | 80,910.50 | 6,051,707.47 | | 6,051,707.47 |
| 8/31/2018 | 41,118.45 | | 122,028.95 | 6,051,707.47 | | 6,051,707.47 |
| 9/30/2018 | 39,792.05 | | 161,821.00 | 6,051,707.47 | | 6,051,707.47 |
| 10/31/2018 | 41,118.45 | | 202,939.45 | 6,051,707.47 | | 6,051,707.47 |
| 11/30/2018 | 39,792.05 | | 242,731.50 | 6,051,707.47 | | 6,051,707.47 |
| 12/19/2018 | 25,201.63 | (453,220.06) | (185,286.93) | 6,051,707.47 | (201,994.38) | 5,849,713.09 |
| 12/31/2018 | 15,385.55 | | (169,901.39) | 5,849,713.09 | | 5,849,713.09 |
| 1/31/2019 | 39,746.00 | | (130,155.39) | 5,849,713.09 | | 5,849,713.09 |
| 2/28/2019 | 35,899.61 | | (94,255.78) | 5,849,713.09 | | 5,849,713.09 |
| 3/31/2019 | 39,746.00 | | (54,509.78) | 5,849,713.09 | | 5,849,713.09 |
| 4/30/2019 | 38,463.87 | | (16,045.92) | 5,849,713.09 | | 5,849,713.09 |
| 5/31/2019 | 39,746.00 | (23,700.08) | (0.00) | 5,849,713.09 | 23,700.08 | 5,873,413.17 |
| 6/30/2019 | 38,619.70 | | 38,619.70 | 5,873,413.17 | | 5,873,413.17 |
| 7/31/2019 | 39,907.03 | | 78,526.73 | 5,873,413.17 | | 5,873,413.17 |
| 8/31/2019 | 39,907.03 | | 118,433.75 | 5,873,413.17 | | 5,873,413.17 |
| 9/30/2019 | 38,619.70 | | 157,053.46 | 5,873,413.17 | | 5,873,413.17 |
| 10/15/2019 | 19,309.85 | | 176,363.31 | 5,873,413.17 | | 5,873,413.17 |
| 10/31/2019 | 20,597.17 | | 196,960.48 | 5,873,413.17 | | 5,873,413.17 |
| 11/30/2019 | 38,619.70 | | 235,580.19 | 5,873,413.17 | | 5,873,413.17 |
| 12/30/2019 | 38,619.70 | -275,487.21 | (1,287.32) | 5,873,413.17 | (201,994.40) | 5,671,418.77 |
| 12/31/2019 | 1,243.05 | | (44.27) | 5,671,418.77 | | 5,671,418.77 |
| 1/31/2020 | 38,534.57 | | 38,490.30 | 5,671,418.77 | | 5,671,418.77 |
| 2/29/2020 | 36,048.47 | | 74,538.77 | 5,671,418.77 | | 5,671,418.77 |
| 3/31/2020 | 38,534.57 | | 113,073.34 | 5,671,418.77 | | 5,671,418.77 |
| 4/30/2020 | 37,291.52 | | 150,364.86 | 5,671,418.77 | | 5,671,418.77 |
| 5/31/2020 | 38,534.57 | (188,899.43) | 0.00 | 5,671,418.77 | 188,899.43 | 5,860,318.20 |
| 6/30/2020 | 38,533.60 | | 38,533.60 | 5,860,318.20 | | 5,860,318.20 |
| 7/31/2020 | 39,818.05 | | 78,351.66 | 5,860,318.20 | | 5,860,318.20 |
| 8/31/2020 | 39,818.05 | | 118,169.71 | 5,860,318.20 | | 5,860,318.20 |
| 9/30/2020 | 38,533.60 | | 156,703.31 | 5,860,318.20 | | 5,860,318.20 |
| 10/31/2020 | 39,818.05 | | 196,521.36 | 5,860,318.20 | | 5,860,318.20 |
| 11/30/2020 | 38,533.60 | | 235,054.96 | 5,860,318.20 | | 5,860,318.20 |
| 12/31/2020 | 39,818.05 | | 274,873.01 | 5,860,318.20 | | 5,860,318.20 |
| 1/21/2021 | 26,973.52 | (274,917.29) | 26,929.25 | 5,860,318.20 | (390,893.80) | 5,469,424.40 |