# EXHIBIT 16

**HCRE #12 $900K**
**Exhibit C**
**Closing Date** 9/25/2019
**Total Commitment** $ 900,000
**Rate** 8.000%
**Note:** Payable On Demand; compounded annually on anniversary date

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | Ending Prin Bal |
|---|---|---|---|---|---|---|
| 9/25/2019 | | | | | | 900,000.00 |
| 9/30/2019 | 986.30 | (986.30) | 0.00 | 900,000.00 | (204,732.70) | 695,267.30 |
| 10/15/2019 | 2,285.81 | | 2,285.81 | 695,267.30 | | 695,267.30 |
| 10/31/2019 | 2,438.20 | | 4,724.01 | 695,267.30 | | 695,267.30 |
| 11/30/2019 | 4,571.62 | | 9,295.63 | 695,267.30 | | 695,267.30 |
| 12/31/2019 | 4,724.01 | | 14,019.64 | 695,267.30 | | 695,267.30 |
| 1/31/2020 | 4,724.01 | | 18,743.65 | 695,267.30 | | 695,267.30 |
| 2/29/2020 | 4,419.23 | | 23,162.88 | 695,267.30 | | 695,267.30 |
| 3/31/2020 | 4,724.01 | | 27,886.89 | 695,267.30 | | 695,267.30 |
| 4/30/2020 | 4,571.62 | | 32,458.51 | 695,267.30 | | 695,267.30 |
| 5/31/2020 | 4,724.01 | | 37,182.52 | 695,267.30 | | 695,267.30 |
| 6/30/2020 | 4,571.62 | | 41,754.14 | 695,267.30 | | 695,267.30 |
| 7/31/2020 | 4,724.01 | | 46,478.14 | 695,267.30 | | 695,267.30 |
| 8/31/2020 | 4,724.01 | | 51,202.15 | 695,267.30 | | 695,267.30 |
| 9/25/2020 | 3,809.68 | (55,011.84) | (0.00) | 695,267.30 | 55,011.84 | 750,279.14 |
| 9/30/2020 | 822.22 | | 822.22 | 750,279.14 | | 750,279.14 |
| 10/31/2020 | 5,097.79 | | 5,920.01 | 750,279.14 | | 750,279.14 |
| 11/30/2020 | 4,933.34 | | 10,853.35 | 750,279.14 | | 750,279.14 |
| 12/31/2020 | 5,097.79 | | 15,951.14 | 750,279.14 | | 750,279.14 |
| 1/21/2021 | 3,453.34 | - | 19,404.48 | 750,279.14 | | 750,279.14 |
| 1/31/2021 | 1,644.45 | | 21,048.92 | 750,279.14 | | 750,279.14 |
| 2/28/2021 | 4,604.45 | | 25,653.38 | 750,279.14 | | 750,279.14 |
| 3/31/2021 | 5,097.79 | | 30,751.16 | 750,279.14 | | 750,279.14 |
| 4/30/2021 | 4,933.34 | | 35,684.51 | 750,279.14 | | 750,279.14 |
| 5/31/2021 | 5,097.79 | | 40,782.29 | 750,279.14 | | 750,279.14 |
| 6/30/2021 | 4,933.34 | | 45,715.63 | 750,279.14 | | 750,279.14 |
| 7/31/2021 | 5,097.79 | | 50,813.42 | 750,279.14 | | 750,279.14 |
| 8/31/2021 | 5,097.79 | | 55,911.21 | 750,279.14 | | 750,279.14 |
| 9/25/2021 | 4,111.12 | | 60,022.33 | 750,279.14 | | 750,279.14 |
| 9/30/2021 | 822.22 | | 60,844.55 | 750,279.14 | | 750,279.14 |
| 10/31/2021 | 5,097.79 | | 65,942.34 | 750,279.14 | | 750,279.14 |
| 11/30/2021 | 4,933.34 | | 70,875.68 | 750,279.14 | | 750,279.14 |
| 12/31/2021 | 5,097.79 | | 75,973.47 | 750,279.14 | | 750,279.14 |
| 1/31/2022 | 5,097.79 | | 81,071.25 | 750,279.14 | | 750,279.14 |