

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 17, 2021

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § § | |
| | § | **Case No.: 19-34054-sgj11** |
| Debtor. | § § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | **Adv. Pro. No. 21-03007-sgj** |
| **HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC),** | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING NEXPOINT REAL ESTATE PARTNERS, LLC F/K/A HCRE PARTNERS, LLC'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S COMPLAINT

On this day, the Court considered Defendant NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC's ("Defendant") Motion for Leave to Amend its Answer to Plaintiff's

Complaint (the "Motion"). Having considered the Motion, the pleadings, and the arguments of counsel, for the reasons stated on the record, the Court hereby **GRANTS** the Motion, as set forth below.

IT IS THEREFORE ORDERED that Defendant may file its First Amended Answer by 11:59 p.m. (prevailing Central Time) on June 11, 2021. It is further

ORDERED that Defendant's First Amended Answer shall include, in connection with Defendant's condition subsequent defense, the following information: (i) who made the subsequent agreement(s); (ii) the date of the agreement(s); (iii) what is the agreement; and (iv) what documents reflect the agreement.

### END OF ORDER ###