BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
 § Case No.:   19−34054−sgj11
 Debtor(s) § Chapter No.:   11
Highland Capital Management, L.P. §
 Plaintiff(s) § Adversary No.:   21−03007−sgj
 vs. §
HCRE Partners, LLC (n/k/a NexPoint Real Estate §
Partners, LLC) §
 Defendant(s) §

Dear Ms. Drawhorn:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Per the hearing held entry dated July 8, 2021, please upload an order (RE: related document(s)[27] Expedited Motion to stay pending resolution of Motion to withdraw the reference of adversary proceeding (related document(s) [20] Motion for withdrawal of reference) filed by Defendant HCRE Partners, LLC)

Responses due by 8/12/2021.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within two weeks from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  7/29/21                          FOR THE COURT:
                                         Robert P. Colwell, Clerk of Court

                                         by: /s/C. Ecker, Deputy Clerk
                                         cathy_ecker@txnb.uscourts.gov