Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Lauren K. Drawhorn
Texas State Bar No. 24074528
lauren.drawhorn@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

**COUNSEL FOR NEXPOINT REAL ESTATE PARTNERS, LLC f/k/a HCRE PARTNERS, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § § § | **Case No.: 19-34054-sgj11** |
| Debtor. § § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § § § | |
| Plaintiff, § § | **Adv. Pro. No. 21-03007-sgj** |
| vs. § § § | |
| **HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC),** § § § § | |
| Defendant. § § | |

### MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Rule 2091-1, Jason M. Rudd and Lauren K. Drawhorn of Wick Phillips Gould & Martin LLP respectfully move to withdraw as counsel for Defendant NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC in the above-referenced adversary proceeding. Wick Phillips Gould & Martin LLP's withdrawal will not affect any deadlines and will not prejudice any party. Plaintiff is unopposed to this motion.

Defendant will continue to be represented by other attorneys at Stinson LLP, including Deborah Deitsch-Perez and Michael P. Aigen, each of whom has entered an appearance [Docket No. 26] in this case.

The contact information for the continuing attorneys is as follows:

**STINSON LLP**
Deborah Deitsch-Perez
State Bar No. 24036072
deborah.deitschperez@stinson.com
Michael P. Aigen
State Bar No. 24012196
michael.aigen@stinson.com
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Telecopier: (214) 560-2203

Date: August 4, 2021

                                          Respectfully submitted,

                                          */s/ Lauren K. Drawhorn*
                                          Jason M. Rudd
                                          Texas Bar No. 24028786
                                          Lauren K. Drawhorn
                                          Texas Bar No. 24074528

                                          **WICK PHILLIPS GOULD & MARTIN, LLP**
                                          3131 McKinney Avenue, Suite 500
                                          Dallas, Texas 75204
                                          Telephone: (214) 692-6200
                                          Fax: (214) 692-6255
                                          Email: jason.rudd@wickphillips.com
                                                         lauren.drawhorn@wickphillips.com

                                          and

**STINSON LLP**

Deborah Deitsch-Perez
State Bar No. 24036072
deborah.deitschperez@stinson.com
Michael P. Aigen
State Bar No. 24012196
michael.aigen@stinson.com
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Telecopier: (214) 560-2203

**COUNSEL FOR NEXPOINT REAL ESTATE PARTNERS, LLC F/K/A HCRE PARTNERS, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 30, 2021 – August 3, 2021, I conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff is unopposed to such relief.

*/s/ Lauren K. Drawhorn*
Lauren K. Drawhorn

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system upon counsel for the Plaintiff and all other parties requesting or consenting to such service in this adversary case.

Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Facsimile: (310) 201-0760
*Counsel for Highland Capital Management, L.P.*

Melissa S. Hayward
MHayward@HaywardFirm.com
Zachery Z. Annable
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Fax: (972) 755-7110

*/s/ Lauren K. Drawhorn*
Lauren K. Drawhorn