

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 5, 2021

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § § § § | | **Chapter 11** <br><br> **Case No.: 19-34054-sgj11** |
| Debtor. § § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § § § | | |
| Plaintiff, § § | | **Adv. Pro. No. 21-03007-sgj** |
| vs. § § | | |
| **HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC),** § § § § § | | |
| Defendant. § | | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered Wick Phillip's Motion to Withdraw as Counsel, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC is currently represented in the above-referenced adversary proceeding by Deborah Deitsch-Perez and Michael P. Aigen, both of whom have appeared, of Stinson LLP.

*#END OF ORDER#*