Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendant HCRE Partners, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| | § Case No. 19-34054-sgj11 |
| Debtor. | § |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| | § |
| Plaintiff, | § Adversary Proceeding No. |
| | § |
| vs. | § 21-03007-sgj |
| | § |
| HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC), JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § § § |
| | § |
| Defendants. | § |

**DEFENDANT HCRE PARTNERS, LLC'S MOTION TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES**

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

COMES NOW, HCRE Partners, LLC ("HCRE"), one of the Defendants in the above styled and numbered Adversary Proceeding initiated by Highland Capital Management, L.P. as Plaintiff (the "Debtor"), and files this, its *Motion to Extend Expert Disclosure and Discovery Deadlines* (the "Motion"). HCRE respectfully shows as follows:

2

## I.    RELIEF REQUESTED

1.    On October 29, 2021, NexPoint Advisors, L.P. ("NexPoint") filed its *Motion to Extend Expert Disclosure and Discovery Deadlines* with several exhibits attached (the "NexPoint Motion") in Case No. 19-34054-sgj11, Adversary Proceeding No. 21-03005-sgj, collectively attached hereto as "Exhibit A."[1]  HCRE and HCMS incorporate the context of the NexPoint Motion as if fully set forth herein.

2.    As described in the NexPoint Motion, in the NexPoint, HCMS and HCRE Notes cases there is a similar issue regarding whether the Debtor, Highland Capital Management, as the servicer for NexPoint, HCMS and HCRE, failed to make term loan payments at the end of 2020, enabling the Debtor to contend that the term loans were accelerated. As described in the Rukavina Declaration annexed to the NexPoint Motion, unexpected testimony just last week gave rise to the need to investigate whether expert testimony on the duties of a servicer like Highland Capital Management would be useful.

3.    As a result of the timing, it was not possible to retain an expert who could provide a report by the existing deadline, today.  HCRE and HCMS therefore seek an extension of time to potentially obtain an expert report from Mr. Steven Pully.  HCRE and HCMS would act expeditiously to minimize any impact on the schedule.

4.    For generally the same reasons set forth in the NexPoint Motion, HCRE requests this Court grant it the same relief requested by NexPoint.

---

[1] *Motion to Extend Expert Disclosure and Discovery Deadlines,* Case 21-03005-sgj [Doc 86]; *Declaration of Davor Rukavina*, Case 21-03005-sgj [Doc 86-1]; *Exhibit A*, Case 21-03005-sgj [Doc 86-2]; *Exhibit B*, Case 21-03005-sgj [Doc 86-3]; *Exhibit C*, Case 21-03005-sgj [Doc 86-4].

3

## II.    PRAYER

WHEREFORE, PREMISES CONSIDERED, HCRE respectfully requests this Court enter an order (i) granting this Motion; (ii) modifying the Scheduling Order to extend the deadline to designate experts and serve expert reports through December 13, 2021; (iii) modifying the Scheduling Order accordingly for the potential designation of rebuttal experts and service of rebuttal expert reports, and extending expert discovery; and (iv) granting HCRE such other and further relief as may be proper.

RESPECTUFLLY SUBMITTED this 29th day of October, 2021.

**STINSON LLP**

/s/ *Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR DEFENDANT
HCRE PARTNERS, LLC**

## CERTIFICATE OF CONFERENCE

Counsel for NexPoint requested counsel for the Debtor to agree to the extension and within minutes, the Debtor declined. For that reason, counsel for HCRE and HCMS concluded further conferencing would be futile.

/s/ *Deborah Deitsch-Perez*
Deborah Deitsch-Perez

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 29, 2021, a true and correct copy of this document was served via the Court's CM/ECF system on counsel for the Plaintiff.

/s/ *Deborah Deitsch-Perez*
Deborah Deitsch-Perez
