BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. v. HCRE Partners, LLC (n/k/a NexPoint Real Estate Par | Movants Motion To Compel, Motion To Dismiss and Motion To Stay Litigation, doc. #65, #67 & #69 | Case # 21−03007−sgj |

DEBTOR

**TYPE OF HEARING**

James Dondero & Nancy Dondero         VS

**PLAINTIFF / MOVANT**                              **DEFENDANT / RESPONDENT**

Deborah Deitsch−Perez

**ATTORNEY**                                                **ATTORNEY**

**EXHIBITS**

SEE EXHIBIT LIST

COURT ADMITTED EXHIBIT'S #1 THROUGH #14

| Michael Edmond | November 9, 2021 | Stacey G. Jernigan |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |