BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P. | §<br>§<br>§ | Case No.: 19−34054−sgj11 |
| Debtor(s) | § | Chapter No.: 11 |
| Highland Capital Management, L.P. | § | |
| Plaintiff(s) | § | Adversary No.: 21−03007−sgj |
| vs. | § | |
| HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)  et al. | §<br>§ | |
| Defendant(s) | § | |

Dear Counsel:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: order from attorney for defendant.

  (RE: related document(s)[69] Motion for leave to stay litigation filed by Defendants James Dondero, Nancy Dondero , The Dugaboy Investment Trust;

  [95] Hearing held on 11/9/2021. (RE: related document(s)[69] Motion for leave to stay litigation filed by Defendants James Dondero , Nancy Dondero , The Dugaboy Investment Trust.) Nonevidentiary hearing. Motion denied. Counsel should upload order.)

  Responses due by 12/8/2021

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within one week from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  12/1/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/C. Ecker, Deputy Clerk
cathy_ecker@txnb.uscourts.gov