# EXHIBIT 111

Appx. 02232

2/18/2020                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                            Date  6/28/19        Page     1
                                            Primary Account
                                            Enclosures
```



```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

            Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                          Statement Dates   6/03/19 thru  6/30/19
```



```
    --------------------------------------------------------------------------------

    Deposits and Additions
    Date    Description                                          Amount
```



```
    6/07    Misc Credit                              3,000,000.00
```

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                                       1/5

HIGHLY CONFIDENTIAL

D-CNL003528

**Appx. 02233**

2/18/2020

NexBank SSB



MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003529

**Appx. 02234**

2/18/2020                                         NexBank SSB



**NEXBANK™**

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



EQUAL HOUSING LENDER

FDIC

```
                                        Date  6/28/19      Page    2
                                        Primary Account
                                        Enclosures
```

```
        Analysis Checking w/ Interest        1614130  (Continued)

--------------------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                              Amount
```

--------------------------------------------------------------------------------

```
        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003530

**Appx. 02235**

2/18/2020                                          NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|
| **Reconciliation of Account** | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | |
| | | Sort your checks numerically or by date issued. | | | |
| | | | | | |
| | | Mark off in your checkbook each of your checks paid by he bank and list the numbers and amounts of those not paid in he space provided at the left. Include any checks s ill not paid from previous statements. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | |
| | | Reconcile your statement in the space provided below. | | | |
| | | | | | |
| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-&gt;** | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003531

**Appx. 02236**

2/18/2020                                                      NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003532

Appx. 02237

# EXHIBIT 112



# EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|

3409    rev 05-16

HIGHLY CONFIDENTIAL



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

HIGHLAND CAPITAL MANAGEMENT LP

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12 23 | Wire Trans-IN | JAMES D DONDERO | 783,011.86 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 3 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|--------------|

HIGHLY CONFIDENTIAL



**EASTWESTBANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 4 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

**DAILY BALANCES**

**OVERDRAFT/RETURN ITEM FEES**

D-CNL003559
**Appx. 02242**

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement          $_____
_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total**……… $_____

**Sub Total** ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned ……………………………... $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____
_____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……….............................** $_____

**Balance**……...................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

HIGHLY CONFIDENTIAL

# EXHIBIT 113

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮▮▮ |

HIGHLY CONFIDENTIAL

Page 2 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|--------|-------------|----------------------|
| | | | |

HIGHLY CONFIDENTIAL

D-CNL003618

**Appx. 02248**

Page 3 of 13
Primary Account: ▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|--------------------|-------------|----------------------|
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |

HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|

Page 5 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ██████████████████ | ████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ██████████████████ | ██████ |
| ██ | | ████████████ ████ | ██████ |
| ██ | | ████████████████ | ██████ |
| ██ | | ██████████████████ | ██████ |
| ██ | | ██████████████████ | ██████ |
| ██ | | ██████████████████ | ████ |

Page 6 of 13
Primary Account
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 5/29 | | INCOMING WIRE W/ADVICE REF 20190529F2QCZ60C00298805291425FT03 ORG HIGHLAND CAPITAL M | $1,000,000.00 |


**BBVA** Compass



## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉ | | ▉▉ |
| ▉ | | ▉▉ ▉▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉ ▉▉▉ ▉▉▉ | | ▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉ ▉▉ ▉▉▉ | | ▉ |
| ▉ | | ▉▉▉▉ ▉▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉ | | ▉▉ |
| ▉ | | ▉▉▉▉ ▉▉▉ | | ▉ |
| ▉ | | ▉▉ ▉▉▉ | | ▉ |
| ▉ | | ▉▉ ▉▉▉ | | ▉ |
| ▉ | | ▉▉▉▉ ▉▉▉ | | ▉▉ |

HIGHLY CONFIDENTIAL

Page 9 of 13
Primary Account ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

Page 10 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|---------------------|

HIGHLY CONFIDENTIAL

Page 11 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



Page 12 of 13
Primary Account: ██████████
Beginning May 1, 2019 - Ending May 31, 2019      31





Page 13 of 13
Primary Account: ▉▉▉▉▉▉
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Division, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 114

Appx. 02260

10/22/2019 FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄   Log Out   Contact Us   **2 Messages** ⌄   ⌂ Alerts ⌄

# Accounts



HIGHLY CONFIDENTIAL        D-CNL003663

**Appx. 02261**

10/22/2019

**FX : Accounts: Get Statement**

Analysis Checking w/ Interest ▮▮▮▮ (Continued)

---------------------------------------------------------------------------------

Checks and Withdrawals

Date    Description                         Amount

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

End of Statement

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | | |
| NUMBER | AMOUNT | | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | | |
| | | | | Reconcile your statement in the space provided below. | | | | |
| | | | | Enter bank balance from statement | | | | |
| | | | | Add deposits not credited by bank (if any) | | | | |
| | | | | TOTAL | | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| | | | | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | |

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- **Account Information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

HIGHLY CONFIDENTIAL

D-CNL003664

**Appx. 02262**

10/22/2019                                      FX : Accounts: Get Statement

- **Description of Problem**. If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003665

**Appx. 02263**

# EXHIBIT 115

Page 1 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019          31



21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | ███████ | ███████ |
| ███████ | | ███████ | ███████ |

HIGHLY CONFIDENTIAL

Page 2 of 10
Primary Account: ██████
Beginning October 1, 2019 - Ending October 31, 2019          31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|---------|-------------|---------|
| ██ | | ████████████████ | ████ |
| ██ | | ████████████ | ████ |
| 10/3 | | INCOMING WIRE W/ADVICE REF<br>20191003F2QCZ60C00240510031400FT03 ORG<br>HIGHLAND CAPITAL M | $375,000.00 |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████████████ | |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ███████████ | |
| ██ | | ████████ | ████ |



HIGHLY CONFIDENTIAL




| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 4 of 10
Primary Account: ████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 5 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

D-CNL003670

Appx. 02269

Page 6 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ███ | ████ |
| ██ | | ████████ █████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ███ ████ ████ | ██ |
| ██ | | ███ ████ ████ | ██ |
| ██ | | ███ ████ ████ | ██ |
| ██ | | █████ ███ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | █████ ███████ | ██ |
| ██ | | ████ ██ ████ | ██ |
| ██ | | ██████ ████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ██████ | ██ |
| ██ | | ████████ █████ | ██ |
| ██ | | ████████ █████████ | ██ |
| ██ | | ████████ ████████ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ █████ | ██ |
| ██ | | ██ ████ ████ | ██ |
| ██ | | ████████ ███ | ██ |
| ██ | | ████████ █████ | ██ |



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



Page 9 of 10
Primary Account: ██████████
Beginning October 1, 2019 - Ending October 31, 2019          31

Page 10 of 10
Primary Account: ▓▓▓▓▓▓
Beginning October 1, 2019 - Ending October 31, 2019          31



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record any deposit service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.
**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.
**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).
**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reac us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 116

Appx. 02275

Page 1 of 8
Primary Account: ███████████
Beginning September 1, 2019 - Ending September 30, 2019                    30



21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

## Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online    bbvausa.com

Write    BBVA
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|

HIGHLY CONFIDENTIAL

Page 3 of 8
Primary Account: ▮▮▮▮▮
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 9/30 | | INCOMING WIRE W/ADVICE REF 20190930F2QCZ60C00512909301511FT03 ORG HCRE PARTNERS, LLC | $341,758.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

D-CNL003657

Appx. 02278



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| █ | | ████████ | ███ |
| █ | | ████████ | ███ |
| █ | | ███████ | ███ |
| █ | | ██████ | ████ |
| █ | | ██████ | ████ |
| █ | | ██████ | ████ |
| █ | | ██ ████ | ███ |
| █ | | ██ ████ | ████ |
| █ | | ██ ██ ████ | ████ |
| █ | | █████ | ████ |
| █ | | ██ ████ | ████ |
| █ | | ██ █████ | ██ |
| █ | | ██ █████ | ████ |
| █ | | ██ █████ | ████ |
| █ | | ██ ███ ████ | ████ |
| █ | | ██ ████ | ██ |
| █ | | ██ ██ ████ | ███ |
| █ | | █████ | ████ |
| █ | | ██████ | ███ |
| █ | | ██████ | ████ |
| █ | | ██████ | ████ |
| █ | | ██████ | ████ |
| █ | | ██████ | ███ |
| █ | | ██████ | ███ |
| █ | | ██ ████ | ██ |
| █ | | █████ | ███ |
| █ | | ██████ | ████ |
| █ | | ██████ | ████ |
| █ | | ██████ | ████ |

Page 5 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019          30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|---------------------|

Page 6 of 8
Primary Account: █████████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ███ | | ████████████ ████ | ██████ |
| ███ | | █████████████ | ██████ |
| ███ | | ████████████ █ | ██████ |
| ███ | | ██████ ████ ██████ | ████ |
| ███ | | ██████ ██ ████ ██████ | ████ |
| ███ | | █████████ █████ | ███████ |
| ███ | | █████████ ████ | ██████ |
| ███ | | █████████ ████ | ██████ |
| ███ | | █████ ████ ████ ████ | ████ |
| ███ | | █████ ███ ████ ████ | ████ |
| ███ | | ██████████████ | ██████ |
| ███ | | ███████████████ | ██████ |
| ███ | | ██████████ ████ | ██████ |
| ███ | | ███████████ | ██████ |
| ███ | | █████████ ████ | ██████ |
| ███ | | ████████████ | ████ |
| ███ | | ███████ ████ | ████ |
| ███ | | ████████ ████ | ██████ |
| ███ | | ██████████ ████ | ████ |
| ███ | | █████████ ████ | ██████ |
| ███ | | █████████ ████ | ██████ |
| ███ | | ██████████ ████ | ██████ |
| ███ | | ██████████████ | ██████ |
| ███ | | █████████ ████ | ██████ |
| ███ | | ██████████ █████ | ████ |
| ███ | | ██████ ████ ██████ | ████ |
| ███ | | ████████████ | ██████ |
| ███ | | ███████████████ | ██████ |
| ███ | | ███████████████ | ████ |
| ███ | | █████████████ | ██████ |
| ███ | | ██████ ██ ██████ | ████ |





Page 8 of 8
Primary Account: ▮▮▮▮▮▮▮
Beginning September 1, 2019 - Ending September 30, 2019            30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
- Check all your addition and subtraction in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 117

Appx. 02284

Page 1 of 9
Primary Account: ███████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

D-CNL003608

**Appx. 02285**

Page 2 of 9
Primary Account: ████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING
Account Number: ███████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 4/16 | | INCOMING WIRE W/ADVICE REF 20190416F2QCZ60C00357704161647FT03 ORG NEXPOINT ADVISORS, | $1,300,000.00 |

HIGHLY CONFIDENTIAL

Page 3 of 9
Primary Account ██████
Beginning April 1, 2019 - Ending April 30, 2019          30



**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 6 of 9
Primary Account: ▮
Beginning April 1, 2019 - Ending April 30, 2019                30

**BBVA** Compass



**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 8 of 9
Primary Account: 
Beginning April 1, 2019 - Ending April 30, 2019          30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|



HIGHLY CONFIDENTIAL

D-CNL003615

**Appx. 02292**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
  • Record all automated deductions, debit card transactions and electronic bill payments.
  • Record and deduct service charges, check printing charges, or other bank fees.
  • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

D-CNL003616

# EXHIBIT 118

2/18/2020                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  6/28/19        Page      1
                                        Primary Account
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

        Account Type:  Highland Capital Management LP

```
Analysis Checking w/ Interest
Account Number                          Statement Dates   6/03/19 thru  6/30/19
```



```
--------------------------------------------------------------------------------

Deposits and Additions
Date      Description                                          Amount
```

```
6/19      1B Transfer from D ****171 to          2,100,000.00
```

HIGHLY CONFIDENTIAL

D-CNL003639

**Appx. 02295**

2/18/2020

NexBank SSB



MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003640

Appx. 02296

2/18/2020                                                                NexBank SSB



| Date | 6/28/19 | Page | 2 |

Primary Account
Enclosures

Analysis Checking w/ Interest          ▮▮▮▮          (Continued)

--------------------------------------------------------------------------------

Checks and Withdrawals
Date     Description                                      Amount

--------------------------------------------------------------------------------

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html          3/5

HIGHLY CONFIDENTIAL

2/18/2020                                                                 NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | | AMOUNT | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by he bank and list the numbers and amounts of those not paid in he space provided at the left. Include any checks s ill not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-** | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL                                                        D-CNL003642

**Appx. 02298**

2/18/2020                                                             NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                    5/5

HIGHLY CONFIDENTIAL

D-CNL003643

# EXHIBIT 119

Page 1 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31



21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online   bbvausa.com

Write    BBVA
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | ███████ | ███████ |
| ███████ | | ███████ | ███████ |

HIGHLY CONFIDENTIAL

Page 2 of 8
Primary Account: ▮▮▮▮
Beginning July 1, 2019 - Ending July 31, 2019                    31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 7/9 | | INCOMING WIRE W/ADVICE REF 20190709F2QCZ60C00251507091430FT03 ORG NEXPOINT ADVISORS, | $630,000.00 |



HIGHLY CONFIDENTIAL

Page 3 of 8
Primary Account: 
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|--------|--------|-------------|---|--------|



## Withdrawals and Other Debits

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------|-------------|--------|



Page 4 of 8
Primary Account: ██████████
Beginning July 1, 2019 - Ending July 31, 2019                31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 5 of 8
Primary Account: ████████
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 6 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 7 of 8
Primary Account: ▮▮▮▮▮
Beginning July 1, 2019 - Ending July 31, 2019          31





## End of Business Day Balance Summary



## Summary of Checks



HIGHLY CONFIDENTIAL

Page 8 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31



## How to Balance Your Account

**Step 1**  • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
  • Record all automated deductions, debit card transactions and electronic bill payments.
  • Record and deduct service charges, check printing charges, or other bank fees.
  • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**  • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**  • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**  • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 3 Total | $ | |

| Date/Description | Check # | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 4 Total | | $ | |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | | |
|---|---|---|---|
| | • Add total from Step 3 | | |
| | • Subtotal | | |
| | • Subtract total from Step 4 | | |
| | • This balance should equal your register balance | | |
| | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any time Saturday, Sunday or bank holidays. BBVA business days are Monday hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 120

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
       MASTER  OPERATING  ACCOUNT
       300  CRESCENT  CT  STE  700
       DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
          Customer Service
          P.O. Box 10566
          Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮▮▮ |

HIGHLY CONFIDENTIAL

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number:

## Activity Summary



## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| 3/5 | | INCOMING WIRE W/ADVICE REF 20190305F2QCZ60C00330903051708FT01 ORG HIGHLAND CAPITAL M | $1,015,000.00 |



HIGHLY CONFIDENTIAL

D-CNL003599

**Appx. 02311**

Page 3 of 10
Primary Account: ▮▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019      31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| 3/29 | | INCOMING WIRE W/ADVICE REF 20190329F2QCZ60C00647603291634FT01 ORG NEXPOINT ADVISORS, | $725,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

Page 4 of 10
Primary Account: ▇▇▇▇▇▇
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Page 7 of 10
Primary Account: ███████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 8 of 10
Primary Account: ▮▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019                    31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------|-------------|------------|

D-CNL003605
**Appx. 02317**

Page 9 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | ████ | ███████████████ | ████ |
| ██ | | ████████ | ███ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.



**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount | |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 3 Total | $ | |

| Date/Description | Check # | Amount | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 4 Total | | $ | |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | | |
| --- | --- | --- | --- |
| | • Add total from Step 3 | | |
| | • Subtotal | | |
| | • Subtract total from Step 4 | | |
| | • This balance should equal your register balance | | |
| | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Dept., P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 121

Appx. 02320

10/22/2019                              FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄   Log Out   Contact Us   **2 Messages** ⌄   △ Alerts ⌄

# Accounts



HIGHLY CONFIDENTIAL                              D-CNL003652

**Appx. 02321**

10/22/2019          FX : Accounts: Get Statement



MEMBER FDIC      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
each banking day will be credited as of that date.

**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

Date 8/30/19     Page 3
Primary Account
Enclosures

Analysis Checking w/ Interest     (Continued)

End of Statement

HIGHLY CONFIDENTIAL     D-CNL003653

Appx. 02322

10/22/2019                                      FX : Accounts: Get Statement

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
                    each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003654

**Appx. 02323**

# EXHIBIT 122

Appx. 02324



# EASTWEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

### CREDITS

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|---|-----------|
| | 12.09 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 1,518,575.34 |

3409    rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003676

**Appx. 02325**



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

HIGHLAND CAPITAL MANAGEMENT LP

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|---|-----------|
| | 12-30 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 65,360.49 |
| | 12-30 | Wire Trans-IN | HCRE PARTNERS, LLC | 477,481.61 |
| | 12-30 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 530,112.36 |
| | | Wire Trans-IN | BARRIER ADVISORS, INC. | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|

**DEBITS**

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|

HIGHLY CONFIDENTIAL

D-CNL003677

**Appx. 02326**



# EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# EXHIBIT 123

Appx. 02332

**BBVA**

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

## Contacting Us

Available by phone 24/7

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvausa.com |
| Write | BBVA |
| | Customer Service |
| | P.O. Box 10566 |
| | Birmingham, AL 35296 |

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮▮▮ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

HIGHLY CONFIDENTIAL

Page 2 of 9
Primary Account: ████
Beginning June 1, 2019 - Ending June 30, 2019          30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████████

### Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

### Activity Summary

███████████      ████████
████████         ████████
███████████      ████████
███████████      ████████

### Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████████ | ███████ |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00344906041614FT03 ORG HIGHLAND CAPITAL M | $500,000.00 |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00345006041614FT03 ORG NEXPOINT ADVISORS, | $300,000.00 |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |

Appx. 02334

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                30





## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

Page 4 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 5 of 9
Primary Account: ▇▇▇▇
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

HIGHLY CONFIDENTIAL



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ █████ | | ███ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ █████ | | █████ |
| ██ | | █████████ ███████ | | ████ |
| ██ | | █████████ ███████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██ ███ ██████ | | ██ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ██████ | | ██ |
| ██ | | ████████ ███████ | | ███ |
| ██ | | ████████ ███████ | | ███ |
| ██ | | ██████ ███ ███ █████ | | ███ |
| ██ | | ████████ ███████ | | █████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | █████ ███ ██ ███ | | ██ |
| ██ | | █████████ ████████ | | ███ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ █████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ████████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██████ | | ████ |
| ██ | | ████████ ██████ | | ████ |

HIGHLY CONFIDENTIAL

Page 8 of 9
Primary Account: ██████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|---|---|---|---|---|



D-CNL003637

**Appx. 02340**

Page 9 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019      30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record any service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 124



# EAST WEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page 1 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31

( 0 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19 12239
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201 0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number | Beginning balance | ( 15 )
( 111 )

### CREDITS

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 01 14 | Wire Trans-IN NEXPOINT ADVISORS, LP | 1,406,111.92 |
| | 01 21 | Wire Trans-IN HIGHLAND CAPITAL M ANAGEMENT SE | 181,226.83 |
| | 01 21 | Wire Trans-IN HCRE PARTNERS, LLC | 665,811.09 |

### DEBITS

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|

3409    rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003593
Appx. 02343

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 2 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



ACCOUNT STATEMENT
Page  4  of  4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP



HIGHLY CONFIDENTIAL

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………........... $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement       $_____
           _____
           _____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total**………. $_____

**Sub Total** ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
     _____
     _____
     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
     _____
     _____
     _____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……................…….** $_____

**Balance**……..................………. $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

# EXHIBIT 125

Appx. 02348

Page 1 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
       MASTER  OPERATING  ACCOUNT
       300  CRESCENT  CT  STE  700
       DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ██████ | ████ | ████ |
| ████ | | ████ | ████ |

CONFIDENTIAL

D-JDNL-033060

**Appx. 02349**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/18 | ▮ |
| Deposits/Credits (130) | ▮ |
| Withdrawals/Debits (177) | ▮ |
| **Ending Balance on 2/28/18** | ▮ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 15
Primary Account: ▮▮▮▮▮▮
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|

Page 4 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | ██ | ██████████████ | | ████ |
| ██ | ██ | ██████████████ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ██████████ █████ | | ████ |
| ██ | | ████████ █████ | | ████ |
| ██ | | ██████████ | | ████ |
| ██ | | ████████████ | | █████ |
| ██ | | ████████████ | | ████ |
| ██ | | ████████████ | | █████ |
| ██ | | ██████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ██████████ ████ | | █████ |
| ██ | | ████████ ████ | | ████ |

CONFIDENTIAL

Page 5 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018                28



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|--------|----------|-------------|--|----------|
| ▇ | | ███████████ ████████ | | ██████ |
| ▇ | | ███████ ██████████ | | ██████ |
| ▇ | | ▆ ███████████████ | | ██████ |
| ▇ | | ▆ ███████████████ | | ██████ |
| ▇ | | ████████ █████████ | | ██████ |
| ▇ | | ████████ █████████ | | ██████ |
| ▇ | | ██████ █████████ | | ██████ |
| ▇ | | ▆ █████████████ | | ██████ |
| ▇ | | ████ █████████ | | ██████ |
| ▇ | | ██████████ █████ | | ██████ |
| ▇ | | ████████ ██████ | | ██████ |
| ▇ | | ██████ ██████████ | | ██████ |
| ▇ | | ▆ █████████ | | ██████ |
| ▇ | | ██████ ██████████ | | ██████ |
| ▇ | | ██████ ████████ | | ██████ |
| ▇ | | █████ ██████████ | | ██████ |
| ▇ | | ██████ ██████████ | | ██████ |
| ▇ | | ██████ ████████ | | ██████ |
| ▇ | | ███████ █████████ | | ██████ |
| ▇ | | ████████ ████████ | | ██████ |
| ▇ | | █████████ █████████ | | ██████ |

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

**BBVA** Compass



Page 8 of 15
Primary Account: ▮▮▮▮▮▮
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 9 of 15
Primary Account: ████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 2/2 | | OUT WT E-ACCESS REF 20180202F2QCZ60C002532 BNF James Dondero | $3,825,000.00 |

Page 10 of 15
Primary Account: ██████
Beginning February 1, 2018 - Ending February 28, 2018                    28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

CONFIDENTIAL



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮ ▮▮▮ | ▮ |
| ▮ | | ▮▮▮ ▮▮ | ▮▮ |
| ▮ | | ▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮ ▮▮ | ▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮ ▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮ | ▮▮ |
| ▮ | | ▮ | ▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |

Page 12 of 15
Primary Account ██████████
Beginning February 1, 2018 - Ending February 28, 2018        28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 13 of 15
Primary Account: ████████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

**BBVA** Compass

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ██████ | ██ | █████ | ██ | ██████ |
| ██ | ██████ | ██ | █████ | ██ | ██████ |
| ██ | ██████ | ██ | ██████ | ██ | ██████ |
| ██ | ██████ | ██ | ██████ | ██ | ██████ |
| ██ | ██████ | ██ | ██████ | ██ | ██████ |
| ██ | ██████ | ██ | ██████ | ██ | ██████ |
| ██ | ██████ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ████ | ██ | ██ | | ██ | ██ | |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

CONFIDENTIAL

# EXHIBIT 126

Appx. 02364

5/14/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   8/31/18        Page    1
                                    Primary Account       ████████
                                    Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number          ████████   Statement Dates  8/01/18 thru  9/03/18
```

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

-------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                        Amount
```

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

-------------------------------------------------------------------------------

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                                  each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-JDNL-033057
                                                                   Appx. 02365

5/14/2021                                    NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**



                                    Date  8/31/18        Page     2
                                    Primary Account
                                    Enclosures              ████████


     Analysis Checking w/ Interest        ████████    (Continued)

     Checks and Withdrawals
     Date      Description                              Amount
      8/01     IB Transfer from D ****130 to        2,500,000.00-
               D ****884
      8/13     IB Transfer from D ****130 to        2,500,000.00-
               D ****884

     ████████████████████████████████████████████████████████

     ████████████████████████

     --------------------------------------------------------------

     Daily Balance Information
     Date        Balance      Date       Balance    Date      Balance


     End of Statement

---

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                D-JDNL-033058
                                                           **Appx. 02366**

5/14/2021                                                                 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-JDNL-033059

**Appx. 02367**

# EXHIBIT 127

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date   5/29/15          Page    1
                                        Primary Account      ████████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ████████    Statement Dates  5/01/15 thru  5/31/15
        Last Statement Balance  ████████    Days in the statement period   ████████
            6 Deposits/Credits  ████████    Average Ledger        ████████
            6 Checks/Debits     ████████    Average Collected     ████████
        Service Charge          ████████    Interest Earned       ████████
        Interest Paid           ████████    Annual Percentage Yield Earned ████████
        This Statement Balance  ████████    2015 Interest Paid    ████████

        -------------------------------------------------------------------

        Deposits and Additions
        Date    Description                              Amount
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ████████████████████████████████
        █████████████████████████████████████████████
        ███████████████████
        ███████████████████████████████████████████
        ████████████████████
        ███████████████████████████████████████████
        ████████████████████
        ███████████████████████████████████████████

        -------------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                             Amount
```

MEMBER FDIC        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HCMS000094
**Appx. 02369**

5/18/2021                                             NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                    Date  5/29/15        Page    2
                                    Primary Account      ████████
                                    Enclosures
```

```
        Analysis Checking w/ Interest    ████████)  (Continued)

        Checks and Withdrawals
        Date     Description                          Amount
        ████████████████████               ██████████████████
        ████████████████                   ██████████████████
        ████████████████                   ██████████████████
        ████████████████████               ██████████████████
        5/29     IB Transfer from D ****130 to        500,000.00-
                 D ****656
        ████████████████████               ██████████████████

        ------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date       Balance    Date      Balance
        ████████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████

        ------------------------------------------------------------

                        Interest Rate Summary
                    Date               Rate
                    ████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000095
Appx. 02370

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
  - Account Information: Your name and account number.
  - Dollar Amount: The dollar amount of the suspected error.
  - Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
  - We cannot try to collect the amount in question, or report you as delinquent on that amount.
  - The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  - While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  - We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000096

**Appx. 02371**

# EXHIBIT 128

Appx. 02372

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▉ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 10/1/15 | ▉ |
| Deposits/Credits (25) | ▉ |
| Withdrawals/Debits (154) | ▉ |
| **Ending Balance on 10/31/15** | ▉ |

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

Page 3 of 7
Primary Account: ██████████
Beginning October 1, 2015 - Ending October 31, 2015          31


**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ███ | | ████ |
| ██ | | █ | | ████ |
| ██ | | ██████ | | ████ |
| ██ | | █████ | | ████ |
| ██ | | █████ | | ████ |
| ██ | | █████ | | ████ |
| ██ | | ██████ | | ████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| | | ████████ | |
| 10/1 | | OUT WT E-ACCESS REF  20151001F2QCZ60C001349 BNF Highland Capital M | $350,000.00 |
| ██ | | ███████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ███████ | ██ |
| ██ | | ██████ | ████ |
| ██ | | ████████ | █████ |
| 10/2 | | OUT WT E-ACCESS REF  20151002F2QCZ60C001218 BNF Jefferies LLC | $310,000.00 |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | █████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ██████ | ████ |

Page 4 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ███ | | ██████████████ ███ | ███ |
| ███ | | █████████████ | ███ |
| ███ | | █████████████ | ███ |
| ███ | | ██████████ ███ | ███ |
| ███ | | ██████████ ███ | ███ |
| ███ | | █████████████ | ███ |
| ███ | | ███████████████ | ███ |
| ███ | | ██████████████ | ███ |
| ███ | | ███████████████ | ███ |
| ███ | | █████████████ | ███ |
| ███ | | █████████ ███ | ███ |
| ███ | | ████████ ███ | ███ |
| ███ | | ██████████████ | ███ |
| ███ | | ███████████████ | ███ |
| ███ | | █████████████ | ███ |
| ███ | | █████████████████ | ███ |
| ███ | | █████████████████ | ███ |
| ███ | | █ | ███ |
| ███ | | █████████████████ | ███ |
| ███ | | █████████████ | ███ |
| ███ | | ███████ ██ ███ | ███ |
| ███ | | █ | ███ |
| ███ | | ████████ | ███ |
| ███ | | ████████ ███ | ███ |
| ███ | | ████████████ | ███ |
| ███ | | ███████ ███ | ███ |
| ███ | | ████████ █ ███ | ███ |
| ███ | | ████████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | ███████████ ███ | ███ |

HCMS000159

Page 5 of 7
Primary Account: █████████
Beginning October 1, 2015 - Ending October 31, 2015          31


**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 10/30 | | OUT WT E-ACCESS REF  20151030F2QCZ60C002353<br>BNF Highland Capital M | $100,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

HCMS000160

**Appx. 02377**

Page 6 of 7
Primary Account: █████████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | | | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | | | ███ |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement |  |  |
| • Add total from Step 3 |  |  |
| • Subtotal |  |  |
| • Subtract total from Step 4 |  |  |
| • This balance should equal your register balance |  |  |
| If it does not agree, see steps below | $ |  |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

## Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

## Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

## In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

## Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 129

5/18/2021                                                    NexBank SSB



**2515 McKinney Avenue, 11th Floor**
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 10/30/15          Page    1
                                        Primary Account    ███████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

              Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ████████    Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance  ████████    Days in the statement period     ██
           12 Deposits/Credits  ████████    Average Ledger          ██████████
            5 Checks/Debits     ████████    Average Collected       ██████████
        Service Charge          ████        Interest Earned
        Interest Paid           ██████      Annual Percentage Yield Earned  ██████
        This Statement Balance  ████████    2015 Interest Paid

        --------------------------------------------------------------------

        Deposits and Additions
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000166
**Appx. 02381**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 10/30/15        Page     2
                                        Primary Account      ████████
                                        Enclosures


        Analysis Checking w/ Interest       1614130  (Continued)

        Deposits and Additions
        Date      Description                          Amount
        ████████████████████████████████████████████████
        ████████████████████████████     ████████████████


        -------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                          Amount
        ███████████████████████████████████
        ████████████████████████████████████████████████
        10/27     OUTGOING WIRE                      200,000.00-
                  HIGHLAND CAPITAL MGMT SERVICES
        ████████████████████████████████████████████████
        ███████████████████████████████████
        ████████████████████████████████████████████████
        ███████████████████████████████████


        -------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance     Date      Balance
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████


        -------------------------------------------------------------

                          Interest Rate Summary
                          Date             Rate
                          ██████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000167
**Appx. 02382**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000168
**Appx. 02383**

# EXHIBIT 130

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date 10/30/15          Page    1
                                    Primary Account   ████████
                                    Enclosures



        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201



        NexBank's Privacy Policy is accessible at www.NexBank.com



    Checking Account/s

        Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number        █████████    Statement Dates  10/01/15 thru 11/01/15
    Last Statement Balance  ██████████   Days in the statement period    ██████
      12 Deposits/Credits  ██████████    Average Ledger           █████████
       5 Checks/Debits    ██████████    Average Collected        █████████
    Service Charge            ██████    Interest Earned          █████████
    Interest Paid            ██████    Annual Percentage Yield Earned  ████████
    This Statement Balance  █████████   2015 Interest Paid          ████████

    ---------------------------------------------------------------------------


    Deposits and Additions
    Date     Description                        Amount
```



```
    MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.
```

HCMS000163
Appx. 02385

5/18/2021                                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                                    Date 10/30/15          Page    2
                                                    Primary Account        ███████
                                                    Enclosures


        Analysis Checking w/ Interest         ████████   (Continued)

        Deposits and Additions
        Date      Description                                    Amount
        ██████████████████████████████████████████████████
        ███████████████████████████      ██████████████████████████

        ------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                                    Amount
        ████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████

        10/28    OUTGOING WIRE                        200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        ████████████████████████████████████████████
        ████████████████████████████████████

        ------------------------------------------------------------

        Daily Balance Information
        Date          Balance        Date        Balance      Date        Balance
        ████████████████████████████████████████████████████████████
        █████████████████████████████████████████████
        ████████████████████████████████████

        ------------------------------------------------------------

                        Interest Rate Summary
                        Date               Rate
                        ██████████████████████████

        End of Statement


MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000164
**Appx. 02386**

5/18/2021             NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| | Enter bank balance from statement | | |
| | Add deposits not credited by bank (if any) | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165

**Appx. 02387**

# EXHIBIT 131

Appx. 02388



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 1 of 5 |

## MARKET INDICES

Index

HIGHLAND CAPITAL MANAGEMENT
SERVICES INC
ATTN CARTER CHISIM
300 CRESCEN COURT
SUITE 700
DALLAS TX 75201-7849

## ACCOUNT VALUE SUMMARY

| Description | As of 10/30/15 | This Period |

TOTAL

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |

TOTAL INCOME

TOTAL EXPENSES

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

HCMS000172

**Appx. 02389**

| Customer Account Number:         AE: PB2     Statement Period: November 01, 2015 to November 30, 2015 | PAGE 2 of 5 |
| --- | --- |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies and are not covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all short short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

Appx. 02390

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | | | PAGE 3 of 5 |
|---|---|---|---|---|---|

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL AC 43100933 TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

### EQUITIES - LONG POSITIONS: 91.30% of Portfolio

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

HCMS000174

**Appx. 02391**



HCMS000175

**Appx. 02392**

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



| Customer Account Number: ▮▮▮ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 5 of 5 |

Customer Notice

## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

► Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

# EXHIBIT 132

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                     Date 11/30/15            Page    1
                                     Primary Account    ████████
                                     Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


   NexBank's Privacy Policy is accessible at www.NexBank.com



Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number          ███████   Statement Dates  11/02/15 thru 11/30/15
Last Statement Balance  ████████  Days in the statement period     █
   8 Deposits/Credits   ████████  Average Ledger       ████████
   5 Checks/Debits      ████████  Average Collected    ████████
Service Charge          ███████   Interest Earned
Interest Paid           ████████  Annual Percentage Yield Earned
This Statement Balance  ████████  2015 Interest Paid   █████████

---------------------------------------------------------------------

Deposits and Additions
Date    Description                        Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000169

Appx. 02395

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date 11/30/15          Page    2
                                    Primary Account        ████████
                                    Enclosures


        Analysis Checking w/ Interest    ████████   (Continued)

        ------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                      Amount
        ████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████

        11/24    IB Transfer from D ****130 to     250,000.00-
                 D ****656
        ████████████████████████████████████


        ------------------------------------------------------------

        Daily Balance Information
        Date          Balance       Date      Balance      Date      Balance
        ███████████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████
        ███████████████████████████████████████████████
        ████████████████████████████████████████


        ------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate
                        ████████████████████████████

        End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000170

Appx. 02396

5/18/2021                                                       NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171
Appx. 02397

# EXHIBIT 133

Appx. 02398

5/18/2021                                      NexBank SSB

 **NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date   2/29/16          Page    1
                                          Primary Account
                                          Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number                    Statement Dates   2/01/16 thru  2/29/16
        Last Statement Balance            Days in the statement period
          13 Deposits/Credits             Average Ledger
          84 Checks/Debits                Average Collected
        Service Charge                    Interest Earned
        Interest Paid                     Annual Percentage Yield Earned
        This Statement Balance            2016 Interest Paid

        ------------------------------------------------------------------------

        Deposits and Additions
        Date      Description                        Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000072
**Appx. 02399**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   2/29/16      Page    2
                                        Primary Account    ████████
                                        Enclosures
```

Analysis Checking w/ Interest     ████████  (Continued)

Deposits and Additions
Date      Description                          Amount



Checks and Withdrawals
Date      Description                          Amount

```
 2/10     IB Transfer from D ****130 to       2,000,000.00-
          D ****656
```



---

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
        each banking day will be credited as of that date.

HCMS000073

Appx. 02400

5/18/2021                                                  NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  2/29/16      Page    3
                                          Primary Account    ████████
                                          Enclosures
```

```
            Analysis Checking w/ Interest      ████████   (Continued)

            Checks and Withdrawals
            Date      Description                         Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000074
Appx. 02401

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





Date  2/29/16          Page    4
Primary Account        ▮▮▮▮▮▮
Enclosures

Analysis Checking w/ Interest        ▮▮▮▮▮  (Continued)

Checks and Withdrawals
Date      Description                        Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
             each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  2/29/16        Page     5
                                          Primary Account
                                          Enclosures
```

```
      Analysis Checking w/ Interest            ████     (Continued)

      --------------------------------------------------------------------------------

      Daily Balance Information
      Date          Balance        Date          Balance        Date          Balance
```



```
      --------------------------------------------------------------------------------

                          Interest Rate Summary
                  Date              Rate

      End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000076
**Appx. 02403**

5/18/2021                                                          NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

Total of Checks not paid

Subtract total of checks not paid

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077

**Appx. 02404**

# EXHIBIT 134

Page 1 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████████ | ██████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

HCMS000056

**Appx. 02406**

Page 2 of 16
Primary Account: ▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number ▮▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/16 | ▮▮▮ |
| Deposits/Credits (145) | ▮▮▮ |
| Withdrawals/Debits (218) | ▮▮▮ |
| **Ending Balance on 2/29/16** | ▮▮▮ |

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                   ▮▮▮

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ▮ | | ▮▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |

Page 3 of 16
Primary Account: ███████████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|---|-------------------|
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ ███ | | ████ |
| ██ | | ██████████ ██ | | ████ |
| ██ | | ████████████ ████ | | ████ |
| ██ | | ████████████ ██ | | ████ |
| ██ | | ██████████ ███ | | ████ |
| ██ | | █████████ ███ | | ████ |
| ██ | | █████████ ███ | | ████ |
| ██ | | ██████████ ████ | | ████ |
| ██ | | ████████████ ██ | | ████ |
| ██ | | ████████████ ███ | | ████ |
| ██ | | █████████ ██ | | ████ |
| ██ | | █████████ ███ | | ████ |
| ██ | | █████████ ██ | | ████ |
| ██ | | █████████ ██ | | ████ |
| ██ | | ████████████ ███ | | ████ |
| ██ | | █████████ ███ | | ████ |
| ██ | | ████████████ ███ | | ████ |

Page 4 of 16
Primary Account: █████████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|



Page 5 of 16
Primary Account: ■■■■■
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|---------|-------------|---------|
| ■ | | ███████ ██████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ██ | |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ █████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ █████ | |
| ■ | | ██ | ████ |
| ■ | | ████████ ████ | |
| ■ | | ████████ █████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ██ ████ █████ | ████ |
| ■ | | ██ ███ ████ | ████ |
| ■ | | █ ████████ | ████ |
| ■ | | ██ ████ | |
| ■ | | ██ █████████ | ████ |
| ■ | | █ █████ █████ | ████ |
| ■ | | ██████ ███ | ████ |
| ■ | | ███████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ███████ ███ | ████ |

Page 6 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                29



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|
| ▣ | | ██████████████ ██████ | | ▬▬▬ |
| ▣ | | ███████████████ ████ | | ▬▬▬ |
| ▣ | | ████████████ ██████ | | ▬▬▬ |
| ▣ | | ████████████████ ███ | | ▬▬▬ |
| ▣ | | █████████████████ ████ | | ▬▬▬ |
| ▣ | | ██████████████████ ████ | | ▬▬ |
| ▣ | | █████████████████ ████ | | ▬▬▬ |
| ▣ | | █████████████████ ████ | | ▬▬▬ |
| ▣ | | ████████████████ █████ | | ▬▬▬ |
| ▣ | | ████████████████ █████ | | ▬▬▬ |
| ▣ | | █████████████████ ████ | | ▬▬▬ |
| ▣ | | ████████████████ ████ | | ▬▬▬ |
| ▣ | | █████████████████ █████ | | ▬▬▬ |
| ▣ | | ████████████████ █████ | | ▬▬▬ |
| ▣ | | ██████████████ █████ | | ▬▬▬ |
| ▣ | | ███████████████ █████ | | ▬▬▬ |
| ▣ | | ██████████████ █████ | | ▬▬▬ |
| ▣ | | ██████████ ███ | | ▬▬▬ |
| ▣ | | ███████████ ███ | | ▬▬▬ |
| ▣ | | ████████████ ███ | | ▬▬▬ |

Page 7 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016        29

**BBVA** Compass



Page 8 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| | | | |

Page 9 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016          29


**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|---------------------|



Page 10 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|





Page 12 of 16
Primary Account: ███
Beginning February 1, 2016 - Ending February 29, 2016                    29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 2/11 | | OUT WT E-ACCESS CSTREP REF 20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

Page 13 of 16
Primary Account: ██████████
Beginning February 1, 2016 - Ending February 29, 2016                29



| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|---|---|---|---|---|

Page 14 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

Page 15 of 16
Primary Account: ██████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | | | | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

### In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000071

**Appx. 02421**

# EXHIBIT 135

Appx. 02422

Page 1 of 12
Primary Account: ▮▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮ | ▮▮▮ |

HCMS000082

**Appx. 02423**

Page 2 of 12
Primary Account: ▓▓▓▓
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▓▓▓▓ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

### Change In Terms

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

Beginning Balance on 4/1/16          ▓▓▓▓

Deposits/Credits (53)          ▓▓▓▓

Withdrawals/Debits (207)          ▓▓▓▓

**Ending Balance on 4/30/16**          ▓▓▓▓

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions          $5,000.00

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800-Compass.

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



**BBVA** Compass



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|

**BBVA** Compass



Page 5 of 12
Primary Account: █████████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Page 6 of 12
Primary Account:

April 30, 2016                    30

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 4/5 | | OUT WT E-ACCESS CSTREP REF 20160405F2QCZ60C001480 BNF Highland Capital M | $6,000,000.00 |



HCMS000087

**Appx. 02428**

Page 7 of 12
Primary Account: ████████
Beginning April 1, 2016 - Ending April 30, 2016          30





**BBVA** Compass



BBVA Compass



Page 10 of 12
Primary Account: ██████
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

Primary Account: ███████████



Beginning April 1, 2016 - Ending April 30, 2016          30

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ████ | ██ | ████ | ███ | ██ | ██ | ████ |
| ██ | ██ | █████ | ██ | ████ | ████ | ██ | ███ | ████ |
| ██ | ██ | █████ | ██ | ███ | ████ | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 136

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   5/31/16          Page    1
                                    Primary Account    ████████
                                    Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

  Checking Account/s

          Account Type:  Highland Capital Management LP

  Analysis Checking w/ Interest
  Account Number          ███████    Statement Dates   5/02/16 thru  5/31/16
  Last Statement Balance  ███████    Days in the statement period      ██
      9 Deposits/Credits  ███████    Average Ledger         ████████
      5 Checks/Debits     ███████    Average Collected      ████████
  Service Charge          ███████    Interest Earned        ████████
  Interest Paid           ███████    Annual Percentage Yield Earned  ████████
  This Statement Balance  ███████    2016 Interest Paid     ████████

  --------------------------------------------------------------------------

  Deposits and Additions
  Date      Description                         Amount
```



5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  5/31/16        Page    2
                                        Primary Account       ▓▓▓▓▓▓
                                        Enclosures


          Analysis Checking w/ Interest        ▓▓▓▓▓  (Continued)

          Deposits and Additions
          Date     Description                          Amount
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓


          ------------------------------------------------------------

          Checks and Withdrawals
          Date     Description                          Amount
           5/04    IB Transfer from D ****130 to     2,700,000.00-
                   D ****656

          ------------------------------------------------------------

          Daily Balance Information
          Date          Balance      Date       Balance    Date       Balance

          ------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate

          End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000098

Appx. 02437

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| | TOTAL |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099
**Appx. 02438**

# EXHIBIT 137

Appx. 02439

5/18/2021                                           NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                   Date   7/29/16          Page     1
                                   Primary Account
                                   Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

          Account Type:  Highland Capital Management LP

```
Analysis Checking w/ Interest
Account Number                       Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance               Days in the statement period
    13 Deposits/Credits              Average Ledger
    12 Checks/Debits                 Average Collected
Service Charge                       Interest Earned
Interest Paid                        Annual Percentage Yield Earned
This Statement Balance               2016 Interest Paid
```

--------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                        Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                      Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.

HCMS000122
**Appx. 02440**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   7/29/16        Page    2
                                          Primary Account  ████████
                                          Enclosures
```

Analysis Checking w/ Interest  ████████  (Continued)

Deposits and Additions
```
Date    Description                              Amount
```



Checks and Withdrawals
```
Date     Description                       Amount
 7/01    IB Transfer from D ****130 to      30,000.00-
         D ****656
```

MEMBER FDIC  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HCMS000123
**Appx. 02441**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                   Date  7/29/16          Page     3
                                   Primary Account        ████████
                                   Enclosures


         Analysis Checking w/ Interest    ███████  (Continued)

         Checks and Withdrawals
         Date     Description                    Amount
         ██████████████████████████████████████████████
         ████████████████████████

         ------------------------------------------------------------

         Daily Balance Information
         Date        Balance      Date      Balance     Date      Balance
         ███████████████████████████████████████████████████████████
         ███████████████████████████████████████████████████████████
         ███████████████████████████████████████████████████████████
         █████████████████████████████████████
         █████████████████████████████████████

         ------------------------------------------------------------

                     Interest Rate Summary
                     Date             Rate
                     ███████████████████████

         End of Statement
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000124

**Appx. 02442**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125
**Appx. 02443**

# EXHIBIT 138

Appx. 02444

Page 1 of 14
Primary Account: ▮▮▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮ | ▮▮▮ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

———

Page 2 of 14
Primary Account: █████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████ - HIGHLAND CAPITAL MANAGEMENT LP

### Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

### Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/16 | ████ |
| Deposits/Credits (99) | ████ |
| Withdrawals/Debits (224) | ████ |
| **Ending Balance on 8/31/16** | ████ |

### Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|



Page 4 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|

HCMS000129

**Appx. 02448**

Page 5 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



Page 6 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|



Page 7 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 8 of 14
Primary Account: ▇▇▇▇
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|
| 8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | | $525,000.00 |
| | 99994 | | | |

HCMS000133

**Appx. 02452**

Page 9 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | ███████ | ███ |
| ██ | | ███ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ███ | ███ |
| ██ | | ████ | ███ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ████ | ███ |
| ██ | | ███ | ███ |
| ██ | | ██ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███ | ████ |
| ██ | | ████ | ████ |

HCMS000134

Page 10 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 11 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ████████████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ███ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | █████ | ██ |
| ██ | | ██ ███ | ██ |
| ██ | | ████ ██ | ██ |
| ██ | | ███ ██ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ████ ███ | ██ |

Page 12 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|------------------|-------------|---|---------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



Page 13 of 14
Primary Account: ▊▊▊▊▊▊
Beginning August 1, 2016 - Ending August 31, 2016                    31



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ |
| ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ |
| ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ |
| ▊ | ▊▊▊▊ | ▊ | | | ▊▊▊▊ |
| ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ |
| ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ | | ▊▊▊▊ |
| ▊ | ▊▊▊▊ | ▊ | ▊▊▊▊ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | |
| ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | | ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | | ▊ | ▊▊ | |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |
| ▊ | ▊▊ | | ▊ | ▊▊ | ▊▊ | ▊ | ▊▊ | ▊▊ |

*Indicates break in check sequence*

Page 14 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000139

**Appx. 02458**

# EXHIBIT 139

Appx. 02459

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date  8/31/16        Page    1
                                        Primary Account
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
```
Account Number               ▮▮▮▮      Statement Dates  8/01/16 thru  8/31/16
Last Statement Balance       ▮▮▮▮▮     Days in the statement period     ▮▮
   11 Deposits/Credits       ▮▮▮▮▮     Average Ledger                   ▮▮▮▮▮
    7 Checks/Debits          ▮▮▮▮▮     Average Collected                ▮▮▮▮▮
Service Charge               ▮▮        Interest Earned                  ▮▮▮▮
Interest Paid                ▮▮        Annual Percentage Yield Earned   ▮▮▮▮▮
This Statement Balance       ▮▮▮▮▮     2016 Interest Paid               ▮▮▮▮
```

--------------------------------------------------------------------------------

Deposits and Additions
Date      Description                          Amount



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000140

**Appx. 02460**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16          Page    2
                                        Primary Account
                                        Enclosures              ████
```

Analysis Checking w/ Interest        ████        (Continued)

Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| ██ | ████████████ | ████ |
| ██ | ████████ | ████ |
| ██ | ████████ | ████ |
| ██ | ██████ | ████ |

--------------------------------------------------------------------------------

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| ██ | ██████ | ████ |
| ██ | ██████ | ████ |
| ██ | ████████████ | ████ |
| 8/19 | IB Transfer from D ****130 to D ****656 | 250,000.00- |
| ██ | ████████████ | ████ |
| ██ | ██████ | ████ |
| ██ | ██████ | ████ |

--------------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| ██ | ██████ | ██ | ██████ | ██ | ██████ |
| ██ | ██████ | ██ | ██████ | ██ | ██████ |
| ██ | ██████ | ██ | ██████ | ██ | ██████ |



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000141

Appx. 02461

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  8/31/16        Page    3
                                    Primary Account
                                    Enclosures          ██████


        Analysis Checking w/ Interest        1614130  (Continued)

        ------------------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate
                        █████          ████████


        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| | Enter bank balance from statement | | |
| | Add deposits not credited by bank (if any) | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143
**Appx. 02463**

# EXHIBIT 140

Page 1 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

61    I CI NADC TAPGVAN SADAL dS dDM NP
      SAFMdR OPdRAMGL ATTOUDM
      H00 TRdFTdDM TM FMd 300
      CANNAF M7 3X601E3584

## Contacting Us

Availa, le , y bpone 68f8

Ppone    1E500E-- E3633

Online   , , vacomba. . xcom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         P>OxBo( 10X- -
         Birmingpam2ANHX64-

## / our BBs A Tomba. . AccountVV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/ SADAL dS dDMADAN FG TI dTYGL
account

# Fummary of Account.

## Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t . tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ████████████ | █████ | ██████ | ██████ |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

HCMS000144

**Appx. 02465**

Page 6 of 16
Primary Account: ▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-    H0

**BBVA** Compass

# MRdAFUR/ SADAL dS dDMADAN' FG TI dTYGL

Account Dum, er: ▮    El G I NADC TAPGANS ADAL dS dDMNP

### Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mea. ury S anagement Fervice
Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporiwe9
Rebre. entative2dligi, le Account. 2Tonfi9entiality an9 " orce S a"eurexG a99ition2t) o ne)
. ection. pave al. o . een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 Mpir9 Party
Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mea. ury S anagement Agreement online
an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill . ecome
effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mea. ury
S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a
current ver. ion of tpe agreement , y going to:
pttb:Hh) ) ) x, vacomba. . xcomhrcommercialhtrea. uryEmanagementhre. ourceEcentralh

Mpe u. er GC i. Srea. ury$an9 tpe ba. . ) or9 i. $managementx$

### Activity Summary

Beginning Balance on 4HHH-

Cebo. it. HTre9it. VX- V

K itp9ra) al. HCe, it. VH5- V

**Ending Balance on 9/30/16**

## Deposits and Other Credits



Page H of 16
Primary Account: ████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass



Page 8 of 16
Primary Account: ██████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-        H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | Cebo. it. h T re9it. |
|--------|------------------|--------------|---------------------|
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | |
| ██ | | ████ ████ | |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ████ | |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ████ | |
| ██ | | ███ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ███ ███ ████ | ████ |
| ██ | | ████ ███ ████ | |
| ██ | | ███ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | ████ |
| ██ | | ████ ███ ████ | |

HCMS000147

Page X of 16
Primary Account: 
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | | Cebo. it. h T re9it. |
|--------|------------------|--------------|---|----------------------|

Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9hor activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i.  tpe , u. ine. .  9ay tpat tpe tran. action i.  broce. . e9x

## Withdrawals and Other Debits

| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------------------|--------------|-------------------------|



Page - of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass



HCMS000149

**Appx. 02470**

Page 3 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass







HCMS000152

**Appx. 02473**

Page 10 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass 

| Cate * | Tpeckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|---|---|---|---|



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## End of Business Day Balance Summary

| Cate | Balance | Cate | Balance | Cate | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Cate | Tpeck # | Amount | Cate | Tpeck # | Amount | Cate | Tpeck # | Amount |
|---|---|---|---|---|---|---|---|---|

HCMS000153
**Appx. 02474**

Page 11 of 16
Primary Account: ███████
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ███ | ███████ | ██████ | | | | | | |

*\* Indicates break in check sequence*

Page 16 of 16
Primary Account: ██████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller car9 WAMS Vtran. action. in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9 tran. action. an9 electronic , ill bayment. x
• Recor9 an9 9e9uct . ervice cparge. 2cpeck brinting cparge. 2or otper , ank fee. x
• Gyou pave an intere. t , earing account2a99 any intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • Gabblica, le2. ort cpeck. in numerical or9er an9 mark in your regi. ter eacp cpeck or otper tran. action tpat i. li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it. or cre9it. your pave ma9e tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) \k

**Step 4** • N. t any cpeck. 2an9 ) ritten29e, it car9 tran. action. 2electronic bayment. an9 otper 9e9uction. tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) \k

| CatelCe. cribtion | Amount |
|---|---|
| | j |
| | j |
| | j |
| | j |
| | j |
| Fteb HMbtal | Q    j |

| CatelCe. cribtion | Tpeck # | Amount |
|---|---|---|
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| Fteb 8 Mbtal | Q | j |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe $current , alance$. po) n on tpi. . tatement                                       j
| A99 total from Fteb H                                       j
| Fu, total                                       j
| Fu, tract total from Fteb 8                                       j
| Mpi. , alance . poul9 e• ual your regi. ter , alance                                       j
| Git 9oe. not agree2e. e. teb. , elo)        Q     j

Gyour account 9oe. not , alance2revie) tpe follo) ing:
· Tpeck all your a99ition an9 . u, traction a, ove in your regi. terx
· Sake . ure you remem, er9 to . u, tract . ervice cparge. li. te9 on tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount. of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9 matcp your regi. ter entrie. x
· Gyou pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone num, er on tpe front of tpi. . tatementx

## Change of Address

Plea. e call u. at tpe telebpone num, er li. te9 on tpe front of tpi. . tatement to tell u. a, out a cpange of a99re. . x

## Electronic Transfers (for consumer accounts only)

Gi ca. e of error. or • ue. tion. a, out your electronic Mran. fer. 2) rite to BBs A Tomba. . Bank2Oberation. Tombliance Fubtcot2PxOxBo( 10X- 2Birmingpam2ANH\M64- xOr . imbly call your local cu. tomer . ervice num, er brinte9 on tpe front of tpi. . tatementxTall or ) rite a. . oon a. you can2if you tpink your . tatement or receibt i. ) rong or if you nee9 more information a, out a tran. fer on tpe . tatement or receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e . ent tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

| Mell u. your name an9 account num, er W\M any\k
| Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can ) py you , elieve it i. an error or ) py you nee9 more informationx
| Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your coonblaint an9 ) ill correct any error brombtlyxGf\) e take more tpan 10 , u. ine. . 9ay. W8O on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe money 9uring tpe time it take. u. to comblete our inve. tigationx

*" or DonEf on. umer Account cu. tomer. 2blea. e refer to your current DonEf on. umer Account Agreement for 9etail. regar9ing electronic " un9 Mran. fer. x

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate** Xwe intere. t cparge i. combute9 u. ing your annual bercentage rate 9ivi9e9 , y H X or2in tpe ca. e of a leab year2H - 2 ) picp give. you tpe zAbblica, le RateX Altpougp ) e calculate your intere. t cparge , y abblying tpe Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying tpe Abblica, le Rate , y tpe zaverage 9aily , alance"Wbalance Fu, "ect to Gtere. t RateV. po) n on tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMb get tpe zBalance Fu, "ect to Gtere. t Rate" , po) n on tpi. . tatement ) n take tpe , eginning , alance of your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9 . u, tract any bayment. or cre9it. xMpi. give. u. tpe 9aily , alancexMpen ) e a99 all tpe 9aily , alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMpi. give u. tpe zaverage 9aily , alance" . po) n on tpe . tatement a. zBalance Fu, "ect to Gtere. t Rate"x Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or 9ebo. ite9 at our automate9 teller macpine. WAMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9 cutEoff time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e bo. te9 on tpe ne( t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e bo. te9 on tpe 9ate tpey are receive9 or on tpe ne( t , u. ine. . 9ay if ma9e after - bm TMWbm S M for Ariwona account. an9 - bm PMfor Talifornia account. VS on9ay tprougp " ri9ay or anytime Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are S on9ay tprougp " ri9ay2e( clu9ing poli9ay. x

**In Case of Errors or Questions About Your Statement** VOver9raft Protection OnlyV
Gyou tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your . tatement2) rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 Tenter2PxOxBo( 66102Cecatur2ANHX- 44E0001xMtelebpone in• ume. many . e ma9e , y calling your local BBs A Tomba. . , rancp li. te9 on tpe front of tpi. . tatement to . beak ) itp a Tu. tomer Fervice Rebre. entativexPlea. e note: a telebpone in• uiry i. not bin9ing on u. unle. . , ut pre. erve your rigpt. un9er fe9eral la) x K e mu. t pear from you no later tpan . i( ty W0V9ay. after ) e . ent you tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

· Mell u. your name an9 account num, er W\M any\k
· Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can ) py you , elieve it i. an error or ) pat you nee9 more informationx
· Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe S inimum Payment from your cpecking account if you tpink your . tatement i. ) rongxMb. tob tpe bayment2your letter mu. t reacp u. tpree \M\ , u. ine. . 9ay. , efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

## Reporting Other Problems

Plea. e revie) . your . tatement carefullyxGi. e. . ential tpat any account error. or any imbrober tran. action. on your account. or re, orte9 to u. a. . oon a. po. . i, le. on a . ebarate 9ocument an9 . en9 it to BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx Tomba. . Bank2S em, er " CGx

# EXHIBIT 141

NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  12/30/16          Page    1
                                          Primary Account
                                          Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

           Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                            Statement Dates  12/01/16 thru 12/31/16
Last Statement Balance                    Days in the statement period
   14 Deposits/Credits                    Average Ledger
   11 Checks/Debits                       Average Collected
Service Charge                            Interest Earned
Interest Paid                             Annual Percentage Yield Earned
This Statement Balance                    2016 Interest Paid

-----------------------------------------------------------------------------

Deposits and Additions
Date        Description                              Amount
```



MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                            each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                          Date  12/30/16          Page    2

HCMS000177

**Appx. 02478**

NexBank SSB

Primary Account
Enclosures ██████

Analysis Checking w/ Interest ██████ (Continued)

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|



--------------------------------------------------------------------------------

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 12/12 | IB Transfer from D ****130 to D ****656 | 7,700,000.00- |

--------------------------------------------------------------------------------

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.



**NEXBANK**™
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



Date 12/30/16     Page 3
Primary Account
Enclosures ██████

Analysis Checking w/ Interest ██████ (Continued)

--------------------------------------------------------------------------------

Daily Balance Information

HCMS000178

**Appx. 02479**

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ███ | ██ | ███ | ██ | ███ |

-------------------------------------------------------------------------------

Interest Rate Summary
Date          Rate

End of Statement



MEMBER FDIC
NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

**Appx. 02480**

NexBank SSB

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
  • Account Information: Your name and account number.
  • Dollar Amount: The dollar amount of the suspected error.
  • Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
  • We cannot try to collect the amount in question, or report you as delinquent on that amount.
  • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

**Appx. 02481**

# EXHIBIT 142

Appx. 02482

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   3/31/17          Page   1
                                        Primary Account
                                        Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

     Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                          Statement Dates   3/01/17 thru  4/02/17
Last Statement Balance                  Days in the statement period
    5 Deposits/Credits                  Average Ledger
   20 Checks/Debits                     Average Collected
Service Charge                          Interest Earned
Interest Paid                           Annual Percentage Yield Earned
This Statement Balance                  2017 Interest Paid


----------------------------------------------------------------------------

Deposits and Additions
Date       Description                            Amount





----------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000078
Appx. 02483

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





Date  3/31/17          Page    2
Primary Account
Enclosures

Analysis Checking w/ Interest          ██████     (Continued)

Checks and Withdrawals
Date      Description                          Amount



  3/31      IB Transfer from D ****130 to          150,000.00-
            D ****656

-----------------------------------------------------------------------

Daily Balance Information
Date          Balance        Date        Balance        Date        Balance

-----------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

HCMS000079
**Appx. 02484**

5/18/2021                                         NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                                    Date   3/31/17          Page    3
                                                    Primary Account
                                                    Enclosures


            Analysis Checking w/ Interest            ████████)  (Continued)

                            Interest Rate Summary
                            Date              Rate
                            ████████████████████████

            End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000080
**Appx. 02485**

5/18/2021          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081

**Appx. 02486**

# EXHIBIT 143

Appx. 02487

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   3/30/18          Page    1
                                    Primary Account         ███████
                                    Enclosures


        Highland Capital Management Services Inc
        Attn Kristin Hendrix
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.

        Checking Account/s

                Account Type:  Highland Capital Management Services Inc
                               Attn Kristin Hendrix

        Business Checking
        Account Number          ██████     Statement Dates   3/01/18 thru  4/01/18
        Last Statement Balance  ████████    Days in the statement period
            1 Deposits/Credits  ████████    Average Ledger             ████████████
            5 Checks/Debits     █████       Average Collected          ████████████
        Service Charge          ████
        Interest Paid
        This Statement Balance  ████████

        ------------------------------------------------------------------------------

        Deposits and Additions
        Date     Description                        Amount
        3/26     IB Transfer from D ****130 to      150,000.00
                 D ****656

        ------------------------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                        Amount
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                     each banking day will be credited as of that date.

HCMS000181
Appx. 02488

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  3/30/18        Page      2
                                        Primary Account
                                        Enclosures          �de████

    Business Checking              ██████   (Continued)

    --------------------------------------------------------------------

                        --- CHECKS IN NUMBER ORDER ---
    Date    Check No              Amount
    ████████████████████████
    ██████████████████████████

    --------------------------------------------------------------------

    Daily Balance Information
    Date       Balance      Date       Balance      Date       Balance
    █████████████████████████████████████████████████████████████
    █████████████████████████████████████████████████████████████

    End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000182

**Appx. 02489**

5/18/2021                                         NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| | TOTAL |
| Total of Checks not paid | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183
**Appx. 02490**

# EXHIBIT 144

Appx. 02491

5/18/2021                                                      NexBank SSB

 **NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

  **FDIC**

```
                                    Date   6/29/18            Page     1
                                    Primary Account
                                    Enclosures


          Highland Capital Management Services Inc
          Attn Kristin Hendrix
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.


     Checking Account/s


          Account Type:  Highland Capital Management Services Inc
                         Attn Kristin Hendrix


     Business Checking
     Account Number                          Statement Dates   6/01/18 thru  7/01/18
     Last Statement Balance                  Days in the statement period
                                             Average Ledger
                                             Average Collected
     Service Charge
     Interest Paid
     This Statement Balance


     -----------------------------------------------------------------------------


     Deposits and Additions
     Date     Description                        Amount
     6/25     IB Transfer from D ****130 to        200,000.00
              D ****656


     -----------------------------------------------------------------------------


     Checks and Withdrawals
     Date     Description                        Amount


     -----------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000184

**Appx. 02492**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                        Date   6/29/18        Page      2
                                        Primary Account
                                        Enclosures            ▮▮▮▮▮▮▮


Business Checking              ▮▮▮▮▮▮▮  (Continued)

Daily Balance Information
Date        Balance       Date          Balance      Date         Balance
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

End of Statement

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021              NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|

    Please examine this statement and items at once and refer any exceptions immediately.

    Sort your checks numerically or by date issued.

    Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

    Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

    Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186
**Appx. 02494**

# EXHIBIT 145

Page 1 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61

**BBVA** Compass

, 1   9 HI 9 GALN  DAPHCAG  F ALAI EF ELC  GP
       F ATCEM  S PEMACHLI   ADDSRLC
       622  DMETDELC  DC  TCE   C22
       NAGGAT  CU  C3, 21-C7 X0

## Contacting Us

A5 ai 8 48e 4y vI one , XpO

Pl one   1-722-, hh-Q CO

Sn9ne   445acomva/ / scom

.  rite   BBVA Domva/ /
          Du/ tomer Ter5ice
          PsS sBoV 123hh
          Birmingl amb AG63, 0h

## Tummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8a/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---|---|---|---|
| ██████████████ | █████████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

Page , of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210         61

**BBVA** Compass

# CMEATRMx F AL AI  EF EL C AL AGx THT  D9 EDYHLI

Account Lum4er: ███████ - 9HI 9GALN DAPHCAGF AL AI  EF EL CGP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 3ͼfͼ0 | ████████ |
| Nevo/ it/ ͼDredit/ KOͼ | ████████ |
| . itl dra) a8ͼNe4it/ KͼOh( | ████████ |
| **Ending Balance on 5/31/19** | ████████ |

## Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | | Nevo/ it/ p Dredit/ |
|---|---|---|---|---|
| ██ | | ████████████ | | ██████ |
| ██ | | ██████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ██████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | |
| ██ | | ██████████ | | ██████ |
| ██ | | ████████████████ | | |
| ██ | | ██████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ██████████ | | |
| ██ | | ██████████ | | ██████ |

Page 6 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page X of 16
Primary Account: ████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

Page 3 of 16
Primary Account: █████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page h of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page Oof 16
Primary Account: 
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

BBVA Compass

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|--------|------------------|--------------|---------------------|

P8a/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8ate to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc8es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | . itl dra) a8p Ne4it/ |
|--------|------------------|--------------|-----------------------|



Page 7 of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61



| Nate " | Dl ecwp Teria8" | Ne/ crivtion | . itl dra) a8 p Ne4it/ |
|---|---|---|---|

HCMS000107

Page 0 of 16
Primary Account: 
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

BBVA Compass



Page 12 of 16
Primary Account:
Beginning F ay 1b, 210 - Ending F ay 61b, 210     61



| Nate " | Dl ecwp Teria8" | Ne/ crivtion | . itl dra) a8 p Ne4it/ |
|---|---|---|---|

**BBVA** Compass



Page 1, of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61





Ple a/ e notebcertain fee/ and cl arge/ vo/ ted to your account may relate to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc9es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter a cl ecw bdevo/ it/ band otl er automated teller card K ACF ( tran/ action/ in your regi/ ters
 • Mecord a automated deduction/ bde4it card tran/ action/ and e lectronic 4ill payment/ s
 • Mecord and deduct / erSice cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
 • H you l a5e an intere/ t 4earing accountb add any intere/ t earned / l o) n on tl i/ / tatements

**Step 2** • H av 8ca48b/ otl cl ecw/ in numerica 8order and marw in your regi/ ter eacl cl ecw or otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3** • G/ t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement K ee / vace vro5ided 4e8) (s

**Step 4** • G/ t any cl ecw/ you l a5e ) rittenb de4it card tran/ action/ be 8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement K ee / vace vro5ided 4e8) (s

| Nate Ne/ crivtion | Amount | |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Ttev 6 Cota8 # | q |

| Nate Ne/ crivtion | Dl ecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Ttev X Cota8 # | q |

## Balancing Your Register to this Statement

**Step 5** 
| | | |
|---|---|---|
| Z Enter tl e "current 4a8ance" / l o) n on tl i/ / tatement | | q |
| Z Add tota8 from Ttev 6 | | q |
| Z Tu4 tota8 | | q |
| Z Tu4tract tota8 from Ttev X | | q |
| Z Cl i/ 4a8ance / l oul e Eua8 your regi/ ter 4a8ance | | q |
| H tit doe/ not agreeb/ ee / tev/ 4e8) | # | q |

H your account doe/ not 4a8ancebre5ie) tl e fo8o) ing:
- Dl ecwa8 your addition and / u4traction a4o5e in your regi/ ters
- F awe / ure you remem4ered to / u4tract / erSice cl arge/ 8/ ted on tl i/ / tatement and add any intere/ t earned to your regi/ ter
- Amount/ of devo/ it/ and / l idra) a8 on tl i/ / tatement / l ou8 matcl your regi/ ter entrie/ s
- H you l a5e Que/ tion/ or need a/ / i/ tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

---

### Change of Address

P8ea/ e ca8u/ at tl e te8evl one num4er 8/ ted on tl e front of tl i/ / tatement to te8u/ a4out a cl ange of addre/ / s

### Electronic Transfers *(for consumer accounts only)*

H ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / Banwb Sveration/ Domv8ance Tuvvo8PsSsBoV 123hhbBirmingl amb AG63, 0hsS r / imv8y ca8 your 8ca8cu/ tomer / erSice num4er vrinted on tl e front of tl i/ / tatements Da8oon ) rite a/ / oon a/ you canbif you tl inwyour / tatement or receivt i/ / rong or if you need more information a4out a tran/ fer on tl e / tatement or receivts. we mu/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l icl tl e error or vro48em avveared s

Z Ce8u/ your name and account num4er K f any s

Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4out and e W8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l y you need more information s

Z Ce8u/ tl e do8ar amount of tl e / u/ vected error s

. e ) i88in5e/ tigate your comv8aint and ) i8 correct any error vromvt8y sH) e tawe more tl an 12 4u/ ine/ / day/ K 2 on c8aim/ on account/ ovened 8/ / tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inw i/ in error/ o tl at you ) i88l a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

"$or L on-D on/ umer Account cu/ tomer/ 8v8ea/ e refer to your current L on-D on/ umer Account Agreement for detai8/ regarding E8ectronic $und Cran/ fer/ s

### Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate** s Cl e intere/ t cl arge i/ comvuted u/ ing your annua8 vercentage rate di55ded 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl gi5e/ you tl e *Avv8ca48e Mate s A88 ougl ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48e Mate to eacl daily 4a8ancebtl e intere/ t cl arge can a88 o 4e ca8cu8ated 4y mu8iv8ying tl e Avv8ca48e Mate 4y tl e *a5erage daily 4a8ance|H ba8ance Tu4ject to intere/ t Mate( / l o) n on tl i/ / tatementb i/ an mu8iv8ying tl at / um 4y tl e num4er of day/ in tl e 4i88ng cyc8e sCo get tl e *Ba8ance Tu4ject to H tere/ t Mate| / l o) n on tl i/ / tatement ) e tawe tl e 4eginning 4a8ance of your account 8n/ / any unvaid finance cl arge/ eacl day b add any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCi i/ gi5e/ u/ tl e daily 4a8ancesCl en ) e add a88 tl e daily 4a8ance/ for tl e 4i88ng cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ng cyc8esCl i/ gi5e u/ tl e *a5erage daily 4a8ance| / l o) n on tl e / tatement a/ *Ba8ance Tu4ject to H tere/ t Mate| s Payment/ s Payment/ to your o5erdraft vrotection 8oan account made tl rougl our te88er/ or devo/ ited at our automated te88er macl ine/ H ACF / ( F onday tl rougl $riday 4efore tl e vo/ ted cut-off time ) i88 4e vo/ ted to your account on tl e date tl ey are accevtedsSt8 er) i/ e b t8ey er) i884e vo/ ted on tl e ne W 4u/ ine/ / day sPayment/ made tl rougl our ACF / 5ia a fund/ tran/ fer) i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne W 4u/ ine/ / day if made after h vm DC H tvm F C for Arizona account/ and h vm PC for Ca8ifornia account/ ( F onday tl rougl $riday or anytime TaturdaybTunday or 4anw8 o88dayb sBBVA Domva/ / Banw4u/ ine/ / day/ are F onday tl rougl $ridaybv Wc8uding l o88day s

**In Case of Errors or Questions About Your Statement** KS5erdraft Protection Sn8y(

H you tl inwyour / tatement i/ / rongbor if you need more information a4out a tran/ action on your / tatementb) rite your i/ / ue on a / evarate document / and end it to Banwcard DenterbPsSsBoV , , 12bNecaturbAG63h00-2221sCe8evl one inQuire/ may 4e made 4y ca88ng your 8ca8BBVA Domva/ / 4rancl 8/ ted on tl e front of tl i/ / tatement to / veaw) itl a Du/ tomer TerSice Mevre/ entati5esP8ea/ e note: a te8evl one inQuiry ) i88not vre/ er5e your rigl t/ under federa88a) s. e mu/ t l ear from you no 8ater tl an / iWty K62( day/ after ) e / ent you tl e fir/ t / tatement on ) l icl tl e error or vro48em avveared s

- Ce8u/ your name and account num4er K f any s
- Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4out and e W8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l at you need more information s
- Ce8u/ tl e do8ar amount of tl e / u/ vected error s

x ou can / tov tl e automatic deduction of tl e F inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl u/ tl ree K6( 4u/ ine/ / day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

### Reporting Other Problems

P8ea/ e re5ie) your / tatement carefu8ysH i/ / e/ / entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ vo/ /i48esNo/ t ona48y vo/ / i48sH you fai8to notify u/ of any i/ / vected vro48em/ berror/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o/ / re8ated to tl e vro48emberror or unaut8 orized tran/ actions

BBVA Domva/ / i/ a trade name of Domva/ / Banwba mem4er of tl e BBVA H rouvs
Domva/ / BanwbF em4er $NHbs

---

HCMS000112

**Appx. 02508**

# EXHIBIT 146

Appx. 02509

Page 1 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30

**BBVA**

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████ | ██████████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

Page 2 of 9
Primary Account: ████
Beginning June 1, 2019 - Ending June 30, 2019                    30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ████ |
| Deposits/Credits (26) | ████ |
| Withdrawals/Debits (154) | ████ |
| **Ending Balance on 6/30/19** | ████ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | |
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | ██ |
| ██ | | ████ | ██ |

Page 3 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 4 of 9
Primary Account: ███████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



HCMS000116

**Appx. 02513**

Page 5 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30





Page 6 of 9
Primary Account: ██████
Beginning June 1, 2019 - Ending June 30, 2019                    30





Page 7 of 9
Primary Account: ██████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151<br>BNF Highland Capital M | $150,000.00 |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████ ████████ | ██ |
| ██ | | █████████████ | ███ |
| ██ | | ████████████ | ██ |
| ██ | | █████████████ | ███ |
| ██ | | █████████████ | ██ |
| ██ | | █████████████ | ████ |
| ██ | | ██████████ | ███ |
| ██ | | ████ ████████ | ██ |
| ██ | | █████████████ | ██ |
| ██ | | ██████████ | ███ |
| ██ | | █████████████ | ███ |
| ██ | | █████████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | █████████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ███ |

Page 8 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| ██ | | ██ | | ██ | |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| ██ | | | ██ | ██ | | ██ | ██ | |
| ██ | | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | | ████ | ██ | | | | | |

 * Indicates break in check sequence

Page 9 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019                                30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

 • Record all automated deductions, debit card transactions and electronic bill payments.

 • Record and deduct service charges, check printing charges, or other bank fees.

 • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HCMS000121

**Appx. 02518**

# EXHIBIT 147

Appx. 02519

Page 1 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
      MASTER  OPERATING  ACCOUNT
      300  CRESCENT  CT  STE  700
      DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

**Appx. 02520**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ████ |
| Deposits/Credits (97) | ████ |
| Withdrawals/Debits (176) | ████ |
| **Ending Balance on 5/31/19** | ████ |

## Deposits and Other Credits



Page 3 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019              31

**BBVA** Compass



**BBVA** Compass



Page 5 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019          31



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



**Appx. 02524**

**BBVA** Compass



**BBVA** Compass



| Date * | Check/Serial # | Description | | | Deposits/Credits |
|--------|------|-------------|--|--|---------|
| ██ | | ████████████ | ████ | | ████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|------|-------------|---------|
| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496 BNF Highland Capital M | $2,400,000.00 |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047 BNF Highland Capital M | $5,000,000.00 |

Page 8 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|--|---------------------|



**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 10 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 12 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019     31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|--------|--------|-------------|---|--------|
| ██ | | ████████████ ████ | | ███ |
| ██ | | ████████ ████ | | ███ |
| ██ | | ██████████ | | ███ |
| ██ | | ████████ | | ███ |
| ██ | | ███████ | | ████████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ███ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ███ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ███ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ███ | ██ | ███ | ██ | ██ | ███ | ██ |
| ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ | ██ |

*Indicates break in check sequence*

Page 13 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (use space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 148





13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com

```
        HIGHLAND CAPITAL MANAGEMENT LP         Date  11/29/13        Page  1
        300 CRESCENT COURT SUITE 700           Account Number
        DALLAS TX 75201                        Enclosures
```

```
                    ---- CHECKING ACCOUNT ----


            For 24-hour service please
            call our telephone banking
            number 877-538-BANK (2265)
    BUSINESS ANALYSIS W/ INTEREST      Item Truncation
    Account Number                     Statement Dates 11/01/13 thru 11/30/13
    Previous Balance                   Days in the statement period
     5 Deposits/Credits                Average Ledger
     3 Checks/Debits                   Average Collected
    Service Charge
    Interest Paid
    Ending Balance                     2013 Interest Paid
```

Deposits and Additions
```
    Date    Description                        Amount
```

Checks and Withdrawals
```
    Date    Description                        Amount

    11/27   WIRE TRANSFER                    100,000.00
            CHICAGO TITLE CO.
```



MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL

D-HCRE-000114

Appx. 02534



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
        HIGHLAND CAPITAL MANAGEMENT LP        Date  11/29/13        Page  2
        300 CRESCENT COURT SUITE 700          Account Number       █████████
        DALLAS TX 75201                       Enclosures
```



```
        BUSINESS ANALYSIS W/ INTEREST    █████████        (Continued)
        Checks and Withdrawals
             Date   Description                       Amount

        Daily Balance Information
             Date      Balance          Date       Balance          Date       Balance


                              Interest Rate Summary
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | |
| NUMBER | AMOUNT | | | | | |
| | | | | Sort your checks numerically or by date issued. | | |
| | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | |
| | | | | | | |
| | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | |
| | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | |
| | | | | | | |
| | | | | Enter bank balance from statement | | |
| | | | | Add deposits not credited by bank (if any) | | |
| | | | | | | |
| | | | | | TOTAL | |
| | | | | Subtract total of checks not paid | | |
| Total of Checks not paid | | | | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

## EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day,and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
  1. Your name and account number.
  2. The dollar amount of the suspected error.
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information,
  describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is
  an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
  If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Appx. 02537

Page 1 of 7
Primary Account: █████████
Beginning Canuary 1b, 210 5- nEing Canuary d1b, 210                    d1

**BBVA** Compass

, 1    3HI 3GALN DAPHCAG TALAI - T - LC GP
TAMC- S RP- SACHLI  ADDRULC
d22 DS- MD- LC DC MC-  722
NAGGAM CX 78, 2157409

### Contacting Us

Available py h/ one , 06̅7̅

P/ one   154225 ss5̅7, 77

Rnline   ppvacomha. . Wom

V rite   BBx A Domha. .
Du. tomer Mervice
PWRVBoY128ss
Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ███████████████████ | ███████████ | ███████████ | ███████████ |
| **Total Deposit Accounts** | | ███████████ | ███████████ |

CONFIDENTIAL

Page , of 7
Primary Account: ▮▮▮▮▮
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210          d1

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKMHMD3 - D( HLI

Account Lumper: ▮▮▮▮▮  53HI3GALN DAPKAGT AL AI - T - L C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 16 6 0 | |
| Neho. it. (DreEit. )d1w | |
| V it/ Erak al. 6Nepit. )10, w | |
| **Ending Balance on 1/31/14** | |

## Transaction History )eYcluEing c/ ec*. w



Page d of 7
Primary Account: ▉▉▉▉
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210              d1







Page 8 of 7
Primary Account: ███████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210          d1





Plea. e notebcertain fee. anE c/ arge.  ho. teE to your account may relate to . ervice.  anEEor activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i.  t/ e pu. ine. .  Eay t/ at t/ e tran. action i.  hroce. . eEW

## End of Business Day Balance Summary



## Summary of Checks



Page s of 7
Primary Account: ██████████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

*Indicates break in check sequence*

CONFIDENTIAL

Page 7 of 7
Primary Account: █████████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller
carE )ACT wtran. action. in your regi. terW
• SecorE all automateE EeEuction. bEepit carE
tran. action. anE electronic pill hayment. W
• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting
c/ arge. bor ot/ er pan* fee. W
• Hf you / ave an intere. t pearing accountbaEE any
intere. t earneE. / ok n on t/ i. . tatementW

**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar*
in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i.
li. teE on t/ i. . tatementW

**Step 3** • Gi. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not
ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

**Step 4** • Gi. t any c/ ec*. your / ave k rittenbEepit carE
tran. action. belectronic hayment. anE ot/ er
EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee
. hace hroviEeE pelok wW

| NateNe. crihtion | | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Meh d Cotal | J |

| NateNe. crihtion | D/ ec* F | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Meh 0 Cotal | J |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current palance" . / ok n on t/ i.
. tatement |
• AEE total from Meh d |
• Muptotal |
• Muptract total from Meh 0 |
• C/ i. palance . / oulE equal your regi. ter
palance |
Hfit Eoe. not agreeb. ee . teh. pelok J |

Hf your account Eoe. not palancebreviek t/ e follok ing:
- D/ ec* all your aEEition anE . uptraction apove in your regi. terW
- T a*e . ure you rememfereE to . uptract . ervice c/ arge. li. teE on
t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
- Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement . / oulE
matc/ your regi. ter entrie. W
- Hf you / ave . ue. tion. or neeE a. . i. tanceb hlea. e refer to t/ e h/
numper on t/ e front of t/ i. . tatementW

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i.
. tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers *(for consumer accounts only)*

Hn ca. e of error. or que. tion. apout your - lectronic Cran. fer. bk rite to
BBx A Domha. . Ban*bR heration. Domhliance MuhhortbPW PXW PoY
128sbBBirming/ ambAGd8, 9sW Rr . imhly call your local cu. tomer
. ervice numper hrinteE on t/ e front of t/ i. . tatementW Dall or k rite a.
. oon a. you canbif you t/ in* your . tatement or receiht i. k rong or if
you neeE more information apout a tran. fer on t/ e . tatement or
receiptW e mu. t. / ear from you no later t/ an s2 Eay. after k e . ent
t/ e fir. t . tatement on k ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e Yhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Hf Cor LonsDon. umer Account cu. tomer. bhlea. e refer to your current LonsDon. umer Account
Agreement for Eetail. regarEing - lectronic QunE Cran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e. intere. t c/ arge i.
comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb
k / ic/ give. you t/ e "Ahhlicaple SateWAIt/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e
Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying
t/ e Ahhlicaple Sate py t/ e "average Eaily palance")Balance Mupject to Intere. t Satew. / ok n on
t/ i. . tatementbt/ en multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e
"Balance Mupject to Intere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e peginning palance of
your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE
. uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily
palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u.
t/ e "average Eaily palance" . / ok n on t/ e . tatementW

## In Case of Errors or Questions About Your Statement )RverEraft Protection Rnlyw

Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your
. tatementbk rite your i. . ue on a . eharate Eocument anE . enE it to Ban*carE DenterbPW PXW PoY
, , 12bNecaturbAGd8s99s2221WCeleh/ one inquire. may pe maEe py calling your local BBx A
Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice
Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not hre. erve your rig/ t. unEer feEeral lak W
V e mu. t/ ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t . tatement on
k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e Yhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Kou can . toh t/ e automatic EeEuction of t/ e C inimum Payment from you c/ ec*ing account if
you t/ in* your . tatement i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw
pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ EuleEto occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWHf i. . e. . ential t/ at any account error. or any imhroher
tran. action. on your account pe rehorteEto u. a. . oon a. rea. onaply ho. . ipleWHf you fail to
notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeEtran. action. k it/ in t/ e time herioE.
. hecifieE in t/ e aE Eeho. it account agreementbk e are not liaple to you for any lo. . relateEto t/ e
hroplemberror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban*ba memper of t/ e BBx A I rouhW
Domha. . Ban*bT emper QNHDW

# EXHIBIT 150

Appx. 02545

5/18/2021                                                                 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
            HIGHLAND CAPITAL MANAGEMENT LP        Date   1/31/14      Page   1
            300 CRESCENT COURT SUITE 700          Account Number      ████████
            DALLAS TX  75201                      Enclosures

                    ---- CHECKING ACCOUNT ----
            For 24-hour service please
            call our telephone banking
            number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST                Item Truncation
Account Number              ████████         Statement Dates  1/01/14 thru  1/31/14
Previous Balance         ███████████         Days in the statement period     ██
     4 Deposits/Credits   ███████████        Average Ledger            ████████████
     4 Checks/Debits       ██████████        Average Collected         ████████████
Service Charge                  ████████
Interest Paid              ███████████
Ending Balance           ████████████        2014 Interest Paid        ████████████
```



MEMBER FDIC                   NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                             each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba...   1/3

CONFIDENTIAL                                                          D-HCRE-000060
                                                                      Appx. 02546

5/18/2021                                                NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
        HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14      Page    2
        300 CRESCENT COURT SUITE 700          Account Number
        DALLAS TX   75201                     Enclosures

BUSINESS ANALYSIS W/ INTEREST        1614130   (Continued)
Checks and Withdrawals
Date    Description                               Amount
1/30    IB Transfer from D ****130 to           500,000.00
        D ****415
```

Daily Balance Information
Date          Balance          Date          Balance          Date          Balance

Interest Rate Summary

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                         D-HCRE-000061
                                                                     **Appx. 02547**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000062

**Appx. 02548**

# EXHIBIT 151

Page 1 of 6
Primary Account: ████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-          H1

**BBVA** Compass

21   I  G I NADC  T APGWAN  F ADAL d F d DM  NP
FASMdR  OPd RAMIBL  ATTOUDM
H00  TRdSTdDM TM SMd  600
CANNAS  M3  67201 B5X- 5

### Contacting Us

A8ai4av4e vy l bone 2- p6

Pbone    1B00B2hhB5266

On4ne     vv8acoml a/ / scom

.  rite    BBWA Toml a/ /
Tu/ tomer Ser8ice
PsOsBoV 107hh
Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4nce 4a/ t / tatement | dn9ing va4nce tbi/ / tatement |
|---|---|---|---|
| ██████████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

D-HCRE-000107
**Appx. 02550**

Page 2 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

# MRdASURx F ADAL dF dDMADANx SGS TI dTYGOL

Account Dumver: ███████████

## Activity Summary

| | |
|---|---|
| Beginning Baf4ance on Hotpt - | ████ |
| Cel o/ it/ pTre9it/ K11( | ████ |
| . itb9ra) a4pCevit/ K1X2( | ████- |
| **Ending Balance on 1/13/34** | ████ |

## Transaction History l6\Vc4u9ing cbecw (



| Cate " | Tbecvp Seria4" | Ce/ cril tion | Cel o/ it/ p Tre9it/ | . itb9ra) a4 p Cevit/ |
|---|---|---|---|---|





CONFIDENTIAL

Page 7 of 6
Primary Account: 
Beginning F arcb 1, 201-  Edn9ing F arcb Hf, 201-                    Hf





P4a/ e note, certain fee/ an9 cbarge/ l o/ te9 to your account may re4te to / er8ice/ an9ppr acti8ity from tbe l rior / tatement cyc4es
" Mbe Cate l ro8i9e9 i/ tbe vu/ ine// 9ay tbat tbe tran/ action i/ l roce/ / e9s

## End of Business Day Balance Summary



## Summary of Checks



Page h of 6
Primary Account: ██████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ ▬▬▬ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬ ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| █ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬ ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ | ▬▬▬ | ██ | ██ | ▬▬ | ██ | ██ | ▬▬ |
| ██ | ██ ▬▬ | | | | ▬▬ | | | |

*Indicates break in check sequence*

CONFIDENTIAL

Page 6 of 6
Primary Account: ▮▮▮▮▮▮
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4cbecw/ , 9el o/ it/ , an9 otber automate9 te4er car9 KMF ( tran/ action/ in your regi/ ters
 • Recor9 a4automate9 9e9uction/ , 9evit car9 tran/ action/ an9 e4ectronic vi4l ayment/ s
 • Recor9 an9 9e9uct / er8ice cbarge/ , cbecwl rinting cbarge/ , or otber vanwfee/ s
 • Gyou ba8e an intere/ t vearing account, a99 any intere/ t earne9/ bo) n on tbi/ /tatements

**Step 2** • Gsal l 4cav4b, / ort cbecw/ in numerica4or9er an9 marw in your regi/ ter eacb cbecwor otber tran/ action tbat i/ 4/ te9 on tbi/ /tatements

**Step 1** • N/ t you 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not al l ear on tbi/ /tatement Kee / l ace l ro8i9e9 ve4b) (s

**Step 4** • N/ t any cbecw/ , e4ctronic l ayment/ an9 otber 9e9uction/ tbat 9o not al l ear on tbi/ /tatement Kee / l ace l ro8i9e9 ve4b) (s

| CatepCe/ cril tion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Stel HMbta4 # | q |

| CatepCe/ cril tion | Tbecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Stel - Mbta4 # | | q |

## Balancing Your Register to this Statement

**Step 5**

| | | |
|---|---|---|
| Zdnter the "current va4ance" / bo) n on tbi/ /tatement | | q |
| ZA99 tota4from Stel H | | q |
| ZSuvtota4 | | q |
| ZSuvtract tota4from Stel - | | q |
| ZMbi/ va4ance / bou9 equa4your regi/ ter va4ance | | q |
| Git 9oe/ not agree, /ee / tel / ve4) # | | q |

Gyour account 9oe/ not va4ance, re8ie) the fo4b) ing:
- Tbecwa4your a99ition an9 / uvtraction avo8e in your regi/ ters
- F awe / ure you rememvere9 to / uvtract / er8ice cbarge/ 4/ te9 on tbi/ /tatement an9 a99 any intere/ t earne9/ bo) n
- Amount/ of 9el o/ it/ an9 / itb9ra) a4 on tbi/ /tatement / bou9 matcb your regi/ ter entrie/ s
- Gyou ba8e Que/ tion/ or nee9 a//i/ tance, l 4eua/ e refer to tbe l bone numver on tbe front of tbi/ /tatements

## Change of Address

P4ea/ e ca44u/ at tbe te4el bone numver 4/ te9 on tbe front of tbi/ /tatement to te4lu/ avout a cbange of a99re/ / s

### Electronic Transfers (for consumer accounts only)
Gi ca/ e of error/ or Que/ tion/ avout your e4ectronic Man/ fer/ , ) rite to BBVA Toml a// Banw Ol eration/ Toml 4ance Sul l PsOsBoV 107bh, Birmingbam, AN-H7'25hsOr / in1 4/ ca44your 4ca4cu/ tomer /er8ice numver l rinte9 on tbe front of tbi/ /tatementsTa44or ) rite a/ /oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if you nee9 more information avout a tran/ fer/ on tbe / tatement or receil t s. ) e mu/ t bear from you no 4ater tban h0 9ay/ after ) e / ent tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

☑ Me44u/ your name an9 account numver Kfany(s
☑ Ce/ crive tbe error or tbe tran/ fer you are un/ u're avout, an9 eM 4ain a/ c4ear4y/ a/ you can ) by you ve4e8e it l/ an error or ) by you nee9 more informations
☑ Me44u/ tbe 9o44ar amount of tbe / u/ l ecte9 errors

. e ) i44in8e/ tigate your coml 4aint an9 ) i44correct any error l roml t4y/s(Gi ) e tawe more tban 10 vu/ ine// 9ay/ K2O on c4im/ on account/ ol ene9 4e9/ / tban h0 ca4en9ar 9ay/ ( to 9o tbi/ , ) e ) i44 cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i44ba8e tbe u/ e of tbe money 9uring tbe time it tawe/ u/ to coml 4ete our in8e/ tigations

*$or DonEF on/ umer Account cu/ tomer/ , l 4ea/ e refer to your current DonEF on/ umer Account Agreement for 9etai4/ regar9ing 4ectronic $un9 Man/ fer/ s

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate** sMbe intere/ t cbarge i/ coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in tbe ca/ e of a 4ea4 year, Hhh, ) bicb gi8e/ you •Al l 4cav4e Rate s A4bougb ) e ca4cu4ate tbe intere/ t cbarge vy al l 4ying tbe Al l 4cav4e Rate to eacb 9ai4y va4ance, tbe intere/ t cbarge can a4/ o ve ca4cu4ate9 vy mu44i 4ying tbe Al l 4cav4e Rate vy tbe •a8erage 9ai4y va4ance)HBa4ance Suvject to 4tere/ t Rate( / bo) n on tbi/ / tatement, tben mu44i 4ying tbat / um vy tbe numver of 9ay/ in tbe vi44ng cyc4esMb get tbe •Ba4ance Suvject to 4tere/ t Rate( / bo) n on tbi/ / tatement ) e tawe tbe veginning va4ance of your account 4e9/ / any un/ al ai9 finance cbarge/ eacb 9ay, a99 any ne) a98ance/ or 9evit/ , an9 / uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe 9ai4y va4ances Mben ) e a99 a44tbe 9ai4y va4ance/ for tbe vi44ng cyc4e an9 9i8i9e vy tbe numver of 9ay/ in tbe vi44ng cyc4esMbi/ gi8e u/ tbe •a8erage 9ai4y va4ance9 4ai4y va4ance( s•Ba4ance Suvject to 4tere/ t Rate s Payment/ sPayment/ to your o8er9raft l rotection 4ean account ma9e tbrougb our te48er/ or 9el o/ ite9 at our automate9 te4er macbine/ KMF / ( F on9ay tbrougb $ri9ay vefore tbe l o/ te9 cutBoff time ) i44ve l o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i44ve l o/ te9 on tbe ne4t vu/ ine/ / 9ay sPayment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i44ve l o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne4t vu/ ine/ / 9ay if ma9e after hl m TMK6l m F M for Arizona account/ an9 hl m PMfor Ta4fornia account/ ( F on9ay tbrougb $ri9ay or anytime Satur9ay, Sun9ay or vanwbo49ay/ sBBVA Toml a// Banwvu/ ine/ / 9ay/ are F on9ay tbrougb $ri9ay, e4c4u9ing bo49ay/ s

### In Case of Errors or Questions About Your Statement sO8er9raft Protection On4(
Gyou tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your / tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, PsOsBoV 2210, Cetatur, ANH7'h55B001sM•4l bone inQuire/ may ve ma9e vy ca4ng your 4bca4BBVA Toml a// vrancb 4/ te9 on tbe front of tbi/ / l eaw( itb a Tu/ tomer Ser8ice Rel re/ entati8esP4ea/ e note: a te44l bone inQuiry ) i44not / a/ e/ er8e your right/ un9er fe9era44e) s. e mu/ t bear from you no 4ater tban / i4ty K6O( 9ay/ after ) e / ent you tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

• Me44u/ your name an9 account numver Kfany(s
• Ce/ crive tbe error or tbe tran/ fer you are un/ u're avout, an9 eM 4ain a/ c4ear4y/ a/ you can ) by you ve4e8e it l/ an error or ) bat you nee9 more informations
• Me44u/ tbe 9o44ar amount of tbe / u/ l ecte9 errors

x ou can / to4 tbe automatic 9e9uction of tbe F inimum Payment from you cbecwing account if you tbinwyour / tatement i/ ) rongsM•4 to4 tbe l ayment, your 4etter mu/ t reacb u/ tbree KH( vu/ ine/ / 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

### Reporting Other Errors
P4ea/ e re8ie) your / tatement carefu44y sGi/ e/ / entia4tbat any account error/ or any iml rol er tran/ action/ on your account ve rel orte9 to u/ a/ / oon a/ rea/ ona4y/ l o/ / iv4esGyou fai4to notify u/ of any l l ecte9 l rov4em/ , error/ or unautborize9 tran/ action/ ) itbin tbe time l erio9/ / l ecifie9 in tbe 9el o/ it account agreement, ) e are not 4ave4e to you for any 4o/ / re4ate9 to tbe l rov4em, error or unautborize9 tran/ actions

BBVA Toml a// i/ a tra9e name of Toml a// Banw, a memver of tbe BBVA L rou s Toml a// Banw F emver $CGGs

CONFIDENTIAL

# EXHIBIT 152

Appx. 02557

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  1/30/15          Page    1
                                    Primary Account
                                    Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
        NexBank's Privacy Policy is accessible at www.NexBank.com
```

```
        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number            ████        Statement Dates   1/01/15 thru  2/01/15
        Last Statement Balance    ████        Days in the statement period
           6 Deposits/Credits      ████       Average Ledger             ████
           2 Checks/Debits         ████       Average Collected          ████
        Service Charge             ████        Interest Earned
        Interest Paid              ████        Annual Percentage Yield Earned  ████
        This Statement Balance     ████        2015 Interest Paid
```

        ----------------------------------------------------------------------

```
        Deposits and Additions
        Date    Description                           Amount
```



        ----------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

CONFIDENTIAL

D-HCRE-000063

Appx. 02558

5/18/2021                                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                        Date  1/30/15        Page    2
                                        Primary Account
                                        Enclosures          ███████

        Analysis Checking w/ Interest        ██████  (Continued)

        Checks and Withdrawals
        Date    Description                        Amount
        ████████████████████████              ████████

         1/26    wire request- Loan from HCMLP      1,500,000.00-
                 approved by F. Waterhouse

        ----------------------------------------------------------------

        Daily Balance Information
        Date      Balance     Date      Balance     Date     Balance
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████

        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ████████████████████████

        End of Statement

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                              D-HCRE-000064

                                                         Appx. 02559

5/18/2021                                                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000065

**Appx. 02560**

# EXHIBIT 153

Appx. 02561

Compass e-Access                                                              Page 1 of 6



ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

1
+@ Primary Account:
Page 1 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|

Total Deposit Accounts
1
+@ Primary Account:
Page 2 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary

Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|

1
+@ Primary Account:
Page 3 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

CONFIDENTIAL                                                      D-HCRE-000066

**Appx. 02562**



+® Primary Account:
Page 4 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

| Date* | Serial# | Description | Deposits/Credits |
|---|---|---|---|

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

| Date* | Serial# | Description | Withdrawals/Debits |
|---|---|---|---|

$1,042.30



Dougbert

1
+@ Primary Account
Page 5 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*   Serial#   Description                                         Withdrawals/
                                                                            Debits
====================================================================================

4/2              OUT WT E-ACCESS REF  20150402F2QCZ60C002636 BNF HCRE        $1,500,000.00
                 Partners, LLC

1
+@ Primary Account
Page 6 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*   Serial#   Description                                         Withdrawals/
                                                                            Debits
====================================================================================

CONFIDENTIAL
D-HCRE-000068

Appx. 02564



+@ Primary Account:
Page 7 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                    Withdrawals/
                                                                      Debits
====================================================================================

+@ Primary Account:
Page 8 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                    Withdrawals/
                                                                      Debits
====================================================================================

CONFIDENTIAL                                                   D-HCRE-000069

**Appx. 02565**

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



```
+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015
```

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |



CONFIDENTIAL                                                    D-HCRE-000070

                                                               Appx. 02566



```
+@ Primary Account:
Page 10 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks - continued

Date       Check#          Amount    Date     Check#        Amount    Date     Check#        Amount
=============================================    =============================    ============================
4/21       15624       $6,500.00     4/23     15625        $550.00    4/21     15626     $3,157.38
```

* Indicates break in check sequence

# EXHIBIT 154

Appx. 02568

Page 1 of 11
Pri a 6ny AAocurt
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91

**BBVA** Compass

, 1    HIGHLy ND  Cy PITy L  MyNy GEMENT  LP
       MySTER  BPERy TING  yCCBONT
       922  CRESCENT  CT  STE  022
       DyLLy S  TU  03, 21-07X5

### Contacting Us

y 8ar4F4e Fmvl oue , X0

Pl oue   1-722-, hh-0, 00

Bu4ue   FF8AAoi va/ / sAoi

. 6me   : : Vy Coi va/ /
        Cc/ roi e6Se6BrAe
        PsBs: oV123hh
        : r6 rugl ai by L 93, 5h

## Sci i a6mof y AAocur/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci  Fe6 | Eudrug Fa4uAe 4a/ n/ rarei eun | Eudrug Fa4uAe rl r/ / rarei eun |
|---|---|---|---|
| ████████████████ | ███████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

**BBVA** Compass

# TREy SORx My Ny GEMENT y Ny Lx SIS CHECYING

y AAocunNci Fe6███████████ - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf mɯv v arf

| | |
|---|---|
| : egruurug : a4ɯAe ou 12pΓpΓ0 | ███████ |
| Devo/ mΓ pCθedmΓ K9h( | ███████ |
| . mΓ dθa) a4 ΓDeFmΓ K77( | ███████ |
| **y nding Salance on EB/4E/E3** | ███████0 |

## Deposits and Other Credits

| Dare " | Cl eAvp Seθa4" | De/ A6vnou | | | Devo/ mΓ p CθedmΓ |
|---|---|---|---|---|---|
| ███ | | ████████████ | ██████ | | ████ |
| ███ | | █████████ | ██████ | | ████ |
| ███ | | ██████ | ███████ | | ████ |
| ███ | | █████████ | ██████ | | ████ |
| ███ | | █████████████ | ███ | | ████ |
| ███ | | ███████ | ███████ | | ████ |
| ███ | | ████████ | ███████ | | ████ |
| ███ | | █████████ | █████ | | ████ |
| ███ | | █████████████ | | | ████ |
| ███ | | ███████ | ████ | | ████ |
| ███ | | █████████ | ██████ | | ████ |
| ███ | | ██████ | ██████ | | ████ |
| ███ | | █████████ | ████ | | ████ |
| ███ | | ████ | ███ | | ████ |

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vnou | Devo/ m p C6edm' |
|---|---|---|---|

Page X of 11
Pēī ařny AAocurt ▬▬▬
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91

BBVA Compass

| Dane " | Cl eAvp Se6a4" | De/ A6vnou | Devo/ m̄ p C6edm̄ |
|---|---|---|---|
| ▬ | | ▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬ | ▬▬ |
| ▬ | | ▬▬▬▬▬▬ | ▬ |
| ▬ | | ▬▬▬▬ | ▬▬ |

CONFIDENTIAL

Page 3 of 11
Pßi aßmy AAocurt █████████
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210            91

**BBVA** Compass



P4ßa/e uorebAeßaru fee/ aud Al aßge/ vo/ red ro mroc6aAAocuni amßß4rre ro / eßßrAe/ audpo6aAn8rrmf6i rl e vßo6/ rarei eunArnAes
" TI e Dare vßo8rded rf rl e Fc/ rue// damrl anrl e rßou/ aArrou rf vßoAe//eds

## 1 ithdra6 als and Other DeWts



$, 9, s07

CONFIDENTIAL

Page h of 11
Pei aᵨmy AAocurt
: egruurug BAnᵨFe61b, 210 - Eudrug BAnᵨFe691b, 210          91

**BBVA** Compass



Page 0 of 11
P6i a6my AAocurt
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210                 91

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vnou | . mi d6a) a4 p DeFm/ |
|--------|----------------|------------|---------------------|
| 12pt, | | B OT . T E-y CCESS CSTREP REk , 210121, k, * C#h2C222hhh : Nk HCRE Pa6ue6' LLC | $, t322t222s22 |

BBVA Compass



CONFIDENTIAL

Page 12 of 11
P6i a6ny AAocur 
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91



P4ea/ e uorebAe6naru fee/ aud Al a6ge/ vo/ red ro rroc6aAAocuni am6e4ire ro / e6xAe/ audpo6aAn8rrmf6i  rl e v6o6/ narei eunArnAes
" Tl e Dare v6o8tded t/ rl e Fc/ rue// damrl anrl e n6au/ aArrou t/ v6oAe/ / eds

## y nd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



* Indicates break in check sequence

**BBVA** Compass

## k o6 to Salance Hour Account

mtep E  Y Eure6a4Al eAw/ bdevo/ mﬁbaud ori e6acroi ared re46  
Aa6ﬁ Kﬁ TM( ﬂau/aAmou/ ru mroc66egr/re6  
Y ReAo6ﬁa4acroi ared dedcAmou/bdeFmAa6ﬁ  
ﬂau/aAmou/ aud e4eArﬂourA Fr4Ivani euri/s  
Y ReAo6ﬁaud dedcAn/ e6ﬁe2e Al a6ﬁe/ bAl eAvv4unnuug  
Al a6ﬁe/bo6ori e6Fauwfee/s  
Y If mroc l a8e au rure6e/ nFea6ug aAAocurbadd aum  
rure6e/ nea6ued / l o) u ou ri t/ / ﬂarei euris

mtep •  Y If avv4AaFeb/ o6ﬁAl eAw/ ru uci e8Ae4o6ﬁe6aud i a6w  
ru mroc66egr/ re6ea Al Al eAwo6ori e6ﬂau/aAmou ri anr/  
4/ red ou ri t/ / ﬂarei euris

mtep 4  Y Lr/ naumdevo/ mﬁo6Abdmﬁ mroc6l a8e i ade ﬁﬁando uon  
avvea6ou ri t/ / ﬂarei eunK ee / vaAe v6b8rded Fe4) (s

mtep 0  Y Lr/ naumAl eAw/ mroc l a8e ) 6mreubdeFmAa6ﬁ  
ﬂau/aAmou/ aud e4eArﬂourA vani euri/ aud ori e6  
dedcAmou/ ﬁﬁando uonavvea6ou ri t/ / ﬂarei eunK ee  
/ vaAe v6b8rded Fe4) (s

| DareﬂoDe/ A6vnrou | | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev 9 Toﬂa4 | q |

| DareﬂoDe/ A6vnrou | Cl eAw" | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev X Toﬂa4 | $ q |

## Salancing Hour Register to this mtatev ent

mtep 5  
| ZEure6ﬁ t/ "Ac66eunFa4uAe" / l o) u ou ri t/ / ﬂarei euru | | q |
|---|---|---|
| Z/ dd roﬂa4f6bi Srev 9 | | q |
| ZScFroﬂa4 | | q |
| ZScFr6ﬁAnrroﬂa4f6bi Srev X | | q |
| ZTl t/ Fa4uAe / l oc4l eQca4mroc66egr/re6 Fa4uAe | | q |
| If mdoe/ uonag6eeb/ee/ rev/ Fe4) | $ | q |

If mroc6aAAocundoe/ uonFa4uAeb6e8re) ﬁ e fo46) rugt
- Cl eAwa4mroc6addmou aud / cFﬁaAnou aFo8e ru mroc66egr/re6s
- Mawe / c6e 6ei ei Fe6ed ro / cFﬁaAn/ e6ﬁe2e Al a6ﬁe/ 4/ red ou ri t/ / ﬂarei eunaud add aumrure6e/ nea6ued ru mroc66egr/re6s
- y i ocun/ of devo/ mﬁ aud ) rﬁ dda) a4 ou ri t/ / ﬂarei eun/l oc4l i anAl mroc66egr/re6ur6e/s
- If mroc l a8e QCe/ mou/ o6ueed a/ / t/ muAebv4ea/ e6fe6ﬂori e vl oue uci Fe6ou ri e fбunof ri t/ / ﬂarei euris

---

## Change owAddress
P4a/e Aa44c/ anﬁ e re4vl oue uci Fe64f/ red ou ri e f6bunof ri t/ / ﬂarei eunro re4c/ aFocna Al auge of add6e/ / s

## ylectronic Transfers *(for consumer accounts only)*
Iu Au/ e of e8б6/ o6Q2e/ mou/ aFocnmoc6E4eAnbur A T6au/ fe6/b) 6re no  
: : W/ Coi va// : auwbBve6mou/ Coi v4auAe ScvvoebvP8s: oV  
123hhb: ri 6 rugl ai byL 93, 5hsB6/ ri v4nAa4mroc64Aa4Ac/ roi e6  
/ e86e uci Fe6v6ured ou ri e f6bunof ri t/ / ﬂarei eunsCa4o6) 6re a/  
/ oou a/ mroc Aaubrf mroc rﬁ ruwmroc6/ ﬂarei euno66eAervnr/ ) 6ug o6ﬁf  
mroc ueed i o6ﬁ ruf66/ amou aFocna ﬂau/ fe6ou ri e/ / ﬂarei euno6  
6eAervrs.. e i c/ nl ea6f6bi mroc uo 4re6ﬁ au h2 dant afre6) e / eun  
rﬁ e frﬁ/ﬂarei eunou ) l r Al ﬁﬁe6b6c6v6bFei avvea6eds

- Ze44c/ mroc6uai e aud aAAocunuci Fe6ﬁ aunts
- De// A6Fe ﬁﬁe e6ﬁ6o6ﬁ ﬁﬂau/ fe6mroc a6e cu/ c6ﬁ aFocrbaud eW4aru a/ A4ea6ﬁna/ mroc Aau ) l mroc Fe4e8e mﬁ au c6ﬁ6b6o6) l mroc ueed i o6ﬁ ruf6ﬁ amous
- Ze44c/ ri e do46ﬁai ocunof ri e / c/ veAred e6ﬁ6s

"k o6Nou-Cou/ci e6y AAocunAc/ roi e6ﬁ/ e a/ 6efe6ro mroc6Ac66eunNou-Cou/ci e6y AAocun y g6ei eunfo6deraﬁ 6ega8ﬁug E4eArbbur A k cud T6au/ fe6/s

## Oler draw Protection
### Calculation ow2nterest Charge and Salance mu2nterest Rates
Tl e rure6e/ nAl a6ﬁe t/  
Aoi vcred c/ rug mroc6aauca4ve66eurage 6are d8rded Fm9h3 o6bru ri e Aa/ e of a 4eav mea6b9hhb  
) l rAl gr8e/ mroc ri e •yvv4AaFe Rares) y4l ocgl ) e Aa4cA4re ri e rure6e/ nAl a6ﬁe Fmavv4mug ri e  
y vv4AaFe Rare ro eaAl dar4nFa4uAebri e rure6e/ nAl a6ﬁe Aau a4 o Fe Aa4cared Fmi c4nv4mug  
ri e yvv4AaFe Rare Fmﬁl e a8e6age dar4nFa4uAe]K 4a4uAe ScFje/Anro lure6e/ nRare( / l o) u ou ri t/  
/ ﬂarei euri6ri eu ci Fe6ori dant ru ri e Fegrurug Fa4uAe of  
mroc6aAAocun4e// aumcuvard fruauAe Al a6ﬁe/ eaAl dantaddd aumue) ad8auAe/ o6deFmﬁbaud  
/ cFﬁﬁaAnaumvani euri o6ﬁAbdmﬁ sTl ri/ gr8e/ c/ ri e dar4nFa4uAesTl eu ) e add a44ﬁ e dar4n  
Fa4uAe/ fo6ﬁ e Fr4tug AnﬁAe aud d8rde Fmﬁ e uci Fe6of danI ru ri e Fr4tug AnﬁAesTl t/ gr8e c/  
ri e 4a8e6age dar4nFa4uAe/ fo6ﬁ e uci Fe6ol ) u ou ri e/ ﬂarei euna/ •: a4uAe ScFje/Anro lure6e/ nRare]s  
Pani euri sPani euri ro mroc6o8e6ﬁ8ﬁaﬁn6breAmou 4au aAAocuni ade ﬁ 6bcgl oc6ﬁe4e8) o6  
devo/ red anoc6acroi ared re46ﬁ6ai a/l rue/ Kﬁ TM( Moudamﬁ 6bcgl k8damFefo6ﬁe vo/ red  
Acnoff mﬁ e ) r4Fe vo/ red ro mroc6aAAocunou ﬁe dare rﬁ emae8 aAevreds8rﬁ e6ﬁ / red mﬁ r4Fe  
vo/ red ou ri e uceVnFc/ rue// damﬁPani euri i ade ri 6bcgl oc6y TM/ 8ﬁa fcud/ ﬂau/ fe6) r4Fe  
vo/ red ou ri e dare ri ema8e 8e4ﬁ8ed o6ou ri e u4nFc/ rue// damf i ade afre6mroc CT Hﬁvi MT  
fo6y6tzoua aAAocurl aud hvi PT fo6Ca46o6ura aAAocurI ( Moudamﬁ 6bcgl k8damo6aumi e  
Sarc6ﬁambScudamo6Fauwl o46antsI s : : W/ Coi va// : auwFc/ rue// dant a6e Moudamﬁ 6bcgl  
k8dantbeV4edrug l o46antis

## 2n Case owyrrors or Questions AWout Hour mtatev ent
If mroc ri ruwmroc6/ ﬂarei eunri/ ) 6bugbo6ﬁ mroc ueed i o6ﬁ e rufo6ﬁ amou aFocna ﬂau/ fe6  
/ ﬂarei eurbﬁ 6re mroc6r/ ce ou a / eva6are doAci eunaud / eud mro : auw6a6ﬁ Ceure6bvP8s: oV  
, , 12bDeAare6byL 93h55-2221sTe4vl oue ruQc6ﬁe/i amFe i ade FmAe4mug mroc6644: : W/  
Coi va// F8auAl 4/ red ou ri e f6bunof ri t/ / ﬂarei eunro / veaw) ﬁ a Cc/ roi e6Se6ﬁﬁAe  
Revﬁe/ euram8esP4a/ e ueret a re4evl oue ruQc6ﬁ) r4Al uovﬁ/ e6ﬁe mroc66bgl ri cud6e6be6d44s ) s  
. e i c/ nl ea6f6bi mroc uo 4re6ﬁ au /Vmﬁﬁ42( dantl afre6) e / eunmroc ri e frﬁ/ ﬂarei eunou  
) l r Al ri e e6ﬁ6b6c6v6bFei avvea6eds

- Ze44c/ mroc6uai e aud aAAocunuci Fe6ﬁ aunts
- De// A6Fe ri e e6ﬁ6o6ﬁ ri ﬂau/ fe6/mroc a6e cu/ c6ﬁ aFocrbaud eW4aru a/ A4ea6ﬁna/ mroc Aau ) l mroc Fe4e8e mﬁ au c6ﬁ6b6o6) l anmroc ueed i o6ﬁ amous
- Ze44c/ ri e do46ﬁai ocunof ri e / c/ veAred e6ﬁ6s

x oc Aau / rov ri e acroi anADedcAnou of ri e Mruri c/ Pani eunf6bi mroc Al eAwrug aAAocurnf  
mroc ri ruwmroc6/ ﬂarei euri/ ) 6bugsTo / rov ri e vani eurbmroc64mvo/ / cn6eaAl c/ ri 6ee !9(  
Fc/ rue// dantl Fefo6ﬁe ri e acroi anADedcAnou t/ / Al edc4ed ro oAAc6s

## Reporting Other ProWev s
P4a/ e e8ﬁ6r) mroc6/ ﬂarei eunAa6efc4rsInr/ e/ / eur4a4ﬁ anaumaAAocune6ﬁб/ o6aumri v6bve6  
ﬂau/ aAmou/ ou mroc6aAAocunFei 6evo6ﬁed ro c/ a/ / ou a/ 8a/ ouaF4mvo/ / r4Fei st mroc far4no  
uonfmc/ of auri c/ veAred v6bF6bi / be6ﬁb6/ o6cuacri o8ﬁzed ﬂau/ aAmou/ ) ri ru ri e ri e ve6tod/  
/ veAfred ru ri e devo/ maAAocunag6eei eurb6 a6e uon4aF4e ro mroc fo6auymbi/ / 6a4ared ro ri e  
v6bF6bi be6ﬁb6o6cuacri o8ﬁzed ﬂau/ aAmous

: : W/ Coi va// ri a f6ade uai e of Coi va// : auwba i ei Fe6of ri e : : W/ G6bcvs  
Coi va// : auwbMei Fe6kDlCs

# EXHIBIT 155

Page 1 of 6
Primary Account: ████████
Beginning Fctober 1, 201-  Edn9ing Fctober H1, 201-                    H1

**BBVA** Compass

21   I  GI NADC  TAPGWAN  SADAL dS dDM NP
     SARMdO  FPdOAMGL  ATTFUDM
     H00  TOdRTdDM TM RMd  300
     CANNAR M7  3X201E3- 56

## Contacting Us

A8ai4b4e by vI one 25p8

PI one    1E 00E2 VVE3233

F n4ne    bb8acomvassxcom

K rite    BB/ A Tomvass
          Tustomer Rer8ice
          PxF xBo( 10XVV
          Birmingl am, AN HX26V

## hour BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh S ADAL dS dDMADANh RGR TI d TYGL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh S ADAL dS dDMADANh RGR TI d TYGL | ████████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

D-HCRE-000091
**Appx. 02581**

Page 2 of 6
Primary Account: ▮▮▮▮▮
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

# MOdARUOh SADAL dS dDMADANhRⒸR TI dTYⒼL

Account Dumber: ▮▮▮▮▮  EI ⒼI NADC TAPⒼANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9
con9itions ) i4become effecti8e as of Do8ember HD, 201- x hou can fin9 a current 8ersion
of tl e agreement by going to:

l ttv:p) ) bb8acomvassxcompcommercia4treasuryEmanagementpresourceEcentra4p

M e user ⒼC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

Beginning Ba4nce on 10ptpt- ▮▮▮▮▮

Cevositsp Tre9its .22W ▮▮▮▮▮

K itl 9ra) a4pCebits .1V3W ▮▮▮▮▮

**Ending Balance on 10/31/18** ▮▮▮▮▮

## Deposits and Other Credits



| Cate " | Tl ec"p Reria4$ | Cescrivtion | | Cevositsp Tre9its |
|--------|-----------------|-------------|--|-------------------|






P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4x
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



**BBVA** Compass

| Cate " | TI ec" p Reria4$ | Cescrivtion | | K itl 9ra) a4p Cebits |
|--------|------------------|-------------|--|-----------------------|
| ███ | | ███ | ███ ███ | ███ |
| ███ | | ███████ | ███████ | ███ |
| ███ | | ██████ | ███ ███ | ███ |
| ███ | | █████ | ███ ███ | ███ |
| ███ | | ███████ | ███ ███ | ███ |
| ███ | | ████████ | ███ | ███ |
| ███ | | █████████ | ████ | ███ |
| ███ | | █████████ | ████ | ███ |
| ███ | | ███████ | ███ | ███ |
| ███ | | ███ | ███ ███ | ███ |
| ███ | | ██████ | ███ | ███ |
| ███ | | ██████ | ████ | ███ |
| ███ | | ███████ | ████ | ███ |
| ███ | | ████ | ███ ███ | ███ |
| ███ | | ██████ | ████████ | ███ |
| ███ | | ██████ | ████████ | ███ |
| ███ | | ██████ | ███████ | ███ |
| ███ | | ███████ | █████ | ███ |
| ███ | | ███████ | █████ | ███ |
| ███ | | ████████ | ████ | ███ |
| ███ | | ██████ | ███ | ███ |
| ███ | | ██████ | ███ | ███ |
| ███ | | ██████ | ███ | ███ |
| ███ | | ███ | ███ | ███ |
| ███ | | ███ | ███ | ███ |
| ███ | | ██████ | | ███ |
| ███ | | ████ | ███ | ███ |
| ███ | | ████ | ███ ███ | ███ |

D-HCRE-000094
Appx. 02584



Page V of 6
Primary Account: ████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass



Page 3 of 6
Primary Account: 
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

Page - of 6
Primary Account: 
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                H1



| Cate " | Tl ec"p Reria4$ | Cescrivtion | | | K itl 9ra) a4p Cebits |
|---|---|---|---|---|---|

Pᐧease note, certain fees an9 cl arges voste9 to your account may reᐧate to ser8ices an9pr acti8ity from tl e vrior statement cyc·ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## End of Business Day Balance Summary

| Cate | Ba4ance | Cate | Ba4ance | Cate | Ba4ance |
|---|---|---|---|---|---|



## Summary of Checks

| Cate | Tl ec" $ | Amount | Cate | Tl ec" $ | Amount | Cate | Tl ec" $ | Amount |
|---|---|---|---|---|---|---|---|---|



* Indicates break in check sequence

Page 6 of 6
Primary Account: ████████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter a4cl ec"s, 9evosits, an9 otl er automate9 te4br
car9 .AMS Wtransactions in your registerx
• Oecor9 a4automate9 9e9uctions, 9ebit car9
transactions an9 e4ectronic bi44vaymentsx
• Oecor9 an9 9e9uct ser8ice cl arges, cl ec" vrinting
cl arges, or otl er ban" feesx
• Gyou l a8e an interest bearing account, a99 any
interest earne9 sl o) n on tl is statementx

**Step 2** • Gavv4cab4e, sort cl ec"s in numerica4or9er an9 mar"
in your register eacl cl ec" or otl er transaction tl at is
4ste9 on tl is statementx

**Step 3** • Nst any 9evosits or cre9its your l a8e ma9e tl at 9o not
avvear on tl is statement .see svace vro8i9e9 be4) W

**Step 4** • Nst any cl ec"s you l a8e ritten, 9ebit car9
transactions, e4ectronic vayments an9 otl er
9e9uctions tl at 9o not avvear on tl is statement .see
svace vro8i9e9 be4)

| Catep Cescrivtion | Amount |
|---|---|
| | • |
| | • |
| | • |
| | • |
| | • |
| Rtev HMbta4 | • |

| Catep Cescrivtion | Tl ec" $ | Amount |
|---|---|---|
| | | • |
| | | • |
| | | • |
| | | • |
| | | • |
| Rtev 5 Mbta4 | • | • |

## Balancing Your Register to this Statement

| **Step 5** | qdnter tl e vcurrent ba4ancewsl o) n on tl is statement | • |
|---|---|---|
| | qA99 tota4from Rtev H | • |
| | qRubtota4 | • |
| | qRubtract tota4from Rtev 5 | • |
| | qM is ba4ance sl ou49 eZua4your register ba4ance | • |
| | Git 9oes not agree, see stevs be4) | * • |

Gyour account 9oes not ba4ance, re8ie) tl e fo4b) ing:
- Tl ec" a44your a99ition an9 subtraction abo8e in your registerx
- Sa"e sure you remembere9 to subtract ser8ice cl arges 4ste9 on
tl is statement an9 a99 any interest earne9 to your registerx
- Amounts of 9evosits an9 ) itl 9ra) a4s on tl is statement sl ou49
matcl your register entriesx
- Gyou l a8e Zuestions or nee9 assistance, v4ease refer to tl e vl one
number on tl e front of tl is statementx

### Change of Address
P4ease ca44us at tl e te4evl one number 4ste9 on tl e front of tl is
statement to te44us about a cl ange of a99ressx

### Electronic Transfers *(for consumer accounts only)*
G case of errors or Zuestions about your e4ectronic Mansfers, ) rite to
BB/ A Tomvass Ban", F versions Tomv4ance Ruvvort, PxF xBo(
10XXV, Birming4am, AN HX26VxF f simv4y ca44your 4ca4customer
ser8ice number vrinte9 on tl e front of tl is statementxTa49or ) rite as
soon as you can, if you'l in" your statement or receivt is ) rong or if
you nee9 more information about a transfer on tl e statement or
receivtxK e must l ear from you no 4ater tl an V0 9ays after ) e sent
tl e first statement on ) l icl tl e error or vrob4em avveare9x

Q Me44us your name an9 account number .if anyW
Q Cescribe tl e error or tl e transfer you are unsure about, an9 e( v4ain as c4ear4y as you can
) l y you be48e it is an error or ) l y you nee9 more informationx
Q Me44us tl e 9o44ar amount of tl e susvecte9 errorx

K e ) i44in8estigate your comv4aint an9 ) i44correct any error vromvt4yxGS) e ta"e more tl an 10
business 9ays .20 on c4aims on accounts ovene9 4ess tl an H0 ca4en9ar 9aysWto 9o tl is, ) e ) i44
cre9it your account for tl e amount you tl in" is in error, so tl at you ) i44l a8e tl e use of tl e
money 9uring tl e time it ta"es us to comv4ete our in8estigationx

"kor DonEr onsumer Account customers, v4ease refer to your current DonEr onsumer Account
Agreement for 9etai4s regar9ing e4ectronic kun9 Mransfersx

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**xM e interest cl arge is
comvute9 using your annua4vercentage rate 9i8i9e9 by H/X or, in tl e case of a 4eav year, H/V,
) l icl gi8es you tl e (Avv4cab4e Oate)x A44 ough ) e ca4cu4ate tl e interest cl arge by avv4ying tl e
Avv4cab4e Oate to eacl 9ai4y ba4ance, tl e interest cl arge can a4so be ca4cu4ate9 by mu4tiv4ying
tl e Avv4cab4e Oate by tl e (a8erage 9ai4y ba4ance).Ba4ance Rubact to Gnterest OateW4i o) n on
tl is statement, it can mu4iv4ying it an9 by a number of 9ays in tl e bi44ing cyc4exMb get tl e
(Ba4ance Ructact to Gnterest Oate( sl o) n on tl is statement ) e ta"e tl e beginning ba4ance of
your account 4ess any unvai9 finance cl arges eacl 9ay, a99 any ne) a98ances or 9ebits, an9
subtract any vayments or cre9itsxM is gi8es us tl e 9ai4y ba4ancexM en ) e a99 a44tl e 9ai4y
ba4ances for tl e bi44ng cyc4e an9 9i8i9e by tl e number of 9ays in tl e bi44ng cyc4exM is gi8e us
tl e (a8erage 9ai4y ba4ance( sl o) n on tl e statement as (Ba4ance Ructact to Gnterest Oate(x
PaymentsxPayments to your o8er9raft vrotection 4ban account ma9e tl rougl our te44ers or
9evosite9 at our automate9 te44er macl ines .AMS sWS on9ay tl rougl kri9ay before tl e voste9
cutEoff time ) i44be voste9 to your account on tl e 9ate tl ey are accevte9xF tl er) ise, tl ey ) i44be
voste9 on tl e ne(t business 9ayxPayments ma9e tl rougl our AMS s 8ia a fun9s transfer ) i44be
voste9 on tl e 9ate tl ey are recei8e9 or on tl e ne(t business 9ay if ma9e after Vvm T.M.Wvm S M
for Ari"ona accounts an9 Vvm PMfor Ta4fornia accountsWS on9ay tl rougl kri9ay or anytime
Ratur9ay, Run9ay or ban" l o49aysxBB/ A Tomvass Ban" business 9ays are S on9ay tl rougl
kri9ay, e( c4u9ing l o49aysx

### In Case of Errors or Questions About Your Statement .F 8er9raft Protection F n4yW
Gyou tl in" your statement is ) rong, or if you nee9 more information about a transaction on your
statement, ) rite your issue on a sevarate 9ocument an9 sen9 it to Ban" car9 Tenter, PxF xBo(
2210, Cecatur, ANHXV66D001xMve4evl one inZuires may be ma9e by ca44ng your 4bca4BB/ A
Tomvass brancl 4ste9 on tl e front of tl is statement to svea" ) itl a Tustomer Rer8ice
Oevresentati8exP4ease note: a te4evl one inZuiry ) i44not vreser8e your rigl ts un9er tl e4aw4ax x
K e must l ear from you no 4ter tl an si(t y .V0W9ays after ) e sent you tl e first statement on
) l icl tl e error or vrob4em avveare9x

- Me44us your name an9 account number .if anyW
- Cescribe tl e error or tl e transfer you are unsure about, an9 e( v4ain as c4ear4y as you can
) l y you be48e it is an error or ) l at you nee9 more informationx
- Me44us tl e 9o44ar amount of tl e susvecte9 errorx

hou can stov tl e automatic 9e9uction of tl e S inimum Payment from your cl ec"ing account if
you tl in" your statement is ) rongxMb stov tl e vayment, your 4etter must reacl us tl ree .HW
business 9ays before tl e automatic 9e9uction is scl e9u4e9 to occurx

### Reporting Other Problems
P4ease 8ie) your statement carefu44yxGis essentia4tl at any account errors or any imvrover
transactions on your account be revorte9 to us as soon as reasonab4y vossib4exGyou fai4to
notify us of any susvecte9 vrob4ems, errors or unautl ori"e9 transactions ) itl in tl e time verio9s
svecifie9 in tl e 9evosit account agreement, ) e are not 4ab4e to you for any 4oss re4ate9 to tl e
vrob4em, error or unautl ori"e9 transactionx

BB/ A Tomvass is a tra9e name of Tomvass Ban", a member of tl e BB/ A L rouvx
Tomvass Ban", S ember kCGx

# EXHIBIT 156

Appx. 02590

Page 1 of 6
Primary Account: ▮▮▮▮▮
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



01    GlNGDACT  MAPLSAD  RACAN9R9CS  DP
      RAFS9O  UP9OASLCN  AMMU3CS
      I - -  MO9FM9CS  MS  FS9  7- -
      TADDAF  SX  750- 1d768E

## Contacting Us

A4ai\a, \e , y bl one 08ƴ

Pl one      1d5- - d0hhd7077

Un\ine      , , 4au/ a\com

. rite      BBVA
            Mu/ tomer Fer4ice
            PsUsBoV 1- 5hh
            Birmingl am2ADI 50Eh

# Fummary of Account/

## Deposit Accounts/ Other Products

| Account | Account num, er | 9nHng , a\ance \a/ t / tatement | 9nHng , a\ance tl i/ / tatement |
|---|---|---|---|
| SO9AF3 Ox  RACAN9R9CS  ACADx FLF  MG9 MYLCN | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮▮ | ▮▮▮▮▮ |

Page 0 of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



# SO9 AF 3 Ox  R ACAN 9 R 9 CS ACAD x F LF MG 9 MYLCN

Account Cum, er: ███████ dGINGDACT MAPLSAD R ACAN 9 R 9 CS DP

## Activity Summary

| | |
|---|---|
| Beginning Bavance on EpfpfE | ████ |
| Tebo/ it/ pMreHt/ K0- ( | ████ |
| . itl Hra) av pTe, it/ K<80( | ████ |
| **Ending Balance on 9/30/19** | ███ |

## Deposits and Other Credits



Page I  of 6
Primary Account: 
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



| Tate " | MI ecwp Feriav" | Te/ cribtion | Tebo/ it/ p MreHt/ |
|---|---|---|---|



P\ea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may re\ate to / er4ice/ anHpor acti4ity from tl e brior / tatement cyc\es
" Sl e Tate bro4iHeHi/ tl e , u/ ine/ / Hay tl at tl e tran/ action i/ broce/ / eHs

## Withdrawals and Other Debits

| Tate " | MI ecwp Feriav" | Te/ cribtion | . itl Hra) av p Te, it/ |
|---|---|---|---|



Page 8 of 6
Primary Account: ████████
Beginning Febtern, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -





CONFIDENTIAL

Page 5 of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -





CONFIDENTIAL

Page h of 6
Primary Account: ████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -





Page 7 of 6
Primary Account: ███████
Beginning Febtem, er 120-1E d9nHng Febtem, er I - 20-1E        I -





Pɯea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revɯte to / er4ice/ anHɯor acti4ity from tl e brior / tatement cycɯes
" Sl e Tate bro4iHɯHi/ tl e , u/ ine// Hay tl at tl e tran/ action i/ broce/ / eHs

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

Page 6 of 6
Primary Account: ████████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                     I -



## How to Balance Your Account

**Step 1** • 9nter awcl ecw/ 2Hebo/ it/ 2anHotl er automateHtewer
carHKASR ( tran/ action/ in your regi/ ters
• OecorHawautomateHHeHuction/ 2He, it carH
tran/ action/ anHevectronic, iwbayment/ s
• OecorHanHHeHuct / er4ice cl arge/ 2cl ecwbrinting
cl arge/ 2or otl er , anwfee/ s
• Lf you l a4e an intere/ t , earing account2aHHany
intere/ t earneH/ l o) n on tl i/ / tatements

**Step 2** • Lf abbvica, e2/ ort cl ecw/ in numericavorHer anHmarw
in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/
w/ teHon tl i/ / tatements

**Step 3** • D/ t any Hebo/ it/ or creHt/ your l a4e maHe tl at Hb not
abbear on tl i/ / tatement Kee / bace bro4iHeH, evo) (s

**Step 4** • D/ t any cl ecw/ you l a4e ) ritten2He, it carH
tran/ action/ 2evectronic bayment/ anHotl er
HeHuction/ tl at Hb not abbear on tl i/ / tatement Kee
/ bace bro4iHeH, evo) (s

| TatepT e/ cribtion | Amount | |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Fteb I Sotav | # q |

| TatepT e/ cribtion | Mi ecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | Fteb 8 Sotav | # q |

## Balancing Your Register to this Statement

**Step 5** Z9nter tl e "current , avance" / l o) n on tl i/
/ tatement                                                            q

ZAHHtotavfrom Fteb I                                                  q

ZFu, totav                                                           q

ZFu, tract totavfrom Fteb 8                                          q

ZSl i/ , avance / l ounHeQuavyour regi/ ter
, avance                                                            q

Lf it Hbe/ not agree2/ ee / teb/ , evo)                          # q

Lf your account Hbe/ not , avance2tre4ie) tl e fo) owing):
- Mi ecwawyour aHHition anH/ u, traction a, o4e na/ oractHa, a, Hel / in your regi/ ters
- Rawe / ure you remem, ereHto / u, tract / er4ice cl arge/ w/ teHon
tl i/ / tatement anHHaHHany intere/ t earneHto your regi/ ter
- Amount/ of Hebo/ it/ anH) itl Hra) av/ on tl i/ / tatement / l ounH
matcl your regi/ ter entrie/ s
- Lf you l a4e Que/ tion/ or neeHa/ / i/ tance2bvea/ e refer to tl e bl one
num, er on tl e front of tl i/ / tatements

BBWA anHBBWA Momba/ , are traHe name/ of BBWA 3 FA2a mem, er of tl e BBWA Nroubs BBWA 3 FA2Rem, er $TLMs

## Change of Address

Pvea/ e caww/ at tl e tevebl one num, er w/ teHon tl e front of tl i/
/ tatement to tewu/ a, out a cl ange of aHHre/ / s

**Electronic Transfers** *(for consumer accounts only)*
In ca/ e of error/ or Que/ tion/ a, out your 9ectronic Sran/ fer/ 2) rite to
BBWA2Uberation/ Mombwance Fubbort2PsUsBoV1- 5hh2
Birmingl am2ADl 50EhsUr/ imbw cawyour vocavcu/ tomer/ er4ice
num, er brinteHon tl e front of tl i/ / tatementsMawor ) rite a/ / oon a/
you can2if you tl inwyour / tatement or receibt i/ ) rong or if you neeH
more information a, out a tran/ fer on tl e/ tatement or receibts.  e
mu/ t l ear from you no vater tl an 60 Hay/ after ) e / ent tl e fir/ t
/ tatement on ) l icl tl e error or bro, vem abbeareHs

Z Sewu/ your name anHaccount num, er Kif any(s
Z Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHe\\bvain a/ c\\earvy a/ you can
) l y you, evie4e it/ an error or ) l y you neeHmore informations
Z Sewu/ tl e Hbwar amount of tl e / u/ becteHerrors

.  e) iwin4e/ tigate your combvaint anH) iwcorrect any error brombtwyslL) e tawe more tl an 1-
, u/ ine// Hay/ K0- on cvaim/ on account/ obeneHve/ / tl an l - cavenHar Hay/ ( to Hb tl i/ 2) e iw
creHt your account for tl e amount you tl inwi/ in error2/ o tl at you ) iwl a4e tl e u/ e of tl e
money Huring tl e time it tawe/ u/ to combvete our in4e/ tigations

*$or CondMon/ umer Account cu/ tomer/ 2bvea/ e refer to your current CondMon/ umer Account
Agreement for Hetaiv/ regarHing 9ectronic $unHSran/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates**Sl e intere/ t cl arge i/
combuteHu// ing your annuavbercentage rate H4iHbH, y l h5 or2in tl e ca/ e of a weab year2l hh2
) l icl gi4e/ you tl e •Abbvica, ve Oate$ Anl ougl ) e cavcuvate tl e intere/ t cl arge , y abbvying tl e
Abbvica, ve Oate to eacl Haiwy , avance2tl e intere/ t cl arge can av/ o , e cavcuvateH, y muvbtbwing
tl e Abbvica, ve Oate , y tl e •a4erage Haiwy , avanceHBavance Fu, ject to Intere/ t Oate( / l o) n on
tl i/ / tatement2tl en muvbtbwing tl at / um , y tl e num, er of Hay/ in tl e , iwing cyceesSo get tl e
•Bavance Fu, ject to Intere/ t Oate( / l o) n on tl i/ / tatement ) e tawe tl e , eginning , avance of
your account w/ / any unbaiHfinance cl arge/ eacl Hay2aHHany ne) aHvance/ or He, it/ 2anH
/ u, tract any bayment/ or creHt/ sSl i/ gi4e/ u/ tl e Haiwy , avancesSl en a HHawtl e Haiwy
, avance/ for tl e , iwing cycve anHH4iHe , y tl e num, er of Hay/ in tl e , iwing cycvesSl i/ gi4e u/
tl e •a4erage Haiwy , avance( / l o) n on tl e / tatement a/ •Bavance Fu, ject to Intere/ t Oate(s
Payment/ sPayment/ to your o4erHaft brotection voan account maHe tl rougl our tewer/ or
Hebo/ iteHat our automateHtewer macl ine/ HASR / ( RonHay tl rougl $riHay , efore tl e bo/ teH
cutoff time ) iw, e bo/ teHto your account on tl e Hate tl ey are accebteHsUtl er( ) i/ e2tl ey ) iw, e
bo/ teHon tl e ne\\t , u/ ine// HaysPayment/ maHe tl rougl our ASR / 4ia a funH/ tran/ fer) iw, e
bo/ teHon tl e Hate tl ey are recei4eHot on tl e ne\\t , u/ ine// Hay if maHe after hh \\bm MS Hbm RS
for Arizona account/ anHHbm PS for Mavifornia account/ ( RonHay tl rougl $riHay or anytime
FaturHay2FunHay or , anwl ovi\\Hay/ sBBWA , u/ ine// Hay/ are RonHay tl rougl $riHay2e\\cvuHing
l ovi\\Hay/ s

**In Case of Errors or Questions About Your Statement** KU4erHraft Protection Unw(
Lf you tl inwyour / tatement i/ ) rong2or if you neeHmore information a, out a tran/ action on your
/ tatement2) rite your i// ue on a / ebarate Hbcument anH enH it to BawvcarHMenter2PsUsBoV
001- 2Tecatur2ADl 5hEEd - - 1sSevebl one inQuire/ may , e maHe , y caving your vocavBBWA
, rancl w/ teHon tl e front of tl i/ / tatement to / beaw) itl a Mu/ tomer Fer4ice Oebre/ entati4es
Pvea/ e note: a tevebl one inQuiry ) i\\not bre/ er4e your rigl t/ unHerHerava) s .  e mu/ t l ear
from you no vater tl an / i\\ty Hb- ( Hay/ after ) e/ ent you tl e fir/ t / tatement on ) l icl tl e error or
bro, vem abbeareHs

- Sewu/ your name anHaccount num, er Kif any(s
- Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHe\\bvain a/ c\\earvy a/ you can
) l y you, evie4e it/ an error or ) l at you neeHmore informations
- Sewu/ tl e Hbwar amount of tl e / becteHerrors

x ou can / tob tl e automatic HeHuction of tl e R inimum Payment from your cl ecwing account if
you tl inwyour / tatement i/ ) rongsSo / tob tl e bayment2your vetter mu/ t reacl u/ tl ree K ( 
, u/ ine// Hay/ , efore tl e automatic HeHuction i/ / cl eHuveHto occurs

## Reporting Other Problems

Pvea/ e re4ie) your / tatement carefuwyslL) i/ e/ / entiavtl at any account error/ or any imbrober
tran/ action/ on your account , e reborteHto u/ a/ / oon a/ bo// i, ve bo/ / i, wesLf you faivto
notify u/ of any i// ue/ brombtwy2Hbm, er2error/ or unautl orizeHtran/ action/ ) itl in tl e time berioH/
/ becifieHin tl e Hebo/ it account agreement2) e are not va, ve to you for any vo// rea4eHto tl e
bro, vem2error or unautl orizeHtran/ actions

# EXHIBIT 157

Appx. 02599

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date  8/29/14          Page    1
                                        Primary Account
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    Checking Account/s

        Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number            ████      Statement Dates  8/01/14 thru  9/01/14
    Last Statement Balance  ████████    Days in the statement period      ████
        14 Deposits/Credits  ███████    Average Ledger            ████████
         4 Checks/Debits     ████       Average Collected         ████████
    Service Charge            ████       Interest Earned           ████████
    Interest Paid          ███████       Annual Percentage Yield Earned  ████
    This Statement Balance  ███████      2014 Interest Paid        ████

    -----------------------------------------------------------------------

    Deposits and Additions
    Date    Description                            Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                            each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/4

CONFIDENTIAL                                      D-NNL-029156

                                                    Appx. 02600

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  8/29/14          Page    2
                                    Primary Account        ███████
                                    Enclosures
```

```
        Analysis Checking w/ Interest      ████████    (Continued)

        Deposits and Additions
        Date      Description                      Amount
        ███████████████████████████████████████████████████████
        ████████████████████████████████          ██████████████
        ███████████████████████████████████████████████████████
        ██████████████████████████████████████    ██████████████
        ███████████████████████████████████████████████████████

        -----------------------------------------------------------

        Checks and Withdrawals
        Date      Description                      Amount
        ████████████████████████████████████████████████████████

         8/21     IB Transfer from D ****130 to    4,000,000.00-
                  D ****171
        ████████████████████████████████████████████████████████
        ██████████████████████████████████        ██████████████
        ████████████████████████████████████████████████████████
        █████████████████████████████████████████

        -----------------------------------------------------------

        Daily Balance Information
        Date         Balance       Date       Balance      Date       Balance
        ███████████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████████████████

        -----------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate
                        █████████████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029157

                                                                 **Appx. 02601**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                   Date  8/29/14        Page    3
                                   Primary Account    ████████
                                   Enclosures


        Analysis Checking w/ Interest      ██████    (Continued)

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                        D-NNL-029158

                                                   **Appx. 02602**

5/18/2021                                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029159

**Appx. 02603**

# EXHIBIT 158

Appx. 02604



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300

SiPC

| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 1 of 7 |
|---|---|---|---|

## MARKET INDICES

Index

HIGHLAND  CAPITAL  MANAGEMENT  LP
300  CRESCENT  COURT
SUITE  700
DALLAS  TX  75201-7849

## ACCOUNT VALUE SUMMARY

| Description | As of 09/30/14 | This Period |
|---|---|---|
| | | |
| **Subtotal** | | |
| Margin | | |
| **TOTAL** | | |

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |
|---|---|---|
| | | |
| **TOTAL  INCOME** | | |
| | | |
| **TOTAL  EXPENSES** | | |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY.  IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

D-NNL-029160
**Appx. 02605**

| Customer Account Number: ████ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 2 of 7 |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

CONFIDENTIAL

D-NNL-029161

Appx. 02606

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



| Customer Account Number: ████ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | | | PAGE 3 of 7 |

**BUY SELL TRANSACTIONS**

Credit ratings are subjective opinions and not statements of fact and should not be relied on as investment advice. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, legal fees, or losses (including lost income or profits and opportunity costs or losses caused by negligence) in connection with any use of credit ratings.

| Date | Transaction | Account Type | Quantity | Description | Price | Amount Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|-------|--------------|---------------|
| | | | | | | | |

**TOTAL BUY SELL TRANSACTIONS:** $65,203.60

**INCOME AND DISTRIBUTION ACTIVITY**

| Date | Transaction | Account Type | Quantity | Description | Rate | Amount Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|------|--------------|---------------|
| 10/1 | WIRE | MARGIN | | FUNDS WIRE<br>NEXBANK SSB<br>NEXPOINT ADVISORS LP<br>REF# B1Q8154C009052 | | $6,000,000.00 | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

CONFIDENTIAL

D-NNL-029162

**Appx. 02607**



CONFIDENTIAL





CONFIDENTIAL

D-NNL-029165

**Appx. 02610**

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 7 of 7 |
|---|---|---|---|---|

**Customer Notice**

## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "Commission") clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC as of May 31, 2014 by visiting our website at http://investor-relations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790 or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies' principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the Securities and Exchange Commission in New York.

Jefferies is subject to the Commission's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. Jefferies computes net capital under the alternative method of the rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions). Compliance with the Rule could limit operations of Jefferies, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by Jefferies. As of May 31, 2014, Jefferies' net capital was $1,090,453,000 which was 33% of aggregate debit balances and $1,016,424,000 in excess of required net capital.

*** END OF STATEMENT ***

CONFIDENTIAL

# EXHIBIT 159

Appx. 02612

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date 11/28/14              Page    1
                                    Primary Account       ████████
                                    Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


       NexBank's Privacy Policy is accessible at www.NexBank.com


    Checking Account/s

          Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number             ████████     Statement Dates  11/03/14 thru 11/30/14
    Last Statement Balance   ██████████     Days in the statement period      ████
        8 Deposits/Credits   ██████████     Average Ledger
        6 Checks/Debits      ██████████     Average Collected         ██████████
    Service Charge             ████████     Interest Earned
    Interest Paid            ███████████    Annual Percentage Yield Earned ████████
    This Statement Balance  ███████████     2014 Interest Paid

    ------------------------------------------------------------------------

    Deposits and Additions
    Date      Description                          Amount
    ████████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████
    ██████████████████████████████
    ██████████████████████████████
    ████████████████████████
    ███████████████████████████
    ██████████████████████████████
    ██████████████████
    ██████████████████████████████
    ████████████████████
```

MEMBER FDIC                   NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029167

                                                                         Appx. 02613

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date 11/28/14        Page    2
                                    Primary Account       ███████
                                    Enclosures


        Analysis Checking w/ Interest    ████████    (Continued)

        ----------------------------------------------------------

        Checks and Withdrawals
        Date    Description                          Amount
        11/14   IB Transfer from D ****130 to    2,500,000.00-
                D ****171
```



```
        ----------------------------------------------------------

        Daily Balance Information
        Date        Balance     Date      Balance     Date      Balance
```

```
        ----------------------------------------------------------

                    Interest Rate Summary
                    Date              Rate


        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029168

**Appx. 02614**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Subtract total of checks not paid | |

| Total of Checks not paid | |
|---|---|

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029169

**Appx. 02615**

# EXHIBIT 160

Appx. 02616



**Appx. 02617**



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

*@ Primary Account:
Page 4 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued



+⊕ Primary Account:
Page 5 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                          Withdrawals/
                                                                             Debits

+⊕ Primary Account:
Page 6 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                          Withdrawals/
                                                                             Debits

CONFIDENTIAL                                                            D-NNL-029154

**Appx. 02619**



| 1/29 | OUT WT E-ACCESS REF  20150129F2QCZ60C001505 BNF NexPoint Advisors | $3,100,000.00 |

| | | $10,000.00 |

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

1
*@ Primary Account:
Page 7 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 1/16 | 14386 | $2,304.00 | 1/26 | 14959* | $13.83 | 1/6 | 15110* | $40.00 |

* Indicates break in check sequence

# EXHIBIT 161

5/18/2021                                                NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**



```
                                        Date  7/31/15        Page    2
                                        Primary Account      ████████
                                        Enclosures
```

Analysis Checking w/ Interest        ████████   (Continued)

Checks and Withdrawals
```
Date      Description                               Amount
  7/22    IB Transfer from D ****130 to          1,250,000.00-
          D ****171
```



------------------------------------------------------------------------

Daily Balance Information
```
Date          Balance        Date          Balance        Date          Balance
```

------------------------------------------------------------------------

                    Interest Rate Summary
```
                  Date                    Rate
```

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                                D-NNL-029171

                                                                         Appx. 02622

5/18/2021                                              NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/15        Page    2
                                        Primary Account
                                        Enclosures          ███████
```

```
          Analysis Checking w/ Interest      ████████  (Continued)

          ----------------------------------------------------------------

          Checks and Withdrawals
          Date     Description                    Amount
          ████████████████████████████████████████████████

           8/18    IB Transfer from D ****130 to     1,500,000.00-
                   D ****171
```



```
          ----------------------------------------------------------------

          Daily Balance Information
          Date       Balance      Date      Balance      Date     Balance
```

```
          ----------------------------------------------------------------

                         Interest Rate Summary
                    Date              Rate
```

```
          End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-NNL-029172

                                                                     Appx. 02623

Page 5 of 7
Primary Account ████████
Beginning October 1, 2015 - Ending October 31, 2015          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



| 10/22 | | OUT WT E-ACCESS REF  20151022F2QCZ60C000688 | $200,000.00 |
| | | BNF NexPoint Advisors, | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date 11/30/15        Page    2
                                    Primary Account
                                    Enclosures           ████████


        Analysis Checking w/ Interest     ████████    (Continued)

        -------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                          Amount

        ██████████████████████████████████████████████████████

        11/23     IB Transfer from D ****130 to        325,000.00-
                  D ****171

        ██████████████████████████████████████████████████████



        -------------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date       Balance     Date      Balance
        ██████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████████

        -------------------------------------------------------------------

                        Interest Rate Summary
                     Date           Rate
                     ████████████████████████

        End of Statement
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029174

**Appx. 02625**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date 12/31/15        Page    2
                                    Primary Account
                                    Enclosures          ███████
```

Analysis Checking w/ Interest       ███████    (Continued)

Deposits and Additions
Date      Description                        Amount
████████████████████████████████████████████████████

--------------------------------------------------------------------

Checks and Withdrawals
Date      Description                        Amount
12/02     IB Transfer from D ****130 to      500,000.00-
          D ****171



--------------------------------------------------------------------

Daily Balance Information
Date          Balance       Date      Balance       Date      Balance
████████████████████████████████████████████████████████████████████

---

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029175
                                                                         Appx. 02626

Page 6 of 9
Primary Account: ███████
Beginning December 1, 2015 - Ending December 31, 2015          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 12/22 | | OUT WT E-ACCESS REF 20151222F2QCZ60C003170 BNF NexPoint Advisors, | $150,000.00 |



Page 7 of 11
Primary Account:
Beginning January 1, 2016 – Ending January 31, 2016                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



| 1/15 | | OUT WT E-ACCESS REF  20160115F2QCZ60C001287 BNF NexPoint Advisors, | $325,000.00 |

D-NNL-029177

**Appx. 02628**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   2/29/16        Page     2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest ▮▮▮▮ (Continued)

Deposits and Additions
```
Date      Description                        Amount
```


--------------------------------------------------------------------------------

Checks and Withdrawals
```
Date      Description                        Amount
```


```
2/18      IB Transfer from D ****130 to      600,000.00-
          D ****171
```

---

MEMBER FDIC          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029178

Appx. 02629

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                               Date   3/31/16      Page    2
                                               Primary Account
                                               Enclosures          ███████
```

Analysis Checking w/ Interest      ████████    (Continued)

Deposits and Additions
Date      Description                              Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

```
   3/15    IB Transfer from D ****130 to           325,000.00-
           D ****171
   3/29    IB Transfer from D ****130 to           425,000.00-
           D ****171
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029179
                                                               Appx. 02630

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




Date  4/29/16                    Page    2
Primary Account
Enclosures

Analysis Checking w/ Interest                    (Continued)

Deposits and Additions
Date      Description                              Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

    4/22      IB Transfer from D ****130 to        475,000.00-
              D ****171

--------------------------------------------------------------------------------

Daily Balance Information
Date          Balance          Date          Balance          Date          Balance

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029180

Appx. 02631

5/18/2021                         NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**



```
                                        Date  5/31/16           Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest           (Continued)

Deposits and Additions
```
Date      Description                            Amount
```

--------------------------------------------------------------------

Checks and Withdrawals
```
Date      Description                            Amount
```

```
   5/25     IB Transfer from D ****130 to          425,000.00-
            D ****171
```

--------------------------------------------------------------------

Daily Balance Information
```
Date        Balance        Date      Balance      Date      Balance
```

--------------------------------------------------------------------

```
                     Interest Rate Summary
                 Date            Rate
```

End of Statement

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
     Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
     each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029181

**Appx. 02632**

5/18/2021                                      NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**



```
                                    Date   6/30/16        Page    2
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest          ████████   (Continued)

Deposits and Additions
Date      Description                              Amount



Checks and Withdrawals
Date      Description                              Amount

6/15      IB Transfer from D ****130 to          675,000.00-
          D ****171

--------------------------------------------------------------------------------

Daily Balance Information
Date          Balance       Date       Balance       Date       Balance

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                           D-NNL-029182
                                                       Appx. 02633

5/18/2021                                       NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  7/29/16      Page    2
                                    Primary Account
                                    Enclosures
```

```
        Analysis Checking w/ Interest    ███████   (Continued)

        Deposits and Additions
        Date      Description                        Amount
```



```
        --------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                        Amount
```



```
        7/18      IB Transfer from D ****130 to      100,000.00-
                  D ****171
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

CONFIDENTIAL                                                D-NNL-029183
                                                           Appx. 02634

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 11/30/16        Page    2
                                        Primary Account
                                        Enclosures          ██████████


          Analysis Checking w/ Interest     ██████████  (Continued)

          --------------------------------------------------------------------------------

          Checks and Withdrawals
          Date      Description                         Amount
          11/21     IB Transfer from D ****130 to       500,000.00-
                    D ****171

          --------------------------------------------------------------------------------

          Daily Balance Information
          Date       Balance       Date        Balance       Date       Balance
```



```
                        Interest Rate Summary
                     Date            Rate
```

```
          End of Statement
```

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029184

**Appx. 02635**

Page 8 of 13
Primary Account ████████
Beginning May 1, 2017 - Ending May 31, 2017          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| 5/11 | | OUT WT E-ACCESS CSTREP REF<br>20170511F2QCZ60C002038 BNF NexPoint Advisors | $4,200,000.00 |

CONFIDENTIAL

D-NNL-029185

**Appx. 02636**

# EXHIBIT 162

**PACHULSKI STANG ZIEHL & JONES LLP**

146276

| | RHL | | ROBERT HALF LEGAL | | 6/15/2021 | |
|---|---|---|---|---|---|---|
| 0122935C | 6/15/2021 | CLIENT COSTS - 36027.002 | 500-04 | | | 187.50 |
| 0123564C | 6/15/2021 | CLIENT COSTS - 30627.002 | 500-04 | | | 1,762.50 |

**Check Amount:** $1,950.00

SUPERIOR PRESS (888) 590-7998 J84219631

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/06/2021 |
| Invoice Number: | 0122935C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 04/30/2021 | Morris,John A | Sr. Attorney | 2.50 | HRS | REG | $ | 75.00 | $ 187.50 |
| | Subtotal: | | | | 2.50 | HRS | | | | $ 187.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | | $ 187.50 |
| TOTAL AMOUNT DUE: | | $ 187.50 |

ACC PAC ADVISED

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/20/2021 |
| Invoice Number: | 0123564C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 05/07/2021 | Morris,John A | Sr. Attorney | 8.75 | HRS | REG | $ 75.00 | $ | 656.25 |
| 2 | Crane,Geoffrey J | 05/14/2021 | Morris,John A | Sr. Attorney | 14.75 | HRS | REG | $ 75.00 | $ | 1,106.25 |
| | Subtotal: | | | | 23.50 | HRS | | | $ | 1,762.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,762.50 |
| **TOTAL AMOUNT DUE:** | $ | 1,762.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please return stub with your payment.

D-CNL003823

**Appx. 02640**

# EXHIBIT 163

Appx. 02641

**PACHULSKI STANG ZIEHL & JONES LLP**

146345

| RHL | | ROBERT HALF LEGAL | | 6/24/2021 |
| 0126707C | 6/24/2021 | CLIENT COSTS - 36027.002 | 500-04 | 937.50 |

Check Amount:        $937.50

SUPERIOR PRESS  (888) 590-7998  JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 06/17/2021 |
| Invoice Number: | 0126707C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/11/2021 | Morris,John A | Sr. Attorney | 12.50 | HRS REG | $ | 75.00 | $ | 937.50 |
| | Subtotal: | | | | 12.50 | HRS | | | $ | 937.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 937.50 |
| **TOTAL AMOUNT DUE:** | $ | 937.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0126707C | $ 937.50 |

0000000244509201226707C000937503

HIGHLY CONFIDENTIAL

# EXHIBIT 164

Appx. 02644

**PACHULSKI STANG ZIEHL & JONES LLP**

146534

| | RHL | | ROBERT HALF LEGAL | | 7/13/2021 | |
|---|---|---|---|---|---|---|
| 0127289C | | 7/13/2021 | CLIENT COSTS - 36027.002 | 500-02 | | 6,000.00 |

Check Amount: $6,000.00

SUPERIOR PRESS (888) 590-7998 JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/01/2021 |
| Invoice Number: | 0127289C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/18/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 06/25/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

ACC PAC ADVISED

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 6,000.00 |
| **TOTAL AMOUNT DUE:** | $ | 6,000.00 |

We provide you timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 165

Appx. 02647

**PACHULSKI STANG ZIEHL & JONES LLP**

146596

| | RHL | | ROBERT HALF LEGAL | | | 7/20/2021 | |
|---|---|---|---|---|---|---|---|
| 0128616C | | 7/20/2021 | CLIENT COSTS - 36027.002 | | 500-04 | | 5,062.50 |

**Check Amount:** $5,062.50

SUPERIOR PRESS  (888) 590-7998  JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**

Page: 1
Invoice Date: 07/15/2021
Invoice Number: 0128616C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 07/02/2021 | Morris,John A | Sr. Attorney | 27.50 | HRS REG | $ | 75.00 | $ | 2,062.50 |
| 2 | Crane,Geoffrey J | 07/09/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 67.50 | HRS | | | $ | 5,062.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| **Invoice Subtotal:** | $ | 5,062.50 |
| **TOTAL AMOUNT DUE:** | $ | 5,062.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 166

**Appx. 02650**

**PACHULSKI STANG ZIEHL & JONES LLP**

146925

| RHL | | ROBERT HALF LEGAL | | 8/25/2021 |
| 0132912C | 8/25/2021 | CLIENT COSTS - 36027.003 | 500-04 | 3,243.75 |

Check Amount: $3,243.75

SUPERIOR PRESS (888) 590-7998 JB4219631

 **Robert Half**

Page: 1
Invoice Date: 08/19/2021
Invoice Number: 0132912C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|------|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 08/06/2021 | Morris,John A | Sr. Attorney | 37.50 | HRS | REG | $ | 75.00 | $ 2,812.50 |
| 2 | Crane,Geoffrey J | 08/13/2021 | Morris,John A | Sr. Attorney | 5.75 | HRS | REG | $ | 75.00 | $ 431.25 |
| | Subtotal: | | | | 43.25 | HRS | | | | $ 3,243.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | |
|---|---|
| Invoice Subtotal: | $ 3,243.75 |
| **TOTAL AMOUNT DUE:** | $ 3,243.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

D-CNL003831
Appx. 02652

# EXHIBIT 167

Appx. 02653

**PACHULSKI STANG ZIEHL & JONES LLP**

147165

RHL                              ROBERT HALF LEGAL                                9/22/2021

0136354C              9/22/2021              CLIENT COSTS - 36027.003              500-03              3,693.75

Check Amount:              $3,693.75

SUPERIOR PRESS  (888) 590-7998  J84219631

 Robert Half®

| Page: | 1 |
|---|---|
| Invoice Date: | 09/16/2021 |
| Invoice Number: | 0136354C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/03/2021 | Morris,John A | Sr. Attorney | 32.50 | HRS REG | $ | 75.00 | $ | 2,437.50 |
| 2 | Crane,Geoffrey J | 09/10/2021 | Morris,John A | Sr. Attorney | 16.75 | HRS REG | $ | 75.00 | $ | 1,256.25 |
| | Subtotal: | | | | 49.25 | HRS | | | $ | 3,693.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| **Invoice Subtotal:** | $ | 3,693.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,693.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

D-CNL003833
Appx. 02655

# EXHIBIT 168

Appx. 02656

**PACHULSKI STANG ZIEHL & JONES LLP**

147320

| | RHL | | ROBERT HALF LEGAL | | 10/8/2021 | |
|---|---|---|---|---|---|---|
| O134543C | | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 5,737.50 |
| O138413C | | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 6,000.00 |

**Check Amount:**       $11,737.50

SUPERIOR PRESS  (888) 590-7998  J84219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/02/2021 |
| Invoice Number: | 0134543C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
 John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 08/20/2021 | Morris,John A | Sr. Attorney | 36.50 | HRS REG | $ | 75.00 | $ | 2,737.50 |
| 2 | Crane,Geoffrey J | 08/27/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 76.50 | HRS | | | $ | 5,737.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 5,737.50 |
| **TOTAL AMOUNT DUE:** | | $ | 5,737.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0134543C | $   5,737.50 |

0000000244509201345430C005737504

D-CNL003835
Appx. 02658

 **Robert Half**®

| Page: | 1 |
|---|---|
| Invoice Date: | 09/30/2021 |
| Invoice Number: | 0138413C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/17/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 09/24/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 6,000.00 |
| **TOTAL AMOUNT DUE:** | | **$** | **6,000.00** |

We provide you timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0138413C | $ 6,000.00 |

000000024450920138413C006000009

# EXHIBIT 169

Appx. 02660

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

December 31, 2020
Invoice     126769
Client      36027
Matter      00002
            **JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2020



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    21
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | BL | | | | |
| 12/05/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 2.20 | 895.00 | $1,969.00 |

D-CNL000980

Appx. 02662

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    22
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/07/2020 | IDK | BL | E-mails with G Glazer on status of Stern issues re demand note litigation vs Dondero related entities. | 0.10 | 1145.00 | $114.50 |

D-CNL000981

Appx. 02663

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | |  | | | |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 5.50 | 895.00 | $4,922.50 |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 4.30 | 895.00 | $3,848.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    26

Invoice 126769

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 1.20 | 895.00 | $1,074.00 |
| 12/08/2020 | GIG | BL | Prepare memo re jurisdiction issue | 6.90 | 895.00 | $6,175.50 |
| 12/08/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |
| ████ | ██ | ██ | ████████████ | ██ | ██ | ████ |
| ████ | ██ | ██ | ███████████████ | ██ | ██ | ████ |
| ████ | ██ | ██ | ████████████ | ██ | ██ | ████ |
| ████ | ██ | ██ | █████████████ | ██ | ██ | ████ |
| ████ | ██ | ██ | ██████████ | ██ | ██ | ████ |
| 12/09/2020 | IDK | BL | ████████████ Attend conference call with J. Pomerantz, others, on ████, demand note upcoming litigation, ████ | 1.30 | 1145.00 | $1,488.50 |
| ████ | ██ | ██ | ████████████ | ██ | ██ | ████ |
| ████ | ██ | ██ | ████████████ | ██ | ██ | ████ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    31
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| | | | | | | |
|---|---|---|---|---|---|---|
| 12/10/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    33
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/11/2020 | GIG | BL | Emails with Gregory V. Demo re jurisdiction question, review memo re same | 0.20 | 895.00 | $179.00 |
| 12/11/2020 | GVD | BL | Review research re bankruptcy jurisdiction | 0.30 | 825.00 | $247.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    40
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2020 | BEL | BL | Telephone conference with John A. Morris regarding complaint regarding demand notes. | 0.20 | 825.00 | $165.00 |
| 12/15/2020 | BEL | BL | Review demand notes. | 0.50 | 825.00 | $412.50 |
| 12/15/2020 | JAM | BL | | 9.20 | 1075.00 | $9,890.00 |

telephone conference with B. Levine re: collection
actions on demand notes (0.1);

D-CNL000986

Appx. 02668

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    43
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2020 | BEL | BL | Review notes and draft complaint. | 3.70 | 825.00 | $3,052.50 |

D-CNL000987

Appx. 02669

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 46
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | ■■■ ); review/revise complaint against Dondero for breach of demand notes (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, B. Levine re: complaint against Dondero (0.1). | | | |
| 12/20/2020 | HRW | BL | Draft HarbourVest 9019 motion (9.9). | 9.90 | 625.00 | $6,187.50 |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| 12/21/2020 | JNP | BL | Review draft complaint against Dondero for demand notes. | 0.10 | 1075.00 | $107.50 |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |
| 12/21/2020 | JAM | BL | Telephone conference with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: ■■■ , demand notes, ■■■ ); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: complaint against Dondero (demand notes) (0.1). | ■ | 1075.00 | ■ |
| ■■ | ■■ | ■ | ■■■ | ■ | ■ | ■ |
| ■■ | ■ | ■ | ■■■ | ■ | ■ | ■ |

D-CNL000988

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 54

Invoice 126769

December 31, 2020



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/27/2020 | GVD | BL | Review and revise complaint re demand notes | 0.50 | 825.00 | $412.50 |

D-CNL000989

# EXHIBIT 170

Appx. 02672

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

January 31, 2021
Invoice    127125
Client     36027
Matter     00002
**JNP**

RE:   Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2021**



D-CNL000995

**Appx. 02673**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   24
Invoice 127125
January 31, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/2021 | JAM | BL | 12.10 | 1245.00 | $15,064.50 |

e-mail to M. Clemente, P. Montgomery, J. Pomerantz, G. Demo re: complaint against defaulting demand note parties (0.2);

D-CNL000996

Appx. 02674

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    26
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/09/2021    IDK    BL    Attend conference call with internal team on , prosecution of demand notes,

D-CNL000997

Appx. 02675

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2021 | IDK | BL | E-mails with K Brown re overseeing demand note complaints and related litigation (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL000998

Appx. 02676

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    28
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2021 | IDK | BL | Telephone conference and e-mails with K Brown re prosecuting demand notes vs Dondero (.2). | 0.20 | 1325.00 | $265.00 |
| 01/11/2021 | IDK | BL | E-mails with B Levine re demand notes and need to commence actions and prior draft of complaint (.2); E-mails with local counsel re same re writs of attachment for same (.3). | 0.50 | 1325.00 | $662.50 |

D-CNL000999

Appx. 02677

Pachulski Stang Ziehl & Jones LLP

Page:    30

Highland Capital Management LP

Invoice 127125

36027    - 00002

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 01/12/2021 | IDK | BL | E-mails with K Brown, H Winograd re getting complaints filed on demand notes and logistics (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL001000

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     31
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2021 | KHB | BL | Emails with I. Kharasch and Hayley R. Winograd re complaints on promissory notes and writs of attachment. | 0.20 | 1225.00 | $245.00 |
| 01/12/2021 | GVD | BL | Correspondence with PSZJ litigation team re demand letters | 0.20 | 950.00 | $190.00 |
| 01/12/2021 | HRW | BL | | 8.60 | 695.00 | $5,977.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    32
Invoice 127125
January 31, 2021

|  | Hours | Rate | Amount |
|---|---|---|---|



Review Dondero demand note complaint (0.2); Review demand letters (0.3);

| 01/13/2021 | IDK | BL | E-mails with K Brown, others re legal issues, including Stern, turnover, on draft complaint vs Dondero entities on notes, and prior memo on Stern vs Marshall (.4). | 0.40 | 1325.00 | $530.00 |

D-CNL001002

Appx. 02680

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:   33

Invoice 127125

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 01/13/2021 | KHB | BL | Review complaint and demand letters re promissory notes (.4); consider jurisdictional and Stern issues and emails to Hayley Winpograd (HG) and Greg Demo (GD) re same (.4); review authorities re jurisdictional and Stern issues (.5); conference call with HG and GD re complaints on promissory notes and applications for writs of attachment (.6); | 6.10 | 1225.00 | $7,472.50 |

D-CNL001003

Appx. 02681

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    34
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | BEL | BL | Emails regarding draft Dondero complaint. | 0.20 | 950.00 | $190.00 |

D-CNL001004

Appx. 02682

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 35
Invoice 127125
January 31, 2021



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | GVD | BL | Conference with K. Brown and H. Winograd re demand note issues | 0.80 | 950.00 | $760.00 |
| 01/13/2021 | HRW | BL | Call with G. Demo and K. Brown re: demand note complaints (0.6); Call with G. Demo re: demand note complaints (0.1); Review Demand Notes and related documents (0.8) Draft Demand Note Complaints against Dondero and related entities (4.5). | 9.00 | 695.00 | $6,255.00 |
| 01/14/2021 | IDK | BL | E-mails with H Winograd and J Morris re next steps on complaints on demand notes (.1). | 0.10 | 1325.00 | $132.50 |
| 01/14/2021 | JNP | BL | Review email regarding suits against noteholders and next steps. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    36
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | ▮ | ▮ | ▮ |
| | | | | ▮ | ▮ | ▮ |
| | | | | ▮ | ▮ | ▮ |
| 01/14/2021 | KHB | BL | | ▮ | ▮ | ▮ |

call with Greg Demo (GD), J. Morris (JM) and Hayley Winograd ("HG") re litigation strategy on promissory notes (.4); confer with HG re form of complaints (.2); review and revise complaint (1.6); emails with HG re revisions to complaints (.5).

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | ▮ | ▮ | ▮ |
| | | | | ▮ | ▮ | ▮ |
| | | | | ▮ | ▮ | ▮ |
| 01/14/2021 | JAM | BL | | 9.70 | 1245.00 | $12,076.50 |

telephone conference with G. Demo re: complaints against makers of notes (0.2);

telephone conference with K. Brown, H. Winograd, G. Demo (partial participation) re: complaints against makers of notes

D-CNL001006

**Appx. 02684**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    37
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | (0.5); ██████████████ | | | |
| ███ | ██ | █ | ███████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ████████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████████ | ██ | ██ | ██ |
| 01/14/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (5.5); █████ ; PSZJ call re: Demand Note Complaints and litigation strategy (0.5); Review Demand Notes and related documents (1.0); Call with K. Brown re: Demand Note Complaints (0.1); █████ | 9.60 | 695.00 | $6,672.00 |
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |
| ███ | ██ | █ | █████████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ████████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ███████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████████ | ██ | ██ | ██ |



D-CNL001007

Appx. 02685

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 38
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | KHB | BL | ▓▓▓▓ Work on complaints on promissory notes (4.4). emails with G. Demo re payment on NPA note (.2); review draft letter to NPA re same (.2); email from J. Pomerantz re writs of attachment (.1); email from I. Kharasch re same (.1); emails with H. Winograd and G. Demo re complaints (.2). | 5.20 | 1225.00 | $6,370.00 |
| ▓▓ | ▓ | ▓ | ▓▓▓▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓ | ▓ | ▓▓▓▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓ | ▓ | ▓▓▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓ | ▓ | ▓▓▓▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓ | ▓ | ▓▓▓▓ | ▓ | ▓ | ▓ |
| 01/15/2021 | JAM | ▓ | ▓▓▓▓▓▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓ | ▓ | ▓▓▓▓▓ | ▓ | ▓ | ▓ |
| 01/15/2021 | GVD | BL | Review and revise demand note complaint | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    39
Invoice 127125
January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (7.5). | 8.20 | 695.00 | $5,699.00 |
| 01/16/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (4.8). | 4.80 | 695.00 | $3,336.00 |

D-CNL001009

Appx. 02687

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    40
Invoice 127125
January 31, 2021



|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/17/2021   HRW   BL          Draft complaints against Dondero
and related entities re: demand notes (4.5).

01/18/2021   JNP   BL   Conference with Sidley, John A. Morris, Ira D.
Kharasch and Gregory V. Demo regarding litigation
matters including notes,

D-CNL001010

**Appx. 02688**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 41
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| 01/18/2021 | KHB | BL | review comments to complaints on promissory notes by J. Morris and email to J. Morris and H. Winograd re same (.2); work on complaints (.7); call with Committee counsel, J. Morris and J. Pomerantz re litigation strategy (.7). | ▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| 01/18/2021 | JAM | BL | review/revise draft Complaint against Dondero for recovery under demand notes (0.9); e-mail to K. Brown, H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Complaint against Dondero for recovery under demand notes (0.2); e-mails to Sidley, J. Pomerantz, G. Demo, H. Winograd re: complaints for recovery under demand notes (0.3); | 8.00 | ▮▮ | ▮▮ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 42
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (7.5); Call with Committee re: litigation strategy (0.8). | 8.30 | 695.00 | $5,768.50 |

D-CNL001012

Appx. 02690

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 43
Invoice 127125
January 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    45
Invoice 127125
January 31, 2021



|  | Hours | Rate | Amount |
|---|---|---|---|

01/22/2021    KHB    BL    Emails  with H. Winograd and J. Morris re
complaints on promissory notes.    0.20    1225.00    $245.00

01/22/2021    JAM    BL

review complaints
concerning demand notes and send e-mail to Z.
Annable, J. Pomerantz, I. Kharasch, G. Demo, H.
Winograd concerning the same (0.2);

D-CNL001014

Appx. 02692

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

| | Hours | Rate | Amount |
|---|---|---|---|



e-mail to Z. Annable re: note complaints and cover sheets (0.1); telephone conference with J. Seery re: note complaints (0.1);

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ████ | ███ | ██ | ██████████████████████ | ██ | ███ | ███ |
| | | | | ██ | ███ | ████ |
| 01/28/2021 | JMF | BL | Review complaints and background re notes receivables re HCMS, HCRE, and HCMFA. | 1.10 | 1050.00 | $1,155.00 |

# EXHIBIT 171

Appx. 02695

**Pachulski Stang Ziehl & Jones LLP**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

February 28, 2021

Invoice    127314
Client     36027
Matter     00002
           **JNP**

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2021**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    23
Invoice 127314
February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 02/02/2021 | HRW | BL | Draft letters to HCRE and HCMS re: partial payments and | 1.90 | 695.00 | $1,320.50 |

D-CNL000991

Appx. 02697

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

|  | Hours | Rate | Amount |
|---|---|---|---|

demand letters (1.3).

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2021 | IDK | BL | E-mails with G Demo re correspondence with Gov Re reps on counsel, as well as with CEO on demand notes (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL000993
Appx. 02699

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    27
Invoice 127314
February 28, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2021 | HRW | BL | Draft follow-up to demand letters for HCRE and HCSM | 0.20 | 695.00 | $139.00 |
|  |  | BL |  | 4.30 | 1245.00 | $5,353.50 |

# EXHIBIT 172

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

March 31, 2021
Invoice    127522
Client     36027
Matter     00002
**JNP**

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2021



D-CNL001080

**Appx. 02702**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 13

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2021 | GVD | BL | Draft checklist of open litigation items | 0.50 | 950.00 | $475.00 |
| 03/02/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement | 0.40 | 950.00 | $380.00 |
| 03/02/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings involving HCMFA and NPA (1.2); PSZJ WIP call (0.8); Review adversary proceedings and critical dates (0.6); Review NPA and HCMFA answer to complaints (0.4); Review Advisors motion to stay pending appeal (0.6). | 3.60 | 695.00 | $2,502.00 |
| 03/03/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein, G Demo on UBS latest markup and problems with same (1.4). | 1.40 | 1325.00 | $1,855.00 |
| 03/03/2021 | IDK | BL | Review of correspondence from UBS re its new markup of settlement, and brief review (.2); E-mails with J Pomerantz, R Feinstein re problems with same, as well as J Pomerantz list of issues on same and need for call (.2). | 0.40 | 1325.00 | $530.00 |
| 03/03/2021 | JNP | BL | Emails with Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding call to discuss UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Email to Board with latest UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Review and comment on latest UBS settlement agreement. | 0.30 | 1295.00 | $388.50 |
| 03/03/2021 | JNP | BL | Review emails regarding SOHC and authority issues. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Lengthy call with Ira D. Kharasch, Robert J. Feinstein and Gregory V. Demo regarding UBS settlement agreement. | 1.40 | 1295.00 | $1,813.00 |
| 03/03/2021 | JNP | BL | Review and respond to email regarding outstanding notes litigation. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Conference with J. Seery regarding UBS, Plan issues and related. | 0.50 | 1295.00 | $647.50 |
| 03/03/2021 | JNP | BL | Review Dondero response to Committee preservation motion. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | RJF | BL | Review UBS markup of settlement agreement. | 0.60 | 1395.00 | $837.00 |
| 03/03/2021 | RJF | BL | Internal call regarding UBS agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/03/2021 | JAM | BL | Analysis of Hunter Mountain claim and related notes litigation and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.8); draft amended deposition notices for HCRE litigation (0.2); e-mails with Z. Annable, H. | 1.80 | 1245.00 | $2,241.00 |

D-CNL001081

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

<div style="text-align:right">

Page:    14

Invoice 127522

March 31, 2021

</div>

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Winograd re: amended deposition notices for HCRE litigation (0.1);e-mails with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain claim, Rand guaranty, and default under the notes (0.2); telephone conference with J. Seery re: litigation update (0.5). | | | |
| 03/03/2021 | EAW | BL | Draft discovery requests (RCT) and related email to R. Feinstein. | 5.50 | 925.00 | $5,087.50 |
| 03/03/2021 | EAW | BL | Emails to/from G. Demo re: UBS judgment against Funds. | 0.10 | 925.00 | $92.50 |
| 03/03/2021 | GVD | BL | Correspondence with Z. Annable re scheduling order | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement agreement and next steps | 1.40 | 950.00 | $1,330.00 |
| 03/03/2021 | GVD | BL | Review revised UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/03/2021 | GVD | BL | Schedule board call re UBS settlement | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (0.8); | 0.80 | 695.00 | $556.00 |
| 03/04/2021 | IDK | BL | Review briefly G Demo markup of UBS settlement agreement, including feedback of J Pomerantz re same | 0.40 | 1325.00 | $530.00 |
| 03/04/2021 | IDK | BL | Attend part of call with CEO, J Dubel, J Pomerantz, others on how to respond to UBS markup and our proposed counter markup (1.0); E-mails with J Pomerantz, others re his draft response to UBS on our settlement issues (.2). | 1.20 | 1325.00 | $1,590.00 |
| 03/04/2021 | IDK | BL | E-mails with G Demo re Gov Re payment re Sentinel and consider (.2). | 0.20 | 1325.00 | $265.00 |
| 03/04/2021 | JNP | BL | Review and comment on redline of UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/04/2021 | JNP | BL | Conference with J. Seery, J. Dubel, Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding UBS settlement agreement. | 1.60 | 1295.00 | $2,072.00 |
| 03/04/2021 | JNP | BL | Draft email to Latham regarding issues on settlement agreement. | 0.60 | 1295.00 | $777.00 |
| 03/04/2021 | RJF | BL | Review revised settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/04/2021 | RJF | BL | Internal call regarding revised settlement agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/04/2021 | RJF | BL | Call BOD regarding revised settlement agreement. | 0.50 | 1395.00 | $697.50 |
| 03/04/2021 | JAM | BL | Review/revise model scheduling order for notes litigation (0.3); e-mails with H. Winograd re: model scheduling order for notes litigation (0.1); e-mail to. L. Hogewood, D. Rukavina re: proposed scheduling | 0.60 | 1245.00 | $747.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:    15

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | orders for HCMFA and Nexpoint notes litigation (0.2). | | | |
| 03/04/2021 | EAW | BL | Draft 2004 motion (RCT). | 4.30 | 925.00 | $3,977.50 |
| 03/04/2021 | GVD | BL | Conference with J. Morris re subpoena and follow up re same | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Revise UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/04/2021 | GVD | BL | Further revise UBS settlement agreement re changes from J. Pomerantz and R. Feinstein | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Attend conference with J. Seery and J. Dubel re UBS settlement | 1.60 | 950.00 | $1,520.00 |
| 03/04/2021 | GVD | BL | Review draft email to UBS re settlement | 0.10 | 950.00 | $95.00 |
| 03/04/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (1.8); | 1.80 | 695.00 | $1,251.00 |
| 03/05/2021 | JNP | BL | Conference with John A. Morris regarding subpoena and response. | 0.20 | 1295.00 | $259.00 |
| 03/05/2021 | JMF | BL | Review opposition to motion to dismiss (.3) and scheduling stipulation and order re upcoming hearing (.1). | 0.40 | 1050.00 | $420.00 |
| 03/05/2021 | JAM | BL | Review United Development subpoena (0.2); telephone conference with T. Surgent re: United Development subpoena (0.4); telephone conference with J. Pomerantz re: United Development subpoena (0.2); e-mail to N. Stephens, J. Pomerantz re: United Development subpoena (0.2); analysis and preparation of cross-examination for Dondero in connection with contempt hearing (2.3); e-mail to L. Drawhorn, H. Winograd re: proposed scheduling orders for HCRE and HCMS notes litigation (0.2); e-mail to D. Rukavina re: proposed scheduling orders for Nexpoint and HCMFA notes litigation (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 03/05/2021 | EAW | BL | Research and draft 2004 motion (RCT). | 5.60 | 925.00 | $5,180.00 |
| 03/07/2021 | JAM | BL | Review/revise proposed scheduling orders for HCMFA and NexPoint notes litigation (0.4); e-mail to D. Rukavina, L. Hogewood, H. Winograd re: revised proposed scheduling orders for HCMFA and NexPoint notes litigation (0.2); review Hunter Mountain note, Rand guaranty, and draft default letters (0.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain default under Note (0.3); work on cross-examination for J. Dondero for contempt hearing (2.1). | 3.70 | 1245.00 | $4,606.50 |
| 03/07/2021 | GVD | BL | Correspondence with J. Morris re term note defaults | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 16

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2021 | IDK | BL | Review of Reid Collins reply to UBS opposition to its withdrawal motion. | 0.10 | 1325.00 | $132.50 |
| 03/08/2021 | IDK | BL | Review briefly Dondero petition for writ of mandamus, and related E-mails with J Pomerantz, H Winograd re same. | 0.30 | 1325.00 | $397.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris and lawyers regarding third party subpoena. | 0.30 | 1295.00 | $388.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris regarding promissory note litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Reid Collins reply regarding motion to withdraw. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Writ of Mandamus regarding Dondero preliminary injunction and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/08/2021 | RJF | BL | Review Reid Collins reply on motion to withdraw. | 0.20 | 1395.00 | $279.00 |
| 03/08/2021 | JMF | BL | Review scheduling orders re adversary motions and opposition to preservation of documents re 3/22 hearing. | 0.40 | 1050.00 | $420.00 |
| 03/08/2021 | JAM | BL | Telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails with D. Rukavina, H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA notes litigation (0.2); telephone conference with P. Keiffer re: Hunter Mountain adversary proceeding (0.1); telephone conference with D. Klos, G. Demo re: HCRE deal structure concerning litigation (0.7); telephone conference with G. Demo re: HCRE deal structure concerning litigation (0.1); telephone conference with J. Pomerantz, counsel to United re: subpoena (0.3); communications with J. Seery, J. Pomerantz, J. Bonds re: Dondero request for extension of time to respond to notes litigation (0.2); communications with J. Seery, J. Kathman re: status of Daugherty settlement documents (0.1). | 1.80 | 1245.00 | $2,241.00 |
| 03/08/2021 | EAW | BL | Draft 2004 motion (RCT). | 2.10 | 925.00 | $1,942.50 |
| 03/08/2021 | GVD | BL | Review filed response of Reid Collins to withdrawal motion | 0.20 | 950.00 | $190.00 |
| 03/08/2021 | HRW | BL | Review and draft joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (1.5); Research issues relating to Dondero petition for writ of mandamus (0.6); Review adversary proceeding and appeals critical deadlines and dates (1.0). | 2.10 | 695.00 | $1,459.50 |
| 03/09/2021 | JNP | BL | Conference with J. Dubel regarding call with | 0.10 | 1295.00 | $129.50 |

D-CNL001084

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    17

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Latham. | | | |
| 03/09/2021 | JNP | BL | Conference with DSI, Gregory V. Demo, Robert J. Feinstein and J. Seery in preparation for call with Latham. | 0.50 | 1295.00 | $647.50 |
| 03/09/2021 | JNP | BL | Participate on call with Latham, J. Seery, J. Dubel and Robert J. Feinstein regarding settlement and related issues. | 1.80 | 1295.00 | $2,331.00 |
| 03/09/2021 | JNP | BL | Review proposed request for production. | 0.10 | 1295.00 | $129.50 |
| 03/09/2021 | RJF | BL | Internal calls regarding UBS settlement. | 0.60 | 1395.00 | $837.00 |
| 03/09/2021 | RJF | BL | Call with UBS counsel regarding settlement. | 1.90 | 1395.00 | $2,650.50 |
| 03/09/2021 | JAM | BL | Review exhibit lists for Dondero contempt hearing and send e-mail to L. Canty re: specific exhibit for review (0.5); e-mails with H. Winograd, Z. Annable re: scheduling orders for the HCRE and HCMS adversary proceedings (0.2); e-mails with H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA adversary proceedings (0.1); review Dondero motion for Writ of Mandamus (0.7); e-mails with H. Winograd, Z. Annable re: issues concerning opposition brief to Dondero motion for Writ of Mandamus (0.4). | 4.80 | 1245.00 | $5,976.00 |
| 03/09/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.60 | 925.00 | $1,480.00 |
| 03/09/2021 | EAW | BL | Review exhibits to letter and potential exhhibits to 2004 motion | 1.20 | 925.00 | $1,110.00 |
| 03/09/2021 | LSC | BL | Preparation of materials for upcoming hearings for J. Morris. | 3.20 | 460.00 | $1,472.00 |
| 03/09/2021 | GVD | BL | Review writ of mandamus | 0.30 | 950.00 | $285.00 |
| 03/09/2021 | GVD | BL | Conference with J. Seery, J. Romey, J. Pomerantz, and R. Feinstein re preparation for UBS call | 0.90 | 950.00 | $855.00 |
| 03/09/2021 | GVD | BL | Compile and send exhibits to UBS | 0.40 | 950.00 | $380.00 |
| 03/09/2021 | HRW | BL | Review adversary proceeding and appeals critical deadlines and dates (1.0); Draft response to Dondero petition for writ of mandamus (6.8); Call with J. Morris re: Dondero petition for writ of mandamus (0.1); Review joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (0.8). | 8.70 | 695.00 | $6,046.50 |
| 03/10/2021 | IDK | BL | Review of J Morris memo to Board on Dondero writ and our potential response, as well as CEO feedback re same and re other litigation (.2). | 0.20 | 1325.00 | $265.00 |
| 03/10/2021 | JNP | BL | Conference with J. Seery and Gregory V. Demo regarding Arizona and employee. | 0.30 | 1295.00 | $388.50 |

D-CNL001085

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 18

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2021 | JNP | BL | Conference with John A. Morris regarding contempt motion hearing and email from J. Bonds and call regarding continue to continue. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Conference with J. Dubel regarding UBS. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Review motion for continuance of contempt hearing and emails regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/10/2021 | RJF | BL | Review and comment on draft 2004 request | 0.40 | 1395.00 | $558.00 |
| 03/10/2021 | JMF | BL | Review writ of mandamus and motion to continue 3/22 hearing. | 0.50 | 1050.00 | $525.00 |
| 03/10/2021 | JAM | BL | Telephone conference with J. Kathman re: comments to Daugherty draft settlement agreements (0.4); telephone conference with B. Sharp, Sidley re: document preservation issues (0.7); communications with J. Pomerantz, J. Bonds re: Dondero request for continuance of Contempt Hearing (0.2); review Dondero's motion for continuance of Contempt Hearing (0.1); e-mail to Board, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero petition for writ of mandamus and motion for continuance (0.2); communications with Z. Annable, D. Rukavina, H. Winograd re: scheduling matters for notes litigation (0.2); prepare for contempt hearing (0.5). | 2.30 | 1245.00 | $2,863.50 |
| 03/10/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.90 | 925.00 | $1,757.50 |
| 03/10/2021 | GVD | BL | Review stipulation re transfer of privilege | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | GVD | BL | Review motion to continue hearing | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | HRW | BL | Draft response to Dondero petition for writ of mandamus (9.5). | 9.50 | 695.00 | $6,602.50 |
| 03/11/2021 | EAW | BL | Draft 2004 motion (RCT). | 0.60 | 925.00 | $555.00 |
| 03/11/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.10 | 950.00 | $95.00 |
| 03/12/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: stipulations withdrawing proofs of claim and dismissing adversary proceeding without prejudice for Hunter Mountain (0.2). | 0.20 | 1245.00 | $249.00 |
| 03/12/2021 | LSC | BL | Research discovery documents, conduct legal research, and prepare hearing materials for G. Demo and J. Pomerantz. | 4.80 | 460.00 | $2,208.00 |
| 03/13/2021 | JAM | BL | Work in connection with admittance to Fifth Circuit for Dondero petition for writ of mandamus (0.3); e-mail to L. Canty, J. Pomerantz, G. Demo, Z. Annable re: UBS designations for appeal of Acis settlement (0.2); e-mails with G. Demo, T. Surgent, | 0.70 | 1245.00 | $871.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    21

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/17/2021 | JMF | BL | Review reply to Motion to dismiss complaint against advisors. | 0.30 | 1050.00 | $315.00 |
| 03/17/2021 | JAM | BL | Telephone conference with J. Seery re: status of litigation (0.2); e-mails with J. Pomerantz, I. Kharasch, G. Demo re: Leventon request for documents (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery of Dondero on notes litigation (0.7). | 1.00 | 1245.00 | $1,245.00 |
| 03/17/2021 | EAW | BL | Emails to/from R. Feinstein re: 9019 motion (UBS). | 0.10 | 925.00 | $92.50 |
| 03/17/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with Latham, J. Pomerantz, and R. Feinstein re draft settlement agreement | 1.10 | 950.00 | $1,045.00 |
| 03/17/2021 | GVD | BL | Multiple conferences with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with R. Feinstein re UBS settlement issues | 0.10 | 950.00 | $95.00 |
| 03/17/2021 | HRW | BL | Review Dondero answer to demand note complaint (0.4); Draft email to Seery re: demand note litigation scheduling (1.0); Draft discovery demands directed to Dondero for demand note litigation (2.5). | 3.90 | 695.00 | $2,710.50 |
| 03/18/2021 | IDK | BL | E-mails with J Pomerantz re his correspondence with UBS on their further markup of settlement and issues (.2). | 0.20 | 1325.00 | $265.00 |
| 03/18/2021 | IDK | BL | Review of Dondero motion to disqualify judge, related correspondence re same and my feedback re same (.4). | 0.40 | 1325.00 | $530.00 |
| 03/18/2021 | JNP | BL | Email to J. Dubel and J. Seery  regarding UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS email regarding filing and other issues (2x). | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Conference with J. Seery regarding UBS, litigation and other case issues. | 0.40 | 1295.00 | $518.00 |
| 03/18/2021 | JNP | BL | Email to J. Seery regarding status of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with J. Dubel regarding UBS, motion to recuse. | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Briefly review motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Conference with Ira D. Kharasch regarding claims transfer issues, motion to recuse and UBS. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Email to and from A. Clubock regarding Settlement Agreement. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    22

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | JNP | BL | Review emails regarding provision of information to UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | RJF | BL | Several calls with Jeffrey N. Pomerantz, Seery regarding impending UBS motion. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | RJF | BL | Prepare draft response to UBS motion. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Telephone conferences and emails with Seery regarding documents delivered to UBS. | 0.50 | 1395.00 | $697.50 |
| 03/18/2021 | RJF | BL | Review UBS exhibits for privilege, related emails. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Emails with Gregory V. Demo, Jeffrey N. Pomerantz regarding privileged documents. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | JAM | BL | E-mail to J. Seery re: promissory notes' litigation (0.1); review/revise draft document request for Dondero (notes litigation) (0.2); e-mail to G. Demo, H. Winograd re: requests to admit for Dondero (notes litigation) (0.3); review draft witness and exhibit list (0.2); communications w/ J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: draft witness and exhibit list (0.2); e-mails w/ H. Winograd, Z. Annable re: discovery requests for Dondero (permanent injunction hearing) (0.2); prepare for contempt hearing (1.5); quick review of Dondero's recusal motion (0.4). | 3.10 | 1245.00 | $3,859.50 |
| 03/18/2021 | LSC | BL | Prepare witness and exhibit list and exhibits (3.1); research and prepare attorneys' materials in connection with upcoming hearing (3.3). | 6.40 | 460.00 | $2,944.00 |
| 03/18/2021 | GVD | BL | Correspondence with Latham re exhibits to UBS pleading | 0.20 | 950.00 | $190.00 |
| 03/18/2021 | GVD | BL | Review proposed exhibits to UBS pleading and correspondence with J. Pomerantz and R. Feinstein re same | 1.00 | 950.00 | $950.00 |
| 03/18/2021 | HRW | BL | Draft discovery demands directed to Dondero for demand note litigation (2.8); Prepare exhibits for hearing on motion to stay confirmation order pending appeal (0.4); Review discovery schedules in various adversary proceedings (0.8); Draft discovery demands directed to Dondero for injunctive relief litigation (1.9); Review Dondero's motion to recuse (0.7). | 6.60 | 695.00 | $4,587.00 |
| 03/19/2021 | IDK | BL | E-mails with J Pomerantz, G Demo re their markups on UBS settlement, including brief review of same (.3). | 0.30 | 1325.00 | $397.50 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein regarding upcoming call with Latham and Board regarding | 0.10 | 1295.00 | $129.50 |

D-CNL001088

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     23
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS. | | | |
| 03/19/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS Settlement Agreement and upcoming call. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Email to and from L. Lambert regarding call to discuss litigation. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Conference with J. Dubel, J Seery, Robert J. Feinstein, Gregory V. Demo and John A. Morris regarding UBS issues in advance of call. | 0.30 | 1295.00 | $388.50 |
| 03/19/2021 | JNP | BL | Conference with Latham, J. Seery, J. dubel, Gregory V. Demo and Robert J. Feinstein regarding UBS issues. | 0.80 | 1295.00 | $1,036.00 |
| 03/19/2021 | JNP | BL | Review and comment on latest draft of UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein and L. Lambert regarding potential litigation. | 0.50 | 1295.00 | $647.50 |
| 03/19/2021 | RJF | BL | Emails regarding privileged documents with Clubock, internally. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Seery, Abel, Jeffrey N. Pomerantz et al regarding UBS issues. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Seery et al regarding UBS call. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Review Jeffrey N. Pomerantz comments to settlement agreement. | 0.30 | 1395.00 | $418.50 |
| 03/19/2021 | JMF | BL | Review preservation motion and motion to continue. | 0.40 | 1050.00 | $420.00 |
| 03/19/2021 | JAM | BL | Review/revise discovery requests to Dondero re: permanent injunction (0.2); review/revise discovery requests to Dondero re: notes litigation (0.3); e-mails to J. Seery, J. Pomernatz, I. Kharasch, G. Demo, H. Winograd re: discovery requests to Dondero re: notes litigation (0.2); review/revise and send e-mail to J. Seery, PSZJ team re: scheduling of notes litigation (0.2);  follow-up call with J. Seery, J. Dubel, PSZJ team re: next steps, contempt hearing (0.7); e-mails with H. Winograd re: exhibit list (0.2); telephone conference with J. Seery, J. Dubel, J. Pomerantz, R. Feinstein, G. Demo re: UBS issues (0.4); prepare for contempt hearing (2.5). | 4.70 | 1245.00 | $5,851.50 |
| 03/19/2021 | LSC | BL | Research document productions for categories of documents for G. Demo and transmit same. | 2.70 | 460.00 | $1,242.00 |
| 03/19/2021 | GVD | BL | Review discovery re assignment agreement | 0.40 | 950.00 | $380.00 |
| 03/19/2021 | GVD | BL | Review draft UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/19/2021 | GVD | BL | Revise UBS settlement agreement | 1.00 | 950.00 | $950.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 25
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2021 | JAM | BL | Prepare for contempt hearing, including preparation of cross-examinations for Dondero and Ellington (7.5); telephone conference with J. Seery re: various litigation matters (0.4); telephone conference with G. Demo re: various litigation matters (0.1); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: UBS litigation matters, contempt hearing, bond hearing (0.6); communications with appellants' counsel, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: deposition schedule (0.2). | 8.80 | 1245.00 | $10,956.00 |
| 03/20/2021 | GVD | BL | Conference with Latham re additional discovery issues and next steps | 0.80 | 950.00 | $760.00 |
| 03/20/2021 | GVD | BL | Review and further revise UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/20/2021 | GVD | BL | Conference with PSZJ team re UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/20/2021 | GVD | BL | Review J. Pomerantz revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/20/2021 | GVD | BL | Conference with UST re potential litigation issues | 0.60 | 950.00 | $570.00 |
| 03/20/2021 | GVD | BL | Review settlement agreement re P. Daugherty | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | IDK | BL | Review briefly extensive correspondence from Board, J Pomerantz, G Demo re questions/issues for UBS settlement agreement and new drafts of same. | 0.40 | 1325.00 | $530.00 |
| 03/21/2021 | JNP | BL | Review emails regarding call with Board to discuss UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | JNP | BL | Review latest settlement agreement and email to Board regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/21/2021 | JNP | BL | Conference with J. Seery, Robert J. Feinstein, and Gregory V. Demo regarding UBS Settlement Agreement. | 1.00 | 1295.00 | $1,295.00 |
| 03/21/2021 | JNP | BL | Review emails re call to discuss litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | RJF | BL | Revise statement regarding UBS motion and related emails. | 0.80 | 1395.00 | $1,116.00 |
| 03/21/2021 | RJF | BL | Review and comment on revised UBS settlement agreement, related emails. | 0.50 | 1395.00 | $697.50 |
| 03/21/2021 | RJF | BL | Call with BOD regarding settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Further revisions to settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz, Seery and Gregory V. Demo regarding settlement agreement. | 1.30 | 1395.00 | $1,813.50 |

Pachulski Stang Ziehl & Jones LLP

Page: 26

Highland Capital Management LP

Invoice 127522

36027 - 00002

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2021 | JAM | BL | Review Daugherty proposed changes to settlement agreement and revise the same (1.6); e-mail to J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Daugherty settlement agreement and open issues concerning the same (0.2); prepare for contempt hearing (3.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: legal fees for "fee shifting" in connection with contempt motion (0.5); draft Notice of Replacement Exhibits (0.4); communications with Z. Annable, L. Canty re: Notice of Replacement Exhibits (0.1); telephone conference with L. Canty re: contempt hearing (0.1); e-mail to J. Seery, H. Winograd, L. Canty re: contempt hearing (0.4). | 7.00 | 1245.00 | $8,715.00 |
| 03/21/2021 | LSC | BL | Prepare replacement exhibits and coordinate filing of same (.4); preparation for 3/22 hearing (1.3). | 1.70 | 460.00 | $782.00 |
| 03/21/2021 | GVD | BL | Conference with J. Pomerantz (partial attendance), R. Feinstein, and J. Seery re revisions to UBS settlement agreement | 1.20 | 950.00 | $1,140.00 |
| 03/21/2021 | GVD | BL | Further revise UBS settlement agreement per comments from J. Seery, J. Pomerantz, and R. Feinstein | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | GVD | BL | Revise and circulate (internally) UBS settlement agreement in advance of board call | 0.60 | 950.00 | $570.00 |
| 03/21/2021 | GVD | BL | Conference with J. Seery re revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/21/2021 | GVD | BL | Review and revise non opposition to UBS TRO | 0.30 | 950.00 | $285.00 |
| 03/21/2021 | HRW | BL | Review appeals and critical dates (0.4); Research issues re: briefing schedules and designation of record (0.5); Review outline of direct and cross for contempt hearing (0.3). | 1.20 | 695.00 | $834.00 |
| 03/22/2021 | IDK | BL | Attend part of Dondero contempt hearing. | 4.50 | 1325.00 | $5,962.50 |
| 03/22/2021 | JNP | BL | Participate in hearing regarding Dondero contempt motion. | 8.50 | 1295.00 | $11,007.50 |
| 03/22/2021 | JNP | BL | Conference with Latham, Gregory V. Demo, Robert J. Feinstein and others regarding potential litigation. | 0.40 | 1295.00 | $518.00 |
| 03/22/2021 | JNP | BL | Conference with J. Seery, Gregory V. Demo and Robert J. Feinstein regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/22/2021 | JNP | BL | Review chart regarding pending litigation and email to H. Winograd regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/22/2021 | RJF | BL | Zoom call with AUSA, Jeffrey N. Pomerantz, Clubok et al regarding TRO proceeding. | 0.40 | 1395.00 | $558.00 |

D-CNL001091

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 27

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/22/2021 | RJF | BL | Review revise draft of settlement agreement and related emails. | 0.50 | 1395.00 | $697.50 |
| 03/22/2021 | RJF | BL | Follow up call regarding potential litigation with Jeffrey N. Pomerantz. | 0.30 | 1395.00 | $418.50 |
| 03/22/2021 | JMF | BL | Draft memorandum re pending case and review litigation/appeal matters. | 1.20 | 1050.00 | $1,260.00 |
| 03/22/2021 | JAM | BL | Prepare for contempt hearing (4.1): telephone conference with G. Demo re: contempt hearing and related matters (0.2); telephone conference with J. Seery re: contempt hearing (0.1); contempt hearing (morning session) (3.8); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing (0.1); telephone conference with M. Hartmann re: Ellington and Leventon (0.1); contempt hearing (afternoon session) (4.5); telephone conference with J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing, bond hearing (0.3); telephone conference with H. Winograd re: contempt hearing, HCRE deposition (0.1). | 13.30 | 1245.00 | $16,558.50 |
| 03/22/2021 | LSC | BL | Prepare for and provide assistance at Dondero contempt hearing. | 8.50 | 460.00 | $3,910.00 |
| 03/22/2021 | GVD | BL | Conference with Latham and PSZJ re status of potential litigation | 0.40 | 950.00 | $380.00 |
| 03/22/2021 | GVD | BL | Conference with J. Morris re bankruptcy litigation issues | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Revise and circulate UBS settlement motion | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ team re status of hearing on Dondero contempt | 0.10 | 950.00 | $95.00 |
| 03/22/2021 | GVD | BL | Correspondence with J. Morris re follow up to contempt hearing | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ and J. Seery re follow up to hearing on Dondero contempt | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re potential UBS litigation | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Attend hearing re Dondero contempt | 7.50 | 950.00 | $7,125.00 |
| 03/22/2021 | HRW | BL | Hearing on Dondero contempt motion (7.0); Review Highland Adversary Proceedings and critical dates (1.8). | 7.80 | 695.00 | $5,421.00 |
| 03/23/2021 | IDK | BL | Review of court decision denying recusal. | 0.10 | 1325.00 | $132.50 |
| 03/23/2021 | JNP | BL | Review order on motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    28
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2021 | JNP | BL | Emails regarding call with UBS regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS and related. | 0.20 | 1295.00 | $259.00 |
| 03/23/2021 | JNP | BL | Emails with Latham and internal regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | RJF | BL | Call regarding TRO with UBS counsel. | 1.00 | 1395.00 | $1,395.00 |
| 03/23/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding UBS issues. | 0.30 | 1395.00 | $418.50 |
| 03/23/2021 | JMF | BL | Review recusal pleadings and court order re motion. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JAM | BL | Prepare for closing argument on contempt motion (1.8); telephone conference with J. Pomerantz re: various litigation matters (0.2); telephone conference with J. Seery re: contempt hearing (0.2). | 2.20 | 1245.00 | $2,739.00 |
| 03/23/2021 | LSC | BL | Prepare supplemental list for 3/24 hearing and correspondence regarding the same. | 0.20 | 460.00 | $92.00 |
| 03/23/2021 | GVD | BL | Conference with Latham re Multi Strat Allocations | 0.30 | 950.00 | $285.00 |
| 03/23/2021 | GVD | BL | Attend deposition of J. Seery (partial) | 1.30 | 950.00 | $1,235.00 |
| 03/23/2021 | GVD | BL | Review order on motion to recuse | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with L. Hogewood and J. Pomerantz re bond issues | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with HCMLP team and J. Morris re SE Multi Family deposition issues | 0.50 | 950.00 | $475.00 |
| 03/23/2021 | GVD | BL | Conference with K. George re common interest privilege | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with J. Seery re UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with Latham and R. Feinstein re additional litigation issues | 1.20 | 950.00 | $1,140.00 |
| 03/23/2021 | HRW | BL | Review Highland Adversary Proceedings and critical dates (0.7); Review order denying Dondero Motion to Recuse (0.2). | 0.90 | 695.00 | $625.50 |
| 03/24/2021 | IDK | BL | Review briefly Dondero motion to reopen contempt hearing for evidence, and feedback of J Pomerantz, J Morris re same (.3); Attend part of continuation of contempt hearing vs Dondero (1.2). | 1.50 | 1325.00 | $1,987.50 |
| 03/24/2021 | IDK | BL | E-mails with R Feinstein, J Pomerantz, G Demo re UBS upcoming adversary re Multistrat and various issues re same (.2). | 0.20 | 1325.00 | $265.00 |
| 03/24/2021 | JNP | BL | Participate in contempt hearing. | 2.30 | 1295.00 | $2,978.50 |

D-CNL001093

Pachulski Stang Ziehl & Jones LLP                                    Page:    29
Highland Capital Management LP                                       Invoice 127522
36027    - 00002                                                    March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | JNP | BL | Follow-up call with Board regarding contempt hearing and litigation. | 0.50 | 1295.00 | $647.50 |
| 03/24/2021 | JNP | BL | Review pleading regarding upcoming litigation and conference with Robert J. Feinstein regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Review latest turn of settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement and next steps. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Email to Iain A. W. Nasatir regarding UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with T. Silva, Gregory V. Demo and Robert J. Feinstein regarding fund issues and related matters. | 0.70 | 1295.00 | $906.50 |
| 03/24/2021 | JNP | BL | Email to L. Lambert regarding call. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein and then with U. S. Trustee regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Conference with J. Seery regarding UBS and information to creditors. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Conference with Board, Robert J. Feinstein and Gregory V. Demo regarding UBS Settlement Agreement. | 0.80 | 1295.00 | $1,036.00 |
| 03/24/2021 | JNP | BL | Review and forward Iain A. W. Nasatir comments regarding settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement (2x). | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review latest versions of settlement agreement and emails regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review emails regarding scheduling of preliminary injunction hearing regarding advisors action. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Rasnak of UST's office regarding TRO application. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Telephone conference with Latham, Greg V. Demo regarding seal motion. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Revise UBS settlement agreement, review comments and redrafts. | 2.50 | 1395.00 | $3,487.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Gregory V. Demo regarding UBS settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Email to Board regarding TRO papers. | 0.20 | 1395.00 | $279.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.50 | 1395.00 | $697.50 |

D-CNL001094

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:     30
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | RJF | BL | Call with BOD regarding TRO, etc. | 0.50 | 1395.00 | $697.50 |
| 03/24/2021 | RJF | BL | Call with Wilmer Hale, Jeffrey N. Pomerantz, Gregory V. Demo regarding Multi-Strat. | 0.70 | 1395.00 | $976.50 |
| 03/24/2021 | JMF | BL | Review motion to reopen evidence. | 0.40 | 1050.00 | $420.00 |
| 03/24/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery in connection with objection to employee claims (0.4); e-mail to H. Winograd re: objection to Dondero motion for continuance of contempt hearing (0.2); prepare for closing argument on contempt hearing (2.0); review Dondero motion to reopen evidence for rebuttal testimony (0.2); court hearing on contempt motion and related matters (2.2); telephone conference with J. Seery re: contempt hearing (0.2); telephone conference with Board, J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: contempt hearing, UBS issues (0.5); telephone conference with M. Hankin re: contempt hearing and related matters (0.2); review/revise Daugherty settlement agreement (0.7); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: revised Daugherty agreement (0.2); telephone conference with G. Demo re: HCRE documents and facts (0.3); telephone conference with H. Winograd re: HCRE facts and depositions (0.2); communications with L. Drawhorn re: depositions and scheduling (0.2); e-mail to A. Russell, M. Clemente re: scheduling of litigation matters (0.1). | 7.60 | 1245.00 | $9,462.00 |
| 03/24/2021 | LSC | BL | Assist at closing arguments re Dondero contempt motion. | 2.00 | 460.00 | $920.00 |
| 03/24/2021 | GVD | BL | Review claim transfers | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review Dondero motion to re-open evidence | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Attend Dondero contempt hearing | 2.00 | 950.00 | $1,900.00 |
| 03/24/2021 | GVD | BL | Conference with Board and PSZJ team re UBS settlement agreement and Dondero contempt hearing | 0.60 | 950.00 | $570.00 |
| 03/24/2021 | GVD | BL | Conference with K. George re UBS settlement agreement and next steps | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Pomerantz, R. Feinstein, and T. Silva re UBS settlement agreement | 0.70 | 950.00 | $665.00 |
| 03/24/2021 | GVD | BL | Conference with J. Morris re HCRE deposition prep | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Winograd re HCRE deposition prep | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    31

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | GVD | BL | Conference with R. Feinstein and K. George re additional UBS discovery | 0.50 | 950.00 | $475.00 |
| 03/24/2021 | GVD | BL | Conference with Board re UBS settlement agreement | 0.90 | 950.00 | $855.00 |
| 03/24/2021 | GVD | BL | Review R. Feinstein revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | HRW | BL | Review Advisors' reply to motion to dismiss complaint for injunctive relief and related research (1.8); Draft response to Dondero's motion for a continuance of demand note proceeding (0.4). | 2.20 | 695.00 | $1,529.00 |
| 03/25/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding latest version of UBS Settlement Agreement, changes and review same. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris regarding Hunter Mountain and other litigation issues. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | JNP | BL | Review emails from B. Assink regarding motion to continue schedule for Dondero litigation. | 0.10 | 1295.00 | $129.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris, Gregory V. Demo and DSI for part regarding document issues and litigation issues. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with J. Dubel regarding UBS status. | 0.30 | 1295.00 | $388.50 |
| 03/25/2021 | JNP | BL | Review proposed extension of time regarding UBS appeal of Redeemer settlement brief and emails with team regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | RJF | BL | Emails Latham, Jeffrey N. Pomerantz regarding TRO motion, confidentiality. | 0.40 | 1395.00 | $558.00 |
| 03/25/2021 | JAM | BL | Telephone conference with J. Seery re: litigation matters (0.3); review/revise response to Dondero motion for continuance of contempt hearing (0.2); e-mails with Z. Annable, H. Winograd re: response to Dondero motion for continuance of contempt hearing (0.1); communications with J. Bonds, L. Drawhorn re: schedule for HCRE-related depositions (0.4); prepare amended deposition notices for the HCRE litigation (0.3); communications with Z. Annable, H. Winograd re: amended deposition notices for the HCRE litigation (0.2); telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails w/ B. Assink re: discovery and trial date for permanent injunction against Dondero (0.3); review/revise documents for Hunter Mountain dismissal (0.2); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain dismissal (0.2); telephone | 3.80 | 1245.00 | $4,731.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    32

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with J. Seery re: Hunter Mountain dismissal (0.1); review documents re: HCRE deposition (1.4). | | | |
| 03/25/2021 | JAM | BL | E-mails to Bonds Ellis re: Debtor's discovery demands from Dondero notes litigation (0.3). | 0.30 | 1245.00 | $373.50 |
| 03/25/2021 | LSC | BL | Research document productions for certain categories of documents and retrieve same. | 2.90 | 460.00 | $1,334.00 |
| 03/25/2021 | GVD | BL | Conference with PSZJ team and B. Sharp re document preservation issues | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Conference with K. George re UBS settlement agreement issues and follow up correspondence with PSZJ team re same | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Review draft objections to administrative claims | 0.70 | 950.00 | $665.00 |
| 03/25/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re UBS settlement agreement | 0.50 | 950.00 | $475.00 |
| 03/26/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein re UBS settlement agreement (.4). | 0.40 | 1325.00 | $530.00 |
| 03/26/2021 | JNP | BL | Conference with John A. Morris regarding litigation issues including notes and Hunter Mountain. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with DSI and John A. Morris regarding record retention and related issues. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to and from J. Seery regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS agreement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review UBS Settlement Agreement. | 0.20 | 1295.00 | $259.00 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review Dondero motion for continuance of note lawsuit. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review latest turn of UBS Settlement Agreement. | 0.30 | 1295.00 | $388.50 |
| 03/26/2021 | JNP | BL | Conference with Robert J. Feinstein and Ira D. Kharasch regarding UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Review emails regarding Dondero note litigation | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review and respond to Gregory V. Demo email | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    33

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding UBS. | | | |
| 03/26/2021 | JMF | BL | Review motion to extend briefing deadline. | 0.20 | 1050.00 | $210.00 |
| 03/26/2021 | JAM | BL | Telephone conference with J. Seery re: Dondero request for extension of trial date in notes litigation (0.2); telephone conference with J. Pomerantz re: status of notes litigation, Dondero request for extension of schedule (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero request for extension of trial date in notes litigation (0.1); e-mail to B. Assink re: Dondero request for extension of trial date in notes litigation (0.1); review Dondero demand notes and e-mail to D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: same (0.5); review documents concerning Dondero demand notes (0.8); e-mail to K. Hendricks, D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: facts/documents concerning Dondero demand notes (0.3); review Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.4); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.1); telephone conference with H. Winograd re: facts/objection to Dondero motion to extend trial date (0.2); telephone conference with J. Seery re: objection to Dondero motion to adjourn trial date (0.1). | 2.90 | 1245.00 | $3,610.50 |
| 03/26/2021 | JAM | BL | E-mails with T. Ellison, L. Hogewood, D. Rukavina, J. Pomerantz re: rescheduling of hearing concerning Funds and Advisors (0.1); draft amended notices of hearings concerning Funds and Advisors (0.2); telephone conference with G. Demo re: litigation matters (0.1); e-mail to Z. Annable, H. Winograd re: amended notices of hearings concerning Funds and Advisors (0.1); communications with P. Keiffer, J. Pomerantz, G. Demo re: documents for withdrawal of Hunter Mountain claim and adversary proceeding (0.2); e-mail to J. Bonds re: Dondero deposition (0.1); e-mails with T. Surgent re: status of e-mails searches in response to United subpoena (0.1); | 0.90 | 1245.00 | $1,120.50 |
| 03/26/2021 | LSC | BL | Conduct research and retrieve and transmit numerous documents in connection with Dondero/Dondero entities and transmit same for G. Demo. | 4.30 | 460.00 | $1,978.00 |
| 03/26/2021 | GVD | BL | Correspondence with R. Feinstein re UBS settlement agreement | 0.10 | 950.00 | $95.00 |

D-CNL001098

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   34

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2021 | GVD | BL | Draft summary of Dondero Entity litigation | 3.70 | 950.00 | $3,515.00 |
| 03/26/2021 | GVD | BL | Conference with J. Morris re demand note issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Correspondence with UBS re litigation issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Research service addresses re potential litigation | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Conference with J. Donohue re service addresses for potential litigation | 0.10 | 950.00 | $95.00 |
| 03/26/2021 | GVD | BL | Conference with R. Feinstein and J. Pomerantz re revisions to UBS settlement agreement | 0.40 | 950.00 | $380.00 |
| 03/26/2021 | GVD | BL | Revise UBS settlement agreement and circulate same | 0.30 | 950.00 | $285.00 |
| 03/26/2021 | HRW | BL | Call with J. Morris re: objection to Dondero emergency motion for continuance of demand note proceeding (0.1); Review Dondero emergency motion for continuance of demand note proceeding (0.2); Draft request for admission directed to James Dondero in demand note proceeding (1.8). | 2.10 | 695.00 | $1,459.50 |
| 03/27/2021 | IDK | BL | E-mails with J Pomerantz, G Demo on Gov Re issues and next steps (.1). | 0.10 | 1325.00 | $132.50 |
| 03/27/2021 | JNP | BL | Conference with Latham, Gregory V. Demo and Robert J. Feinstein regarding settlement agreement issues. | 0.60 | 1295.00 | $777.00 |
| 03/27/2021 | JNP | BL | Review latest version of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/27/2021 | JAM | BL | Review documents and draft objection to Dondero motion for continuance in notes litigation (4.4); e-mails to H. Winograd, L. Canty re: draft objection to Dondero motion for continuance in notes litigation (0.3); e-mail to D. Klos, K. Hendricks, J. Pomerantz, G. Demo, H. Winograd, B. Sharp re: facts concerning Notes litigation against Dondero (0.2). | 4.90 | 1245.00 | $6,100.50 |
| 03/27/2021 | LSC | BL | Review documents and retrieve and prepare exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 4.40 | 460.00 | $2,024.00 |
| 03/27/2021 | GVD | BL | Draft summary of Dondero entity litigation | 1.30 | 950.00 | $1,235.00 |
| 03/27/2021 | GVD | BL | Conference with Latham and PSZJ re UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Seery re status of UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Morris re Cayman counsel | 0.10 | 950.00 | $95.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 35

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2021 | GVD | BL | Review Latham revisions to UBS settlement agreement and revise and circulate same | 0.30 | 950.00 | $285.00 |
| 03/27/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (5.0). | 5.00 | 695.00 | $3,475.00 |
| 03/28/2021 | JAM | BL | E-mails with D. Klos, K. Hendricks, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: facts relating to Dondero loans and notes (0.3); review/revise draft objection to Dondero motion to modify scheduling order (4.8); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: objection to Dondero motion to modify scheduling order (0.3); communications with H. Winograd, L. Canty re: RFAs directed to Dondero (notes litigation) (0.2). | 5.60 | 1245.00 | $6,972.00 |
| 03/28/2021 | LSC | BL | Continued preparation of exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 1.20 | 460.00 | $552.00 |
| 03/28/2021 | GVD | BL | Review correspondence from Latham re service addresses re potential litigation | 0.60 | 950.00 | $570.00 |
| 03/28/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (4.5); Research contact information for serving litigation hold notices on Maples FS Limited and CIBC First Caribbean International Bank (0.3). | 4.80 | 695.00 | $3,336.00 |
| 03/29/2021 | IDK | BL | Review of various correspondence with UBS, others on UBS new upcoming papers on adversary and motion to seal. | 0.20 | 1325.00 | $265.00 |
| 03/29/2021 | JNP | BL | Review opposition to motion by Dondero to continue trial on note litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review issues and emails regarding UBS settlement. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with M. Hankin regarding UBS filings. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with John A. Morris and Gregory V. Demo regarding SCRE litigation issues and Wick Phillips conflict. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Review latest changes to UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review and respond to email regarding Wick Phillips and SE Multi Family issues. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review email from T. Ellison regarding UBS filings and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS litigation and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Emails and conference with M. Clemente regarding | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP          Page: 36
Highland Capital Management LP          Invoice 127522
36027   - 00002          March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS litigation and Plan issues. | | | |
| 03/29/2021 | JNP | BL | Emails regarding pending litigation filed by UBS and court response; Conference with Gregory V. Demo regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Emails regarding UBS 9019. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with J. Dubel regarding UBS issues, status and timing. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Review emails with Court and others regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review of UBS litigation papers. | 0.50 | 1295.00 | $647.50 |
| 03/29/2021 | RJF | BL | Review UBS motion to seal and TRO papers. | 1.00 | 1395.00 | $1,395.00 |
| 03/29/2021 | RJF | BL | Draft response to motion to seal. | 0.50 | 1395.00 | $697.50 |
| 03/29/2021 | RJF | BL | Review and comment on draft debtor motion to seal. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | RJF | BL | Emails regarding Chambers conference. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | JMF | BL | Review UBS seal motion. | 0.20 | 1050.00 | $210.00 |
| 03/29/2021 | JAM | BL | Review and send RFAs for Dondero's notes litigation (0.2); revise objection to Dondero's motion to modify scheduling order (0.9); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: revised objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.2); review exhibits and e-mail to L. Canty re: redactions and related matters (0.5); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.1); review/revise objection to Dondero motion to modify scheduling order (0.2); review/revise JAM declaration in support of objection to Dondero motion to modify scheduling order (0.3). | 2.40 | 1245.00 | $2,988.00 |
| 03/29/2021 | JAM | BL | Prepare for HCRE/Dondero depositions (2.6); telephone conference with G. Demo re: HCRE facts (0.2); e-mail to counsel re: Zoom instructions for HCRE deposition (0.1) telephone conference with G. Demo re: Wicks Phillips' conflicts (0.2); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: Wicks Phillips' conflicts telephone conference with J. Seery, G. Demo re: Wicks Phillips' conflicts (0.2); draft e-mail to L. | 4.50 | 1245.00 | $5,602.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    37
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Drawhorn re: Wicks' Phillips' conflicts (0.4); e-mails with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft e-mail to L. Drawhorn (0.1); communications to all counsel, TSG, PSZJ team re: adjournment of HCRE depositions (0.2); draft amended deposition notices for HCRE and Dondero (0.1); e-mails with Z. Annable, G. Demo, H. Winograd re: amended deposition notices for HCRE and Dondero (0.1); telephone conference with J. Seery re: Wicks Phillips' conflicts (0.1); telephone conference with H. Winograd re: HCRE litigation matters (0.1); telephone conference with J. Bonds re: Dondero deposition and related matters (0.1). | | | |
| 03/29/2021 | LSC | BL | Prepare redacted exhibits for Objection to Dondero motion to modify scheduling order. | 0.50 | 460.00 | $230.00 |
| 03/29/2021 | GVD | BL | Conference with J. Pomerantz re filing of stay pending appeal in District Court | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris re preparation for HCRE/SEMF deposition | 0.70 | 950.00 | $665.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and J. Seery re HCRE conflict of interest | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and D. Klos re HCRE issues re deposition | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Correspondence with Hunton re deficiency bond issues | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Review draft objection to Dondero motion to continue hearing | 0.50 | 950.00 | $475.00 |
| 03/29/2021 | GVD | BL | Attend to multiple issues re filing of UBS response under seal | 2.60 | 950.00 | $2,470.00 |
| 03/29/2021 | GVD | BL | Review exhibits to Dondero objection for confidentiality | 0.30 | 950.00 | $285.00 |
| 03/29/2021 | GVD | BL | Prepare back up information re UBS claim issues | 0.60 | 950.00 | $570.00 |
| 03/29/2021 | HRW | BL | Edit and review objection to Dondero's emergency motion to continue demand note proceedings (2.5). | 2.50 | 695.00 | $1,737.50 |
| 03/30/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review and revise UBS 9019. | 0.50 | 1295.00 | $647.50 |
| 03/30/2021 | JNP | BL | Review emails regarding litigation hold letter and respond. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with John A. Morris regarding document issues and pursuit of claims issues. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review of Settlement Agreement with Siepe. | 0.20 | 1295.00 | $259.00 |

D-CNL001102

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    38
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | JNP | BL | Review and respond to email regarding Wick Phillips conflict. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with Robert J. Feinstein regarding  2004. | 0.20 | 1295.00 | $259.00 |
| 03/30/2021 | JNP | BL | Conference with J. Seery and John A. Morris regarding litigation issues, sharing information with Committee and related matters. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Emails regarding Court ruling on extending Dondero note litigation trial date. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding Reid Collins. | 0.20 | 1395.00 | $279.00 |
| 03/30/2021 | RJF | BL | Review document presentation notices, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/30/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/30/2021 | JAM | BL | Telephone conference with G. Demo re: litigation matters (0.2); telephone conference with J. Pomerantz re: litigation matters (0.3). | 0.50 | 1245.00 | $622.50 |
| 03/30/2021 | JAM | BL | Review/revise objection to Dondero motion to modify scheduling order (0.2); e-mails with Z. Annable, H. Winograd, L. Canty re: exhibits to objection to Dondero motion to modify scheduling order (0.1); e-mail to B. Assink, Bonds Ellis, J. Pomerantz, G. Demo, H. Winograd re: timing of discovery (0.2); e-mails with Z. Annable, G. Demo, H. Winograd re: objection to Dondero motion to modify scheduling order (0.2); communications with J. Seery, J. Pomerantz re: court's ruling on Dondero motion to modify scheduling order (0.2); e-mails with T. Surgent, J. Sommer re: results from e-mail searches in response to United subpoena (0.2). | 1.10 | 1245.00 | $1,369.50 |
| 03/30/2021 | LSC | BL | Redact additional exhibits (.3); research and review document productions for J. Morris and correspondence regarding the same (2.9). | 3.20 | 460.00 | $1,472.00 |
| 03/30/2021 | GVD | BL | Review and revise draft 9019 motion re UBS settlement | 1.40 | 950.00 | $1,330.00 |
| 03/30/2021 | GVD | BL | Review redacted exhibits to Dondero objection re confidentiality | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation issues | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Review UBS litigation hold notice and correspondence with T. Surgent re same | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Finalize UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation hold notice re UBS | 0.40 | 950.00 | $380.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:  39

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | GVD | BL | Conference with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Further revise and circulate UBS 9019 motion re changes from J. Pomerantz and R. Feinstein | 1.20 | 950.00 | $1,140.00 |
| 03/30/2021 | GVD | BL | Correspondence with PSZJ team re letter from Reid Collins re UBS litigation hold | 0.10 | 950.00 | $95.00 |
| 03/30/2021 | HRW | BL | Review pending adversary proceedings (0.5). | 0.50 | 695.00 | $347.50 |
| 03/31/2021 | IDK | BL | E-mails with J Pomerantz, others on UBS litigation holds and Dondero counsel feedback on same. | 0.20 | 1325.00 | $265.00 |
| 03/31/2021 | JNP | BL | Review emails regarding litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding next steps after court ruling on UBS and Debtor seal motion. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Email to Board regarding Court ruling on UBS and Debtor seal motions. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Email to Latham regarding call to discuss next steps regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with J. Seery regarding UBS issues and related. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion and stay pending appeal issues. | 0.40 | 1295.00 | $518.00 |
| 03/31/2021 | JNP | BL | Review email from C. Taylor regarding litigation under seal. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Review C. Taylor email regarding litigation hold and review litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with John A. Morris regarding Wick Phillips conflicts. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding call with Latham. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Participate In call with Latham, John A. Morris, Robert J. Feinstein and Gregory V. Demo regarding status of UBS lawsuit and related issues. | 0.70 | 1295.00 | $906.50 |
| 03/31/2021 | MDJ | BL | Email exchanges with L. Canty, G. Demo and copy personnel re litigation hold letters; Revisions to letterhead and delivery; Prepare Express Mail/FedX labels and coordinate delivery; Call with copy personnel re Cayman FedXs; Vfile letters. | 3.20 | 395.00 | $1,264.00 |
| 03/31/2021 | RJF | BL | Call with Latham regarding TRO proceedings. | 0.70 | 1395.00 | $976.50 |
| 03/31/2021 | RJF | BL | Review and comment on litigation hold letter and related emails. | 0.30 | 1395.00 | $418.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 40

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/31/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding TRO proceeding. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Revise draft statement regarding TRO, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Review proposed revisions to draft 9019 motion, emails Gregory V. Demo regarding same. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | JMF | BL | Review UBS complaint and seal motion. | 0.30 | 1050.00 | $315.00 |
| 03/31/2021 | JAM | BL | Review/revise draft litigation hold letter concerning sealed litigation (0.6); communications with J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: litigation hold letter concerning sealed litigation (0.2); telephone conference with J. Pomerantz, R. Feinstein, G. Demo, L& W attorneys re: UBS adversary proceeding and related matters (0.7); e-mails with B. Assink, H. Winograd re: modified scheduling order in Dondero's notes litigation (0.1)., | 1.60 | 1245.00 | $1,992.00 |
| 03/31/2021 | GVD | BL | Conference with PSZJ and UBS re next steps re adversary proceeding | 0.70 | 950.00 | $665.00 |
| 03/31/2021 | GVD | BL | Further revise UBS 9019 motion re comments from J. Dubel | 0.40 | 950.00 | $380.00 |
| 03/31/2021 | GVD | BL | Draft and send litigation hold notices | 2.90 | 950.00 | $2,755.00 |
| 03/31/2021 | GVD | BL | Draft and circulate order on motion to seal | 0.20 | 950.00 | $190.00 |
| 03/31/2021 | GVD | BL | Conference with J. Pomerantz re UBS conference | 0.10 | 950.00 | $95.00 |
| | | | | **448.20** | | **$451,649.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2021 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.40 | 375.00 | $150.00 |
| 03/01/2021 | GVD | CA | Attend to issues re scheduling calls | 0.20 | 950.00 | $190.00 |
| 03/02/2021 | IDK | CA | Review of updated WIP list (.1); Attend WIP call on open issues (1.0). | 1.10 | 1325.00 | $1,457.50 |
| 03/02/2021 | JNP | CA | Participate in WIP call. | 1.00 | 1295.00 | $1,295.00 |
| 03/02/2021 | KKY | CA | Review and revise critical dates | 2.50 | 460.00 | $1,150.00 |
| 03/02/2021 | JEO | CA | Participate in PSZJ WIP Call | 0.80 | 1050.00 | $840.00 |
| 03/02/2021 | JMF | CA | Draft memorandum re pending case issues (.4); telephone call with G. Demo, I. Kharasch and J.N, Pomerantz re same (.7). | 1.10 | 1050.00 | $1,155.00 |
| 03/02/2021 | JAM | CA | Internal WIP call (J. Pomerantz, I. Kharasch, G. Demo, J. Fried, J. O'Neill, H. Wonograd) (0.8). | 0.80 | 1245.00 | $996.00 |

D-CNL001105

# EXHIBIT 173

**Pachulski Stang Ziehl & Jones LLP**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

April 30, 2021

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

Invoice    127680
Client     36027
Matter     00002
           **JNP**

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/30/2021**

_____

D-CNL000923

**Appx. 02729**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    13
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

04/01/2021   IDK   BL   E-mails with J Pomerantz, G Demo, CEO re   0.20   1325.00   $265.00

D-CNL000924

**Appx. 02730**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 14
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dondero counsel correspondence re their intent to file motion to withdraw reference on collection actions and opposition (.2). | | | |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| 04/01/2021 | JNP | BL | Emails to and from Gregory V. Demo regarding D. Rukavina email regarding withdrawal of the reference. | 0.10 | 1295.00 | $129.50 |
| 04/01/2021 | JNP | BL | Review and respond to email regarding withdrawal of reference for note lawsuits. | 0.10 | 1295.00 | $129.50 |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| 04/01/2021 | JAM | BL | Telephone conference with H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1); prepare discovery document requests and interrogatories for AP against Advisors (notes litigation) (0.9); review/revise requests for admission for AP against Advisors (notes litigation) (0.3); e-mails with H. Winograd re: discovery requests for AP against Advisors (notes litigation) (0.2); ████████████ e-mail to D. Rukavina, H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1). | 1.70 | 1245.00 | $2,116.50 |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    15
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| 04/01/2021 | HRW | BL | Call with J. Morris re: discovery in NPA demand note litigation (0.1); Draft discovery demands in NPA demand note litigation (1.0); Review adversary proceeding critical dates (0.6). | 1.70 | 695.00 | $1,181.50 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/02/2021 | JNP | BL | Review witness list and reply brief regarding Committee's motion regarding Dondero discovery. | 0.20 | 1295.00 | $259.00 |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ███████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ███████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ███████ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 04/04/2021 | JAM | BL | E-mail to H. Winograd re: notes litigation (0.1); | 0.10 | 1245.00 | $124.50 |

D-CNL000927

Appx. 02733

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 17
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ ██ ██ | | | ███ | ██ | ██ | ███ |
| ███ ██ ██ | | | ████ | ██ | ██ | ███ |
| ███ ██ ██ | | | █████ | ██ | ██ | ███ |
| ███ ██ ██ | | | █████ | ██ | ██ | ███ |
| ███ ██ ██ | | | ████ | ██ | ██ | ███ |
| ███ ██ ██ | | | ███ | ██ | ██ | ███ |
| ███ ██ ██ | | | ███ | ██ | ██ | ███ |
| ███ ██ ██ | | | ████ | ██ | ██ | ███ |
| ███ ██ ██ | | | ████ | ██ | ██ | ███ |
| ███ ██ ██ | | | ███ | ██ | ██ | ███ |
| ███ ██ ██ | | | █████ | ██ | ██ | ███ |
| 04/05/2021 | HRW | BL | Review amended scheduling order for Dondero demand note proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| ███ ██ ██ | | | █████ | ██ | ██ | ███ |
| 04/06/2021 | IDK | BL | E-mails with G Demo re Dondero withdrawal of reference motion and our prior research on jurisdiction issues re same | 0.30 | 1325.00 | $397.50 |
| ███ ██ ██ | | | █████ | ██ | ██ | ███ |
| ███ ██ ██ | | | ███ | ██ | ██ | |
| ███ ██ ██ | | | ████ | ██ | ██ | ███ |
| ███ ██ ██ | | | ███ | ██ | ██ | ███ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    19
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2021 | JAM | BL | Review Dondero's amended answer in notes litigation (0.1); draft document requests relating to Dondero's amended answer in notes litigation (0.3); draft interrogatories relating to Dondero's amended answer in notes litigation (0.3); draft requests for admission relating to Dondero's amended answer in notes litigation (0.3); e-mails to H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: discovery demands relating to Dondero's amended answer in notes litigation (0.2); review revised discovery requests (Winograd versions) relating to Dondero's amended answer in notes litigation (0.2); e-mail to B. Assink, C. Taylor, J. Pomerantz, G. Demo, H. Winograd re: discovery and timing of Dondero's deposition (0.1); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: Dondero's amended answer and related discovery (0.2). | 1.70 | 1245.00 | $2,116.50 |
| 04/07/2021 | HRW | BL | Draft discovery demands for Dondero demand note adversary proceeding (0.9). | 0.90 | 695.00 | $625.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    20
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | disqualification of Wick Phillips (1.5); telephone conference with T. Surgent, G. Demo re: document production and related issues (0.7); telephone conference with G. Demo re: document production issues (0.1); telephone conference with J. Pomerantz re: various litigation matters relating to the Advisors (0.8); communications with C. Wilkins, J. Pomerantz, G. Demo re: Bermuda counsel (0.1). | | | |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| 04/08/2021 | HRW | BL | Review demand note adversary proceeding complaints (0.3). | 0.30 | 695.00 | $208.50 |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| 04/09/2021 | IDK | BL | E-mails with G Demo, others on Plan provisions re note collection/litigation issues | 0.30 | 1325.00 | $397.50 |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| 04/09/2021 | JMF | BL | Review notes receivable litigation and amounts due from noteholders re plan implementation (2.1) | 2.10 | 1050.00 | $2,205.00 |
| ▇▇▇ | ▇▇ | ▇ | ▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| 04/09/2021 | JAM | BL | Review of rules re: withdrawal of the reference (0.4); telephone conference with Z. Annable re: rules | 1.00 | 1245.00 | $1,245.00 |

D-CNL000930

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    21
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | for withdrawal of the reference (0.1); | | | |
| 04/09/2021 | GVD | BL | Review issues re notes litigation | 0.60 | 950.00 | $570.00 |



D-CNL000931

Appx. 02737

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     22
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2021 | GVD | BL | Review issues re prepayment of notes | 0.60 | 950.00 | $570.00 |
| | | | | | | 75.00 |

D-CNL000932

Appx. 02738

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2021 | JMF | BL | Review motion and brief for withdrawal of | 0.50 | 1050.00 | $525.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 24
Invoice 127680
April 30, 2021



| | | | references re demand notes. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2021 | JAM | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| 04/13/2021 | JAM | BL | Review Answers to complaints filed by Advisors in notes litigation, and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.4); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Advisors' motion to withdraw the reference for notes litigation (0.2) | 0.60 | 1245.00 | $747.00 |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | | | |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    26
Invoice 127680
April 30, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | ▮ | Hours | Rate | Amount |
| 04/14/2021 | JNP | BL | Email to D. Rukavina regarding scheduling for motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Email to and from D. Rukavina regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Conference with John A. Morris regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Review motion to withdraw reference. | 0.20 | 1295.00 | $259.00 |
| 04/14/2021 | JAM | BL | ▮ e-mails with D. Rukavina, J. Pomerantz re: scheduling issues concerning adversary proceeding against Advisors and Funds (0.5); e-mail to Court, D. Rukavina, L. Hogewood, J. Pomerantz re: scheduling issues | 4.80 | 1245.00 | $5,976.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 27
Invoice 127680
April 30, 2021



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | concerning adversary proceeding against Advisors and Funds (0.3;) | | | |
| 04/14/2021 | GVD | BL | Correspondence re note and discovery request | 0.10 | 950.00 | $95.00 |
| 04/14/2021 | HRW | BL | Draft Rule 26 disclosures for Dondero demand note adversary proceeding (2.0). | 2.00 | 695.00 | $1,390.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    28
Invoice 127680
April 30, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/15/2021 | IDK | BL | Review and consider G Demo's memo on prepayment issues on Dondero related p-notes and how prepayments are allocated and default issues (.3); E-mails with G Demo, others re same (.1). | 0.40 | 1325.00 | $530.00 |

D-CNL000937

Appx. 02743

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    29
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██████ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ██████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ██████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ██████████████ | ██ | ██ | █ |
| 04/15/2021 | HRW | BL | Prepare Rule 26 disclosures for Dondero demand note adversary proceeding (0.6). | 0.60 | 695.00 | $417.00 |
| 04/16/2021 | IDK | BL | E-mail and telephone conference with J Pomerantz re Dondero withdrawal of reference motions and logistics on response to same and J Kim (.2); E-mail and telephone conference with G Demo re same and relevant pleadings (.2); E-mails with J Kim re need for responses to Dondero withdrawal of reference motions (.2). | 0.60 | 1325.00 | $795.00 |
| 04/16/2021 | JJK | BL | Research re: reference withdrawal, core matter, Stern, related issues. | 3.70 | 995.00 | $3,681.50 |
| ██████ | ██ | ██ | ██████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | █████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ████████████████████ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    30
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2021 | JNP | BL | Conference with Ira D. Kharasch regarding motion to withdraw reference response. | 0.20 | 1295.00 | $259.00 |
| 04/16/2021 | JNP | BL | Review Dondero motion to stay pending withdrawal of the reference  and email regarding same. | 0.20 | 1295.00 | $259.00 |
| ██████ | ████ | ██ | ████████████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ████████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ████████████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ████████████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ████████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ████████████████████████ | | | |
| ██████ | ████ | ██ | ████████████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ██████████████████ | ███ | ████ | █████ |
| ██████ | ████ | ██ | ████████████████ | ███ | ████ | █████ |
| 04/16/2021 | GVD | BL | Review Dondero motion re withdrawal of the reference | 0.20 | 950.00 | $190.00 |
| 04/16/2021 | GVD | BL | Conference with I. Kharasch re motions to withdraw the reference and follow up items re same | 0.20 | 950.00 | $190.00 |
| ██████ | ████ | ██ | ██████████ | ███ | ████ | █████ |
| 04/16/2021 | HRW | BL | Review Dondero withdrawal of reference filed in demand note adversary proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/16/2021 | HRW | BL | Review Dondero's motion to stay demand note | 0.30 | 695.00 | $208.50 |

D-CNL000939

Appx. 02745

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 31
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | adversary proceeding pending motion to withdraw reference (0.3). | | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/17/2021 | JAM | BL | Review Dondero motion to expedite stay motion (0.3); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: analysis of Dondero motion to expedite stay motion (0.4); draft objection to Dondero motion to expedite motion for stay (2.7). | 3.40 | 1245.00 | $4,233.00 |
| 04/17/2021 | HRW | BL | Draft demand note discovery requests (2.5). | 2.50 | 695.00 | $1,737.50 |
| 04/18/2021 | JNP | BL | Review and comment on opposition to motion for stay of discovery and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/18/2021 | JAM | BL | Review and revise initial draft objection to Dondero's motion to expedite motion for stay (2.9); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: initial draft objection to Dondero's motion to expedite motion for stay (0.1); draft JAM declaration in support of objection to Dondero's motion to expedite motion for stay (0.5); e-mail to Z. Annable, G. Demo, H. Winograd re: declaration and objection concerning Dondero's motion to expedite (0.1). | 3.60 | 1245.00 | $4,482.00 |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/18/2021 | GVD | BL | Review objection to motion to expedite | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    32
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/18/2021 | HRW | BL | Draft demand note discovery requests (3.5). | 3.50 | 695.00 | $2,432.50 |
| 04/19/2021 | JJK | BL | Research/analysis reference withdrawal, core matters, Stern issues. | 7.80 | 995.00 | $7,761.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:   33

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 04/19/2021 | JAM | BL | Review/revise objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: revised objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.1); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.2); review/revise interrogatories, RFAs, document requests, and Rule 30(b)(6) deposition notice for the Advisors re: notes litigation (0.7); communications with H. Winograd re: discovery for the Advisors in notes litigation (0.1); communications with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery for Advisors in notes litigation (0.1). | 2.00 | 1245.00 | $2,490.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    34
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | � | � | �a | �I | ▆ | ▆ |
| | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| 04/19/2021 | HRW | BL | Draft discovery demands for HCMFA demand note proceeding (1.2). | 1.20 | 695.00 | $834.00 |
| | ▆ | | | ▆ | | ▆ |
| | ▆ | ▆ | | ▆ | ▆ | |
| | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| 04/20/2021 | JJK | BL | Research/analysis of Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JJK | BL | Analysis/research jurisdiction, Stern, reference issues. | 4.30 | 995.00 | $4,278.50 |
| 04/20/2021 | JJK | BL | Research Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding funds/advisor adversary proceeding and related. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   36
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██████ | ███ | ██ | ████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | █████████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | ████████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | ██████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | ██████████████ | ██ | ██ | ███ |
| ██████ | ███ | ██ | █████████ | ██ | ██ | ███ |
| ██████ | ███ | ██ | ███████████████ | ██ | ██ | ███ |
| ██████ | ███ | ██ | ████████ | ██ | ██ | ███ |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint reference withdrawal motion. | 2.10 | 995.00 | $2,089.50 |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint/HCMFA reference motions. | 5.40 | 995.00 | $5,373.00 |
| 04/21/2021 | JJK | BL | Research/draft objection to HCMFA reference withdrawal motion. | 3.00 | 995.00 | $2,985.00 |
| 04/21/2021 | JNP | BL | Research regarding withdrawal reference and conference with Ira D. Kharasch and review of complaint and emails with Jeffrey H. Davidson regarding same. | 0.40 | 1295.00 | $518.00 |
| ██████ | ███ | ██ | ███████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | ████████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | ████████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | █████████████ | ██ | ██ | ██ |
| ██████ | ███ | ██ | █████████ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 37
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JJK | BL | Research re reference withdrawal issues. | 0.80 | 995.00 | $796.00 |
| 04/22/2021 | JNP | BL | Review of memo regarding withdrawal of the reference. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    38
Invoice 127680
April 30, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | LAF | BL | Legal research re: "Tax loan" & withdrawal of reference. | 0.50 | 475.00 | $237.50 |
| | | | | | | |
| | | | | | | |
| 04/22/2021 | JAM | BL | Review Dondero discovery requests (0.2); review Advisors' discovery requests (0.1); draft amended deposition notice for Dondero (0.1); e-mails with Z. Annable, H. Winograd re: amended deposition notice for Dondero (0.1). | 0.50 | 1245.00 | $622.50 |
| | | | | | | |
| 04/22/2021 | GVD | BL | Review Dondero discovery requests | 0.20 | 950.00 | $190.00 |



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    39
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/23/2021 | LAF | BL | Citecheck & edit memos on withdrawal of reference. | 5.80 | 475.00 | $2,755.00 |

D-CNL000947

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    40
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | e-discovery (0.1); review docket and send e-mail to ███ | | | |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| ███ | ███ | ██ | ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ███ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ███ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| 04/25/2021 | JAM | BL | E-mails to L. Drawhorn, J. Seery, J. Pomerantz re: HCRE's proposed amended of notes complaint (0.1). | 0.10 | 1245.00 | $124.50 |
| ████ | ███ | ██ | ███ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |
| 04/26/2021 | IDK | BL | E-mails with J Pomerantz re status on oppositions to motions to withdraw reference ████ | ██ | ███ | ███ |
| ████ | ███ | ██ | ████ | ██ | ███ | ███ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    41
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JJK | BL | Prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adversary proceedings). | 4.60 | 995.00 | $4,577.00 |
| 04/26/2021 | JNP | BL | Conference with PSZJ team regarding pending litigation deadlines and responsibilities. | 0.80 | 1295.00 | $1,036.00 |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ███████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ██████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| 04/26/2021 | JNP | BL | Review memo regarding withdrawal of reference and enforcement of reference. | 0.10 | 1295.00 | $129.50 |
| ███ | ██ | █ | ████████████ | ██ | ██ | ███ |
| 04/26/2021 | JNP | BL | Review emails regarding Dondero discovery in notes litigation. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    42
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JAM | BL | Review Dondero's third set of discovery requests (0.2); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery, potential motion for summary judgment re: against Dondero (0.4). | 0.60 | 1245.00 | $747.00 |

D-CNL000950

Appx. 02756

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 43
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| █ | █ | █ | █ | █ | 695.00 | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| 04/26/2021 | HRW | BL | Call with G. Demo, J. Morris, B. Sharp, and meta e-discovery reps regarding responding to various discovery requests in adversary proceedings. | 0.20 | 695.00 | $139.00 |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| 04/26/2021 | HRW | BL | Review discovery demands in Notes Litigation. | 1.00 | 695.00 | $695.00 |
| 04/26/2021 | HRW | BL | Research summary judgement standard for notes litigation. | 2.20 | 695.00 | $1,529.00 |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |



Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JJK | BL | Review docs and prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adv. proceedings). | 9.10 | 995.00 | $9,054.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    45
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| 04/27/2021 | JAM | BL | Review rules and documents and send e-mail to H. Winograd, J. Pomerantz, I. Kharasch, G Demo re: potential motion for summary judgment (Dondero, notes litigation) (0.5). | 0.50 | 1245.00 | $622.50 |
| 04/28/2021 | JJK | BL | Research and further revisions to objection to Dondero reference motion. | 4.20 | 995.00 | $4,179.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JJK | BL | Research/analysis re: Dondero claims and reference issues. | 4.00 | 995.00 | $3,980.00 |
| 04/28/2021 | JJK | BL | Work on withdrawal of reference response | 2.50 | 995.00 | $2,487.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/28/2021 | JNP | BL | Review email from M. Clemente regarding pending notes litigation and forward to Board. | 0.10 | 1295.00 | $129.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/28/2021 | RJF | BL | Review motion to amend, original complaint, related pleadings. | 1.30 | 1395.00 | $1,813.50 |
| | | | | | | |
| | | | | | | |
| 04/28/2021 | JMF | BL | Review HCMFA answer. | 0.30 | 1050.00 | $315.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   47
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | █ | ████████████ | █ | ██ | ██ |
| ██ | ██ | █ | ████████████ | █ | ██ | ██ |
| ██ | ██ | █ | ██████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████ | █ | ██ | ██ |
| ██ | ██ | █ | █████ | █ | ██ | ██ |
| ██ | ██ | █ | █████ | █ | ██ | ██ |
| 04/28/2021 | GVD | BL | Review response to motion to withdrawal the reference | 0.50 | 950.00 | $475.00 |
| ██ | ██ | █ | ██████████ | █ | ██ | ██ |
| ██ | ██ | █ | ██████████ | █ | ██ | ██ |
| ██ | █ | █ | █████████ | █ | ██ | ██ |
| ██ | ██ | █ | █████████ | █ | ██ | ██ |
| ██ | ██ | █ | █████████ | █ | ██ | ██ |
| ██ | ██ | █ | █████████ | █ | ██ | ██ |
| 04/28/2021 | HRW | BL | Review Dondero's responses to discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/28/2021 | HRW | BL | Draft Responses and Objections for NPA discovery demands in notes litigation. | 0.30 | 695.00 | $208.50 |
| ██ | ██ | █ | ████████ | █ | ██ | ██ |
| ██ | ██ | █ | █████████ | █ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    48
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/29/2021 | JAM | BL | Telephone conference with H. Winograd re: responses to Advisors' discovery requests in notes litigation (0.6). | 0.60 | 1245.00 | $747.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/29/2021 | GVD | BL | Conference with J. Seery re notes enforcement issues | 0.20 | 950.00 | $190.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Pachulski Stang Ziehl & Jones LLP          Page:     49
Highland Capital Management LP             Invoice 127680
36027   - 00002                           April 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ██ | ███████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ██████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ███████ | ██ | ██ | ███ |
| 04/29/2021 | HRW | BL | Call with G. Demo regarding NPA discovery requests in notes litigation. | 0.40 | 695.00 | $278.00 |
| 04/29/2021 | HRW | BL | Call with G. Demo, K. Hendrix, D. Klos, J. Donahue regarding NPA discovery requests in notes litigation. | 0.30 | 695.00 | $208.50 |
| 04/29/2021 | HRW | BL | Draft responses & objections to NPA's discovery requests in notes litigation. | 8.00 | 695.00 | $5,560.00 |
| 04/29/2021 | HRW | BL | Call with J. Morris regarding NPA discovery in notes litigation. | 0.60 | 695.00 | $417.00 |
| ███ | ██ | ██ | █████████ | ██ | ██ | ███ |
| 04/30/2021 | IDK | BL | E-mails with J Kim re opposition to Advisors' and others motions to withdraw the reference (.6); Review of revised oppositions to same (.2). | 0.80 | 1325.00 | $1,060.00 |
| 04/30/2021 | JJK | BL | Additional research for objections to withdrawal reference motions of NexPoint, HCMFA, Dondero, and revise same objections. | 3.60 | 995.00 | $3,582.00 |
| 04/30/2021 | JJK | BL | Revise objections to reference withdrawal motions and emails Kharasch on same. | 2.10 | 995.00 | $2,089.50 |
| ███ | ███ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ██████████ | ██ | ██ | ██ |
| ███ | ███ | ██ | █████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ███████████ | ██ | ██ | ███ |
| 04/30/2021 | JMF | BL | Review motion to stay adversary proceedings. | 0.40 | 1050.00 | $420.00 |
| ███ | ███ | ██ | █████████ | ██ | ██ | ███ |

D-CNL000957

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    50
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | ██ | ████████████████████ | ██ | ██ | ████ |
| ███ | ██ | ██ | ████████████████████ | ██ | ██ | ████ |
| ███ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| 04/30/2021 | HRW | BL | Draft responses and objections to NPA's discovery requests in notes litigation. | 3.50 | 695.00 | $2,432.50 |
| 04/30/2021 | HRW | BL | Call with J. Morris regarding NPA discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/30/2021 | HRW | BL | Call with D. Klos regarding NPA discovery requests in notes litigation. | 0.60 | 695.00 | $417.00 |
| | | | | 548.80 | | $565,736.50 |