| | |
|---|---|
| Clay M. Taylor<br>Bryan C. Assink<br>BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>(817) 405-6900 telephone<br>(817) 405-6902 facsimile<br>Email: clay.taylor@bondsellis.com<br>Email: bryan.assink@bondsellis.com<br>**Attorneys for James Dondero** | Deborah Deitsch-Perez<br>Michael P. Aigen<br>STINSON LLP<br>3102 Oak Lawn Avenue, Suite 777<br>Dallas, Texas 75219<br>(214) 560-2201 telephone<br>(214) 560-2203 facsimile<br>Email: deborah.deitschperez@stinson.com<br>Email: michael.aigen@stinson.com<br>**Attorneys for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc. and NexPoint Real Estate Partners, LLC** |
| Daniel P. Elms<br>State Bar No. 24002049<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>(214) 665-3600 telephone<br>(214) 665-3601 facsimile<br>Email: elmsd@gtlaw.com<br>**Attorneys for Nancy Dondero** | Douglas S. Draper (La. Bar No. 5073)<br>Leslie A. Collins (La. Bar No. 14891)<br>Greta M. Brouphy (La. Bar No. 26216)<br>HELLER, DRAPER & HORN, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130<br>(504) 299-3300 telephone<br>(504) 299-3399 facsimile<br>Email: ddraper@hellerdraper.com<br>Email: lcollins@hellerdraper.com<br>Email: gbrouphy@hellerdraper.com<br>**Attorneys for The Dugaboy Investment Trust** |
| Davor Rukavina<br>Julian P. Vasek<br>MUNSCH HARDT KOPF & HARR, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, Texas 75202-2790<br>(214) 855-7500 telephone<br>(214) 978-4375 facsimile<br>Email: drukavina@munsch.com<br>**Attorneys for NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.** | |

**IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff, | § § | |
| vs. | § § | Adv. Proc. No. 21-03005-sgj |
| NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § § § | Case No. 3:21-cv-00880-C |
| Defendants. | § § | |

CORE/3522697.0002/171423617.4

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., <br><br> Defendant. | Adv. Proc. No. 21-03004-sgj <br><br> Case No. 3:21-cv-00881-X |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, <br><br> Defendants. | Adv. Proc. No. 21-03003-sgj <br><br> Case No. 3:21-cv-01010-E |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, <br><br> Defendants. | Adv. Proc. No. 21-03006-sgj <br><br> Case No. 3:21-cv-01378-N |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> HCRE PARTNERS, LLC (n/k/a NexPoint Real Estate Partners, LLC), JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, <br><br> Defendants. | Adv. Proc. No. 21-03007-sgj <br><br> Case No. 3:21-cv-01379-X |

# DEFENDANTS' MOTION TO
# CONSOLIDATE THE NOTE CASES

Defendants[1] hereby file this Motion to Consolidate five related cases (the "Note Cases") involving promissory notes reflecting loans made by Plaintiff-Debtor Highland Capital Management, L.P., requesting the Court to consolidate the Note Cases into Case No. 3:21-cv-00881, to be heard by the Honorable Judge Starr for all purposes other than trial, and additionally to consolidate all of the cases other than Case No. 3:21-cv-00881-X for trial. In support, Defendants show as follows:

### I.    JURISDICTION AND VENUE

1.     This Court has jurisdiction over the Motion pursuant to Sections 1331 and 1367 of Title 11 of the United States Code.

2.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1409.

### II.    RELIEF

3.     Defendants request that this Court issue the proposed form order attached as **Exhibit A** (the "Proposed Order") hereto.

4.     For reasons set forth more fully in Defendants' Memorandum of Law in Support of their Motion to Consolidate the Note Cases (the "Memorandum in Support"), Defendants request that this Court consolidate the Note Cases under Case No. 3:21-cv-00881, to be heard by the Honorable Judge Starr, who already presides over two of the five above-captioned Note Cases, and several other cases arising out of the Case No. 19-34054-sgj11, pending in the United States Bankruptcy Court for the Northern District of Texas (the "Highland Bankruptcy").

---

[1] As used herein, the term "Defendants" includes all named Defendants in the above-captioned proceedings, unless otherwise specified.

1

5.      In accordance with Rule 7.1 of the Local Civil Rules of the United States District Court for the Northern District of Texas, Defendants are filing contemporaneously herewith and in support of their Motion: (1) the Memorandum in Support, and (2) their Appendix in Support of Defendants' Motion to Consolidate the Note Cases (the "Appendix").

6.      Based on the arguments presented in the Memorandum in Support and the exhibits included within the Appendix, Defendants are entitled to the relief requested herein and as set forth in the Proposed Order.

7.      Notice of this Motion has been provided to all parties.

WHEREFORE, Defendants respectfully request this Court enter the Proposed Order in the form annexed hereto as Exhibit A granting the relief requested herein, and grant Defendants such other and further relief as the Court may deem proper.

Dated: December 10, 2021

                                                                  Respectfully submitted,

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com
**ATTORNEYS FOR JAMES DONDERO, NANCY DONDERO, HIGHLAND CAPITAL MANAGEMENT SERVICES, INC. AND NEXPOINT REAL ESTATE PARTNERS, LLC**

*/s/Clay M. Taylor*
Clay M. Taylor
State Bar No. 24033261
Bryan C. Assink
State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com
**ATTORNEYS FOR JAMES DONDERO**

*/s/Daniel P. Elms*
Daniel P. Elms
State Bar No. 24002049
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665-3600 telephone
(214) 665-3601 facsimile
Email: elmsd@gtlaw.com
**ATTORNEYS FOR NANCY DONDERO**

*/s/Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy (La. Bar No. 26216)
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
(504) 299-3300 telephone
(504) 299-3399 facsimile
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com
**ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST**

                /s/Davor Rukavina
                Davor Rukavina
                Julian P. Vasek
                MUNSCH HARDT KOPF & HARR, P.C.
                500 N. Akard Street, Suite 3800
                Dallas, Texas 75202-2790
                (214) 855-7500 telephone
                (214) 978-4375 facsimile
                Email:  drukavina@munsch.com

**ATTORNEYS FOR NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P**.

## CERTIFICATE OF CONFERENCE

      The undersigned hereby certifies that on December 7, 2021, counsel for Defendants conferenced with Plaintiff-Debtor's counsel regarding the relief requested herein as detailed more fully in the accompanying Declaration of Deborah Deitsch-Perez. The parties were unable to reach an agreement regarding the issues, and Debtor filed its own (improper) motion to consolidate solely in the third-lowest District Court case filed, with no filing in the first-filed (or any other of) the Note Cases. Defendants therefore understand this Motion is opposed.

                /s/Deborah Deitsch-Perez
                Deborah Deitsch-Perez

CORE/3522697.0002/171423617.4