BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Highland Capital Management, L.P.

§§§§§§§§

Plaintiff(s)

HCRE Partners, LLC, et al.

Defendant(s)

Case No.: 19-34054-sgj11

Adversary No.: 21-03007

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Root       Jeremy       A.
         *Last*       *First*       *MI*

2. Firm Name: Stinson LLP

3. Address: 230 W. McCarty Street
   Jefferson City, MO 65101

4. Phone: (573) 556-3609       FAX: (573) 556-3635

   Email: jeremy.root@stinson.com

5. Name used to sign *all* pleadings: Jeremy A. Root

6. Retained by: HCRE Partners, LLC n/k/a NexPoint Real Estate Partners, LLC

7. Admitted on 09/30/2003 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6279383.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Missouri | 04/18/2007 |
   | Illinois | 09/30/2003 |
   | USDC Western District of Missouri | 10/27/2008 |

   *Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: Deborah Deitsch-Perez

14. Local counsel's address: 3102 Oak Lawn Avenue, Suite 777
    Dallas, Texas 75219

*Continued.*

      I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

      I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

      [x] I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

      [ ] I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Jeremy A. Root  
Printed Name of Applicant

March 18, 2022  
Date

*/s/ Jeremy A. Root*  
Signature of Applicant

Jeremy A. Root
Admitted to practice before the following courts, continued:

| Court | Date of Admission | In Good Standing? |
|---|---|---|
| US District Court for the Eastern District of Missouri | 5/26/2010 | Yes |
| US District Court for the Eastern District of Wisconsin | 8/19/2005 | Yes |
| US District Court for the Northern District of Illinois | 6/01/2005 | Yes |
| US Court of Appeals for the Seventh Circuit | 4/29/2005 | Yes |
| US Court of Appeals for the Eighth Circuit | 6/14/2010 | Yes |
| US Court of Appeals for the Ninth Circuit | 12/2019 | Yes |