

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 21, 2022**

_____
United States Bankruptcy Judge
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | |
| | § | Case No.:  19−34054−sgj11 |
| Debtor(s) | § | Chapter No.:  11 |
| Highland Capital Management, L.P. | § | |
| Plaintiff(s) | § | Adversary No.:  21−03007−sgj |
| vs. | § | |
| HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)  et al. | § | |
| Defendant(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Jeremy A. Root**, to represent HCRE Partners, LLC n/k/a NexPoint Real Estate Partners, LLC, related to document #186, **ORDERS** this application be:

☒  *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐  *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #