BTXN 221 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>　　　　　　　　　　Debtor(s)<br>Highland Capital Management, L.P.<br>　　　　　　　　　　Plaintiff(s)<br>　vs.<br>HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) et al.<br>　　　　　　　　　　Defendant(s)<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>　　　　　　　　　　Plaintiff(s)<br>　vs.<br>HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC), JAMES DONDERO, NANCY DONDERO AND THE DUGABOY INVESTMENT TRUST<br>　　　　　　　　　　Defendant(s) | Case No.:　19–34054–sgj11<br>Chapter No.:　11<br><br>Adversary No.:　21–03007–sgj<br><br>Civil Case No.:　Civ. Act. No. 3:21cv01379<br>(Consolidated Under Civ. Act. No. 3:21cv 00881) |

## NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

　　One copy of: Report and Recommendation .


DATED: 12/6/22　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/Sheniqua Whitaker, Deputy Clerk