UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT LP, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| | | Civil Action No. 3:21-CV-01379-X |
| v. | | |
| HCRE PARTNERS LLC | | |
| *Defendant.* | | |

# **ORDER**

This case involves a Chapter 11 bankruptcy and a related adversary proceeding. Under the United States District Court for the Northern District of Texas' standing order of reference,[1] proceedings arising in, or related to, a case under Title 11 are automatically referred to the Bankruptcy Court. HCRE Partners filed a Motion for to Withdraw the Reference. The Bankruptcy Court issued a Report and Recommendation [Doc. No. 3], dated July 15, 2021. HCRE Partners filed an objection. After reviewing the record in accordance with the standards of 28 U.S.C. § 157, the Court **ACCEPTS** the Bankruptcy Court's Report and Recommendation. The Court will grant the motion upon certification from the Bankruptcy Court that the case is ready for trial, and the Court further refers all pre-trial matters to the Bankruptcy Court.

---

[1] Misc. Order No. 33.

**IT IS SO ORDERED** this 17th day of August, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE